FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JAN 28 P 3: 53
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: WIRELESS TELEPHONE RADIO :
FREQUENCY EMISSIONS PRODUCTS :
LIABILITY LITIGATION : CASE NO. 01-MD-1421
:

...oOo...

## ORDER

Now pending are various motions filed by the defendants in <u>Pinney, et al. v. Nokia, Inc., et al.</u>, Civil No. CCB-01-1456 before the transfer of related cases in this MDL litigation. In light of the consolidated briefing schedule set in the court's letter order of December 10, 2001, the pending motions in <u>Pinney</u> are hereby **Denied without Prejudice**, as they will be appropriately addressed under the consolidated schedule.

**SO ORDERED** this 28 day of January, 2002.

_____
Catherine C. Blake
United States District Judge

