```
                                                          FILED
                                                  U.S. DISTRICT COURT
        IN THE UNITED STATES DISTRICT COURT        OF MARYLAND
             FOR THE DISTRICT OF MARYLAND
                                                  2002 JAN 28  P 3: 53
```

IN RE: WIRELESS TELEPHONE RADIO :
FREQUENCY EMISSIONS PRODUCTS :
LIABILITY LITIGATION : CASE NO. 01-MD-1421
 :
...oOo...

## ORDER

Now pending are various motions filed by the defendants in <u>Pinney, et al. v. Nokia, Inc., et al.</u>, Civil No. CCB-01-1456 before the transfer of related cases in this MDL litigation. In light of the consolidated briefing schedule set in the court's letter order of December 10, 2001, the pending motions in <u>Pinney</u> are hereby **Denied without Prejudice**, as they will be appropriately addressed under the consolidated schedule.

**SO ORDERED** this 28 day of January, 2002.

_____
Catherine C. Blake
United States District Judge

