UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------------ X

SARAH DAHLGREN,
2437 Tunlaw Road, NW
Washington, DC 20007,
On behalf of herself and all others
Similarly Situated,

                Plaintiff,

    v.

AUDIOVOX COMMUNICATIONS CORP.,
150 Marcus Blvd.,
Hauppauge, NY 11788

MOTOROLA, INC.
1303 E. Algonquin Road,
Schaumburg, IL 60196

NOKIA INC.
6000 Connection Drive
Irving, TX 75039

ERICSSON CELLULAR PHONES
7001 Development Drive
P.O. Box 1-3969
Research Triangle Park, NC 27709

LG ELECTRONICS U.S.A., INC.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

NEXTEL COMMUNICATIONS, INC.
2001 Edmund Halley Drive
Reston, VA 20191

KYOCERA WIRELESS CORP.,
successor in interest to Qualcomm, Inc.
10300 Campus Point Drive
San Diego, CA 92121-1522

Case CCB 02 CV-1669

**NOTICE OF VOLUNTARY DISMISSAL**



| | |
|---|---|
| QUALCOMM INC.<br>5775 Morehouse Drive<br>San Diego, CA 92121 | :<br>:<br>: |
| SAMSUNG TELECOMMUNICATIONS<br>AMERICA<br>1130 E. Arapaho<br>Richardson, TX 75081 | :<br>:<br>:<br>:<br>: |
| SANYO NORTH AMERICA CORPORATION<br>2055 Sanyo Avenue<br>San Diego, CA 92154 | :<br>:<br>: |
| SONY CORPORATION OF AMERICA, INC.<br>550 Madison Ave.<br>New York, NY 10022-3211 | :<br>:<br>: |
| CELLULAR TELECOMMUNICATION &<br>INTERNET ASSOCIATION<br>1250 Connecticut Ave, NW<br>Suite 800<br>Washington, DC 20036<br>                              Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: |

------------------------------------------------------------ X

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Sarah Dahlgren, by her undersigned attorneys, hereby provides notice of the voluntary dismissal without prejudice of the above-captioned complaint, in its entirety and as to all named defendants.

The complaint in this action has not yet been served on any of the parties, and no party has either answered or filed a motion for summary judgment.

Respectfully submitted,

Dated: May 21, 2002     By:     FINKELSTEIN, THOMPSON & LOUGHRAN

_____
Burton H. Finkelstein (#11558)
Richard M. Volin (#13554)
Tracy D. Rezvani (#13281)
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000
(202) 337-8090 fax

Of Counsel:

Stephen A. Sheller
SHELLER, LUDWIG & BADEY
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
(215) 790-7300
(215) 546-0942 fax

*Approved*
*CCBeck*
*[signature] 5/28/02*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served by U.S. First Class Mail, postage prepaid, a true and correct copy of the within and foregoing "Notice of Voluntary Dismissal" upon the above-captioned defendants at the addresses indicated.

Dated: May 21, 2002

_____
Richard M. Volin
FINKELSTEIN, THOMPSON &
 LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
(Telephone: 202/337-8000)