IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION : : : : : | MDL No. 1421<br><br>Civil Action No. 01-MD-1421 |
| THIS DOCUMENT RELATES TO:<br>*Pinney, et. al. v. Nokia, et. al.* (D. Md.)<br>*Farina v. Nokia, et. al.* (E.D. Pa.)<br>*Gilliam, et. al. v. Nokia, Inc., et. al.* (S.D.N.Y.)<br>*Gimpelson v. Nokia, Inc., et. al.* (N.D. Ga.)<br>*Naquin, et. al. v. Nokia, Inc., et. al.* (E.D. La.) : : : : : : : | |

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the plaintiffs' consolidated and renewed motion for remand is **DENIED**; and

2. copies of this Order and the accompanying Memorandum shall be sent to counsel of record.

6/21/02
Date

Catherine C. Blake
United States District Judge

38