IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GIBB BROWER, ET AL. | : | |
| | : | |
| v. | : | 01-MD-1421 |
| | : | Civil No. CCB-02-2089 |
| MOTOROLA, INC., ET AL. | : | |

...oOo...

### ORDER

By agreement, this schedule will control briefing of the <u>Brower</u> plaintiffs' motion to remand.

| | |
|---|---|
| Plaintiffs' remand motion: | **August 14, 2002** |
| Defendants' response: | **September 4, 2002** |
| Plaintiffs' reply: | **September 16, 2002** |

SO ORDERED this 23rd day of July, 2002.

_____
Catherine C. Blake
United States District Judge