# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION : : : : : : : : : : : | MDL No. 1421 <br><br> Civil Action No. CCB-01-3259 |
| THIS DOCUMENT RELATES TO: | |
| *Naquin, et. al. v. Nokia, Inc., et. al.* (E.D. La.) | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. defendant Radiofone's motion to direct entry of final judgment (docket # 153) is **DENIED**; and

2. copies of this Order and the accompanying Memorandum shall be sent to counsel of record.

_Sept. 4, 2002_  
Date

_/s/ Catherine C. Blake_  
Catherine C. Blake  
United States District Judge