```
John Stewart, Hulse and Wanek              15045294106
Michael Yaggy, Piper Rudnick LLP           4105803001
Michael Weinstock, Weinstock and Scavo PC     14042311618
Daniel Reinhardt, Troutman Sanders LLP        14049626665
Steven Hewitson, Troutman Sanders LLP         14049626586
Matthew Covell, Arnall Golden Gregory LLP        14048738755
Kevin Getzendanner, Arnall Golden Gregory LLP    14048738501
Burton Finkelstein, Finkelstein Thompson and Loughran    12023378090
Tracy Rezvani, Finkelstein Thompson and Loughran         12023378090
Adam Gonnelli, Farugi and Farugi              12129839331
Carl Hilliard, Law Office of Carl B Hilliard Jr
Steven Laduzinsky, Kane Laduzinsky and Mendoza Ltd       13127262425
William Barwick, Sutherland Asbill and Brennan LLP       14048538806
Alexander Jackins, World Com Inc              12027366482
Ralph Taylor, Dorsey and Whitney LLP            12024423199
```

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

September 26, 2002

Adam Gonnelli, Esquire
Faruqi & Faruqi, LLP
320 East 39th Street
New York, NY 10016

Re:  MDL 1421 - Wireless Telephone Radio Frequency Emissions Product Liability
(Brower v. Motorola, Inc., et al., CCB-02-2089)

Dear Counsel:

In response to your letter of September 18, 2002, I am happy to hear oral argument of the Brower remand motion. I believe it should be heard on **November 1, 2002** immediately following the hearing on the defendants' motion to dismiss. As you know, the motions hearing is now scheduled to begin at **10:30 a.m.** Counsel should refer to the kiosk in the courthouse lobby for the courtroom assignment.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

Catherine C. Blake
United States District Judge

cc: All counsel