UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
(410) 962-3220
Fax (410) 962-6836

February 12, 2003

Re:   MDL-1421 Transfer Cases – In re Wireless Telephone Radio Frequency
      Emissions Products Liability Litigation
      [all papers to be docketed under 01-md-1421]
      *Andrew Horn v. Motorola, Inc., et al.*, CCB-02-2945;
      *Sarah Dahlgren v. Audiovox Communications Corp., et al.*, CCB-02-4001;
      *Michael Murray, et al. v. Motorola, Inc. et al.*, CCB-02-4047;
      *Dino Schofield v. Matsushita Electric Corp., et al.*, CCB-02-4048;
      *Pamela A. Cochran, et al. v. Audiovox Corp., et al.*, CCB-02-4049;
      *David C. Keller, et al. v. Nokia, Inc., et al.*, CCB-02-4050;
      *Richard Schwamb, et al. v. Qualcomm, Inc., et al.*, CCB-02-4051;
      *Baldassare S. Agro, et al. v. Motorola, Inc., et al.*, CCB-02-4052;
      *Brian Lane Barrett, et al. v. Nokia Corp., et al.*, CCB-02-4053

Dear Counsel:

As you know, the above-listed cases recently have been transferred to this District by the Panel. It appears to me that motions for remand are fully briefed in all but Dahlgren, Horn, and Barrett.[1] In Dahlgren and Horn, the plaintiffs' motions have been filed but the defendants have not responded. In Barrett, the plaintiffs have not filed a motion for remand.

Accordingly, if the plaintiffs in Barrett intend to file or join in a motion for remand, they should do so by **March 3, 2003**. The defendants may have until **March 20, 2003**, to file any oppositions; the plaintiffs may have until **March 31, 2003** to reply. I should then be in a position to rule on all the remand motions.

If counsel disagree with this procedure, or have an alternative they would like to suggest, please let me know by **February 24, 2003**.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

Catherine C. Blake
United States District Judge

---

[1] I also note that the issues presented are similar to those in Brower v. Motorola, Inc., et al., CCB-02-2089, which has been both briefed and argued.