# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
*main* 410.580.3000 *fax* 410.580.3001

MICHAEL ESHER YAGGY
michael.yaggy@piperrudnick.com
*direct* 410.580.4288 *fax* 410.580.3288

March 14, 2003

Hon. Catherine C. Blake
United States District Court for the District of Maryland
Room 110
101 West Lombard Street
Baltimore, Maryland 21201

**Re:**    ***In Re Wireless Telephone Radio Frequency***
***Emissions Product Liability Litigation***
***Horn v. Motorola, Inc., et al.***
**Civil Action No. 01-MD-1421**

Dear Judge Blake:

Enclosed is an Agreed Order that the parties respectfully submit regarding the Horn case, one of the MDL cases pending before the Court in the *In re Wireless Telephone Radio Frequency Emissions Products Liability* Litigation. Defendants removed the *Horn* case based on, among other things, federal question and diversity jurisdiction. The *Horn* plaintiffs have filed a remand motion.

The parties have agreed to ask the Court to stay the proceedings in the *Horn* case pending the outcome of the appeal of the *Newman v. Motorola* case. Andrew Horn, like the plaintiff in Newman, alleges that he has suffered brain cancer and other injuries allegedly caused by RF emissions from wireless telephones (*See, e g.*, Compl. ¶ 11). As a result, the parties seek to tie further action in this case to the resolution of the *Newman* appeal.

The parties would be happy to appear before the court, at the Court's convenience, to discuss the enclosed Agreed Order, if the Court deems that necessary. Thank you for your consideration.

Sincerely yours,

Michael Esher Yaggy

MEY/llv
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Horn v. Motorola, Inc., et al.* | MDL Docket No. 1421<br><br>Civil Action No. 01-MD-1421 |

## AGREED ORDER

THIS MATTER COMING TO BE HEARD on the agreement of the parties, it is hereby Ordered that:

(1)     Any and all further proceedings in the *Horn* case are stayed until a decision is issued by the United States Court of Appeals for the Fourth Circuit in the appeal of the case *Newman v. Motorola, Inc., et al.*

(2)     Within five (5) business days of a decision by the Fourth Circuit in the *Newman* case, the defendants shall notify the *Horn* plaintiffs of the Fourth Circuit's decision.

(3)     Within ten (10) business days after defendants have notified plaintiffs of the decision by the Fourth Circuit in the Newman appeal, the parties in *Horn* shall confer and notify this Court by letter with a letter proposing how the *Horn* case should proceed.

ENTERED:

_____
Judge Catherine C. Blake
United States District Court

~BALT2:721488.v1