# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Sarah Dahlgren | * | |
| Plaintiff | * | |
| vs. | * | Case No. CCB-02-1669 |
| Audiovox Communications Corp., et al | * | |
| Defendant | * | |

\*\*\*\*\*\*

## ORDER

This action was filed in the United States District Court for the District of Maryland on May 10, 2002. I find that the allegations made in this action involve questions of fact common to those in the action entitled In re: Wireless Telephone Radio Frequency Emissions Products Liability Litigation MDL 1421. Accordingly, and pursuant to my authority as the Judge assigned to said Multidistrict Litigation, this action is transferred to MDL No. 1421.

The clerk is ordered to send a copy of this order to the Judicial Panel on Multidistrict Litigation and counsel of record.

Date: 5/14/02

Catherine C. Blake
United States District Judge