# EXHIBIT

# C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARAH DAHLGREN,

    Plaintiff

    v.                              CA. No. 02-2035 (TPJ)

AUDIOVOX COMMUNICATIONS CORP., et al,

    Defendant.

**FILED**

NOV · 6 '00?

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The Court, having reviewed plaintiff, Sarah Dahlgren's Motion for Remand, and

Defendants's Motion to Stay A Ruling on Plaintiff's Motion for Remand, finds the Defendant's

Motion is for good cause shown and should be granted.  It is hereby

ORDERED that all proceedings in this action between plaintiff Sarah Dahlgren and those

defendants who have been served or have agreed to accept service are stayed, except any party

may file motion(s) for pro hac vice and/or application for admission to this Court, pending the

Multi-District Litigation Panel's ruling on defendant's request for transfer.

Thomas Penfield Jackson
U.S. District Judge

11/6/02