# EXHIBIT D

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DOCKET NO. 1421**

NOV 21 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION

*Sarah Dahlgren v. Audiovox Communications Corp., et al.,*
D. District Of Columbia, C.A. No. 1:02-2035

### CONDITIONAL TRANSFER ORDER (CTO-4)

On October 31, 2001, the Panel transferred three civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, three additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Catherine C. Blake.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Maryland and assigned to Judge Blake.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of October 31, 2001, 170 F.Supp.2d 1356 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel