FILED
U.S. DISTRICT COURT
ISTRICT OF MARYLAND
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
2003 APR -1  P 2: 22    Northern Division

CLERK'S OFFICE
AT BALTIMORE

IN RE WIRELESS TELEPHONE RADIO
FREQUENCY LITIGATION

THIS DOCUMENT RELATES TO:
*Horn v. Motorola, Inc., et al.*

MDL Docket No. 1421

Civil Action No. 01-MD-1421
Civil No. CCB-02-2945

## AGREED ORDER

THIS MATTER COMING TO BE HEARD on the agreement of the parties, it is hereby

Ordered that:

Any and all further proceedings in the *Horn* case are stayed until a decision is

issued by the United States Court of Appeals for the Fourth Circuit in the appeal of the case

*Newman v. Motorola, Inc., et al.*

Within five (5) business days of a decision by the Fourth Circuit in the *Newman*

case, the defendants shall notify the *Horn* plaintiffs of the Fourth Circuit's decision.

Within ten (10) business days after defendants have notified plaintiffs of the

decision by the Fourth Circuit in the Newman appeal, the parties in *Horn* shall confer and notify

this Court by letter with a letter proposing how the *Horn* case should proceed.

ENTERED:    **April 1, 2003**

_____/s/_____ *CCB*
Judge Catherine C. Blake
United States District Court

~BALT2:721488.v1