IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO | * | |
| FREQUENCY EMISSIONS PRODUCTS | * | MDL No.1421 |
| LIABILITY LITIGATION | * | CIVIL NO. 01-MD-1421 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *Pinney, et al. v. Nokia, et al., (D. Md.)* | * | *Civil No. CCB-01-1456* |
| *Farina v. Nokia, et al., (E.D. Pa.)* | * | *Civil No. CCB-01-3261* |
| *Gilliam, et al. v. Nokia, Inc., et al.,(S.D.N.Y)* | * | *Civil No. CCB-01-3260* |
| *Gimpelson v. Nokia, Inc.et al., (N.D. Ga.)* | * | *Civil No. CCB-01-3899* |
| *Naquin, et al. v. Nokia, Inc., et al. (E.D.La.)* | * | *Civil No. CCB-01-3259* |
| | * | |

* * * * * * *

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs in the above referenced cases file this appeal against all Defendants, in each of the above captioned cases, to the United States Court of Appeals for the Fourth Circuit from the Order of this Court dated June 21, 2002, denying Plaintiffs' consolidated and renewed motion for remand and the Order of this Court dated March 5, 2003, dismissing, as preempted, the complaints in Pinney, Farina, Gilliam, Gimpelson and Naquin.

Respectfully submitted,

/s/ Peter G. Angelos

Peter G. Angelos, Bar #01645
H. Russell Smouse, Bar #01637
John C. M. Angelos, Bar #08130
Glenn E. Mintzer, Bar #026200
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
Baltimore, Maryland 21201-3812
(410) 649-2000

                              Lead Counsel for Plaintiffs and
Attorneys for Plaintiffs in *Pinney, et al. v. Nokia, Inc., et al.* (D.Md.); *Farina, v. Nokia, Inc., Et al.*, (E.D. Pa.); and *Gilliam, et al. v. Nokia, Inc., et al.* (S.D.N.Y.)

Kenneth A. Jacobsen, PA ID No. 31208
Law Offices of Kenneth A. Jacobsen
22 West Front Street
Media, Pennsylvania 19063

and

Joseph A. O'Keefe, PA ID No. 77068
O'Keefe & Sher, P.C.
15019 Kutztown Road
Kutztown, Pennsylvania
(610) 683-0771

Attorneys for Plaintiffs in *Farina v. Nokia, Inc. et al.* (E.D. Pa.), and *Gilliam, et al. v. Nokia, Inc. et al.*, (E.D.N.Y.)

Michael Weinstock, Bar #746454
Richard Capriola, Bar #108880
Mathew W. Carlton, Bar #1100389
Weinstock & Scavo, P.C.
3405 Piedmont Road, N.E., Suite 300
Atlanta, Georgia 30305

April 2, 2003

Attorneys for Plaintiffs in *Gimpelson v. Nokia, Inc., et al.* (N.D. Ga.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2003, copies of the foregoing were served on the following counsel:

Michael Esher Yaggy, Esquire
Anthony M. Conti, Esquire
Kenneth L. Thompson, Esquire
Piper, Marbury, Rudnick & Wolfe, LLP
6225 Smith Avenue
Baltimore, Maryland 21209

Paul F. Strain, Esquire
Christina L. Gaarder, Esquire
Venable, Baetjer & Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201

John B. Isbister, Esquire
Harold M. Walter, Esquire
Tydings & Rosenberg, LLP
100 E. Pratt Street, 26th Floor
Baltimore, Maryland 21202

Steven M. Zager, Esquire
Austin Tighe, Esquire
Brobeck Phleger & Harrison, LLP
4801 Plaza on the Lake
Austin, Texas 78746

Lorna McKenzie, Esquire
LeBoeuf, Lam, Green & MacRae, LLP
125 West 55th Street
New York, New York 1019

Timothy M. Donovan, Esquire
Vice President and Secretary
NEC America, Inc.
Legal Division
8 Corporate Center Drive
Melville, New York 11747

Charles Babcock, Esquire
David T. Moran, Esquire
Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

Paul S. Schleifman, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Ste. 800
Washington, D.C. 20005

Stanley D. Davis, Esquire
J. Stan Sexton, Esquire
Michael D. Moeller, Esquire
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105

Mark H. Kolman, Esquire
Peter Morgan, Esquire
Leslie Cohen, Esquire
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, D.C. 20037

Ronald M. Cherry, Esquire
Patrick R. Buckler, Esquire
McGuire Woods, LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202

Sheila Birnbaum, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, New York 10036

Edward M. Crane, Esquire
David L. Hanselman, Esquire
Skadden, Arps, Slate, Meagher & Flom
3333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606-1285

Waller T. Dudley, Esquire
McGuire Woods, LLP
1750 Tysons Boulevard, Ste. 1800
McLean, Virginia 22102

Donald Segal, Esquire
Segal, McCambridge, Singer and Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue, Ste. 200
Chicago, Illinois 60601

Ray M. Aragon, Esquire
McKenna & Cunco, LLP
1900 K Street, N.W.
Washington, D.C. 20006

Francis A. Citera, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601

Bryan E. Hopkins, Esquire
General Counsel
Legal Department
Samsung Electronics America, Inc.
105 Challenger Road
Ridgefield, New Jersey 07660

Rochelle M. Fedullo, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA 19106

H. Michael O'Brien, Esquire
Jason P. Sultzer, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604

Stephen A. Fennell, Esquire
Mark F. Horning, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Tom Watson, Esquire
Curtis Renner, Esquire
Watson & Renner
2000 M Street, N.W., Ste. 330
Washington, D.C. 20036

Charles L. Perry, Esquire
David J. Schubert, Esquire
Arter & Hadden, LLP
1717 Main Street, Suite 4100
Dallas, Texas 75201-4605

Richard A. Dean, Esquire
Arter & Hadden, LLP
1801 K Street, N.W., Ste. 400K
Washington, D.C. 20006

Charles P. Goodell, Esquire
James A. Frederick, Esquire
Goodell, DeVries, Leech & Dann
One South Street, 20th Floor
Baltimore, Maryland 21202

Maureen E. Murphy, Esquire
Murphy & Murphy, LLC
14 North Rolling Road
Catonsville, Maryland 21228

Conrad S. P. Williams, III, Esquire
St. Martin & Williams
P.O. Box 2017
Houma, LA 70361-2017

Debra E. Pole, Esquire
Brobeck, Phleger & Harrison, LLP
550 South Hope Street
Los Angelos, CA 90071-2604

Madeline M. Sherry, Esquire
Hecker Brown Sherry and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Christopher P. Johnson, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019

Terry Christovich Gay, Esquire
Kevin R. Tully, Esquire
Christovich & Kearney, LLP
Pan American Life Ctr., Suite 2300
601 Poydras Street
New Orleans, LA 70130-6078

Leon Gary, Jr., Esquire
Davis B. Allgood, Esquire
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
8555 United Plaza Blvd., Suite 500
Baton Rouge, LA 70809

William J. O'Brien, Esquire
Howard M. Klein, Esquire
Gabriel Holdsman, Esquire
Conrad O'Brien Gellman & Rohm
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916

Warren L. Simpson, Jr., Esquire

Weber Goldstein Greenberg & Gallagher, LLP
The Belgravia Building
1811 Chestnut Street, Suite 600
Philadelphia, PA 19103

James B. Irwin, Esquire
Brian P. Quirk, Esquire
David W. O'Quinn, Esquire
Irwin, Fritchie, Urquhart & Moore
Texaco Center, Suite 2700
400 Poydras Street
New Orleans, LA 70130

Joanne M. Gray, Esquire
Edward S. Weltman, Esquire
Goodwin Proctor LLP
1285 Avenue of the Americas
New York, New York 10019

Hal C. Welch, Esquire
Lemle & Kelleher, LLP
Pan American Life Center, 21st Floor
601 Poydras Street
New Orleans, LA 70130-6097

Evan M. Eisland, Esquire
Ralph Berman, Esquire
Davidoff & Malito LLP
605 Third Avenue, 34th Floor
New York, NY 10158

William T. Hangley, Esquire
Mark Aronchick, Esquire
Robert T. Ebby, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

Gregg L. Bernstein, Esquire
Denis J. Charlesworth, Esquire
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street
Suite 2000
Baltimore, Maryland 21202

David E. Fox, Esquire
Jonathan D. Sasser, Esquire
Moore & Van Allen, LLC
One Hannover Square, Suite 1700
P.O. Box 26507
Raleigh, NC 27611

Lawrence J. Duplass, Esquire
Christian B. Bogart, Esquire

Duplass, Zwain, Gourgeois & Morton
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002

Garrett B. Johnson, Esquire
Marchell M. Willian, Esquire
Terrence J. Dee, Esquire
Michael Slade, Esquire
Kirkland & Wllis
200 East Randolph Drive
Chicago, IL 60601

Marjorie Press Lindblom, Esquire
Peter A. Bellacosa, Esquire
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

Ronald P. Schiller, Esquire
Joseph Kernen, Esquire
Piper Marbury Rudnick & Wolfe
3400 Two Logan Square
Philadelphia, PA 19103-2762

Charles M. Steen, Esquire
Stephanie G. McShane, Esquire
Steen, McShane & Williamson
Energy Centre, Suite 1250
1100 Poydras Street
New Orleans, LA 70163-1250

Walter L. McDonough, Esquire
Swartz Campbell & Detweiler
1601 Market Street, 34th Floor
Philadelphia, PA 19103

Jack Pierce Brook, Esquire
Jan T. Van Loon, Esquire
David M. Latham, Esquire
Brook, Van Loon & Latham, LLP
1010 Common Street, 31st Floor
New Orleans, LA 70112

Randy Paar, Esquire
Dickstein Shapiro Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, NY 10036-2714

James R. Thompson, Esquire
Obermayer, Rebmann, Maxwell & Hippell, LLP
20 Brace Road, Suite 300
Cherry Hill, NJ 08034

Mark Seyler, Esquire
Barkely & Thompson
1515 Poydras Street, Suite 2350
New Orleans, LA 70112

Robert S. Levy, Esquire
Levy & Stopol
1 Pennsylvania Plaza
New York, NY 10119

Walter H. Swayze, III, Esquire
Melissa A. Wojtylak, Esquire
Segal, McCambridge, Sinder & Mahoney, Ltd.
1515 Market Street, Suite 1720
Philadelphia, PA 19102

Paul D. Krause, Esquire
Laura N. Steel, Esquire
Walter L. Williams, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005

Loring I. Fenton, Esquire
Greenberg Traurig, LLP
885 Third Avenue
New York, NY 10022

Robert J. Hafner, Esquire
Edward A. Gray, Esquire
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
510 Walnut Street, 10th Floor
Philadelphia, PA 19106

William H. Murphy, Jr., Esquire
George C. Doub, Esquire
12 West Madison Street
Baltimore, Maryland 21201

Brandt K. Enos, Esquire
Janet MacDonell, Esquire
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130-3672

Mary Joan McNamara, Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

Raymond Ward, Esquire
Sessions, Fishman & Nathan LLP
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170-3500

Robert D. Kaplan, Esquire
Hallie B. Levin, Esquire
Friedman Kaplan Sieler & Adelman LLP
875 Third Avenue
New York, NY 10022-6225

M. Norman Goldberger, Esquire
Charles M. Hart, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097

Roy C. Cheatwood, Esquire
Nancy Scott Degan, Esquire
Kent A. Lambert, Esquire
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

Edward W. Gerecke, Esquire
Carlton, Fields, Ward, Emmanuel, Smith & Cutler, PA
One Harbour Place
Tampa, Florida 33602

John H. Beisner, Esquire
Brian P. Brooks, Esquire
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004-1109

Jane Fugate Thorpe, Esquire
Scott A. Elder, Esquire
Alston & Bird, LLP
1201 West Peachtree Street

<div style="column-count:2">

Atlanta, GA 30309-3424

Christopher M. Mason, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

M. King Hill, III, Esquire
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204

Robert C. Heim, Esquire
Robert A. Limbacher, Esquire
E. McCord Clayton, Esquire
Dechert Price & Rhoads
4000 Bell AtlanticTower
1717 Arch Street
Philadelphia, PA 19103

Robert M. Leonard, Esquire
Drinker Biddle & Reath LLP
11 Penn Plaza, 5thFloor
New York, NY 10001

Seamus C. Duffy, Esquire
Paul H. Saint-Antoine, Esquire
William M. Connolly, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Howard D. Scher, Esquire
Steven E. Bizar, Esquire
Ellen E. Farina, Esquire
Buchanan Ingersoll, P.C.
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA 19103

David J. Molton, Esquire
Steven E. Bizar, Esquire
Buchanan Ingersoll, P.C.
140 Broadway, 35th Floor
New York, NY 10005


Richard E. Regan, Esquire
Regan & Ost LLP
3324 North Causeway Boulevard
Metairie, LA 70002

Eugene A. Schoon, Esquire

James W. Mizgala, Esquire
Tamar B. Kelber, Esquire
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Alan M. Unger, Esquire
Sidley Austin Brown & Wood
875 Third Avenue
New York, New York 10011

Susan K. Herschel, Esquire
Hoyle, Morris & Kerr, LLP
1650 Market Street, 49th Floor
Philadelphia, PA 19103-7397

Maureen E. Murphy, Esquire
Murphy & Murphy, LLC
14 North Rolling Road
Catonsville, MD 21228-4848

Mark A. Jeansonne, Esquire
Susan B. Williams, Esquire
Suite 302
3131 North I-10 Service Road
Metairie, LA 70002

John A. Stewart, Jr., Esquire
James A. Oswald, Esquire
Hulse & Wanek
1010 Common Street, Suite 2800
New Orleans, LA 70112-2401

Phillip A. Wittmann, Esquire
Steven W. Usdin, Esquire
Stone, Pigman, Walther, Wittmann
& Hutchinson, LLP
546 Carondelet Street
New Orleans, LA 70130-3588

</div>

<div style="column-count:2">

Edward H. Bergin, Esquire
DavidG. Radlauer, Esquire
Nan Roberts Eitel, Esquire
Genevieve H. Salassi, Esquire
Matthew Brown, Esquire
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100

C. Theodore Alpaugh, Esquire
Smith Martin
700 Camp Street
New Orleans, LA 70130-3702

Nathan I. Nahm, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Christopher J. Wright, Esquire
Harris, Wiltshire & Grannis LLP
1200 Eighteenth Street, N.W.
Suite 1200
Washington, D.C. 20036

Matt J. Farley, Esquire
Krebs, Farley & Pelleteri, LLC
400 Pydras Street, Suite 2500
New Orleans, LA 70130

Steven A. Haber, Esquire
Obermayer, Rebmann, Maxwell & Hoppel LLP
One Penn Center
1617 John F. Kennedy Blvd., 19th Floor
Philadelphia, PA 19103-1895

James H. Price, III, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23210-4030

Timothy H. Kratz, Esquire
Angela M. Spivey, Esquire
McGuire Woods LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309

A. Timothy Jones, Esquire
Frank C. Bedinger, III, Esquire

Michael Weinstock, Esquire
Richard Capriola, Esquire
Jan P. Cohen, Esquire
Daniel P. Sinaiko, Esquire
Weinstock & Scavo, P.C.
3405 Piedmont Road, P.C.
Suite 300
Atlanta, GA 30305

Nolan C. Leake, Esquire
King & Spalding
191 Peachtree Street
Atlanta, GA 30303-1763

Daryll Love, Esquire
Allen Wilingham, Esquire
Vicki M. McGinty, Esquire
Love Willingham Peters Gilleland
& Monyak, LLP
Bank of America Plaza, Suite 2200
600 Peachtree Street, N.E.
Atlanta, GA 30308

Michael B. Terry, Esquire
Joshua F. Thorpe, Esquire
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, GA 30309

Stephen C. Greenberg, Esquire
Scott E. Morris, Esquire
Holt Ney Zatcoff & Wasserman
100 Galleria Parkway
Suite 600
Atlanta, GA 30339-5911

R. Wayne Bond, Esquire
Joel G. Pieper, Esquire
Womble Carlyle Sandridge & Rice
1201 West Peachtree Street
Suite 3500
Atlanta, GA 30309

Russell J. Rogers, Esquire
Lawrence A. Slovensky, Esquire
Long Aldridge & Norman LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

Hawkins & Parnell
303 Peachtree Street, N.E.

</div>

<div style="columns:2">

Suite 4000
Atlanta, GA 30308

John A. Howard, Esquire
Burr & Forman
600 West Peachtree Street, N.W.
Suite 1200
Atlanta, GA 30308

Ernest L. Greer, Esquire
Robert E. Spears, Jr., Esquire
Greenberg Traurig, LLP
3290 Northside Parkway, NW
Suite 400
Atlanta, GA 30327

Stephen L. Cotter, Esquire
Robert S. Huestis, Esquire
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, N.E.
Suite 300
Atlanta, GA 30309-3238

J. Marbury Rainer, Esquire
Cinnamon V. Davis, Esquire
Parker, Hudson, Rainer &Dodds
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303

Matthew H. Patton, Esquire
G. William Austin, Esquire
Michael W. Tyler, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Richard B. North, Jr., Esquire
Donald L. Swift, III, Esquire
Nelson Mullins Riley & Scarborough
First Union Plaza
999 Peachtree Street, N.E., Suite 1400
Atlanta, GA 30309

Scott A. Farrow, Esquire
Colleen A. Hartman, Esquire
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308

William D. Barwick, Esquire
Elizabeth W. Boswell, Esquire
James A. Orr, Esquire
Russell S. Bonds, Esquire
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996

Kevin B. Getzendanner, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
1201 West Peachtree Street
2800 One Atlantic Center
Atlanta, GA 30309-3450

Alan J. Droste, Esquire
Pillsbury Winthrop LLP
650 Tow Center Drive, 7thFloor
Costa Mesa, CA 92626

John N. Nagle, III, Esquire
Winn C. Friddell, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs
21 West Susquehanna Avenue
Towson, Maryland 21204

James P. Ulwick, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202

*/s/ H. Russell Smouse*
H. Russell Smouse, Bar #01637

</div>