IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re Wireless Telephone Radio
Frequency Emissions Product
Liability Litigation

MDL No. 1421

**THIS DOCUMENT RELATES TO:**

*Baldassare Agro v. Motorola* (D.D.C.)
*Gibb Brower v. Motorola* (S.D. Ca.)
*Pamela Cochran v. Audiovox* (D.D.C.)
*David Keller v. Nokia* (D.D.C.)
*Michael Murray v. Motorola* (D.D.C.)
*Dino Schofield v. Matsushita* (D.D.C.)
*Richard Schwamb v. Qualcomm* (D.D.C.)

____ FILED  ____ ENTERED
____ LODGED ____ RECEIVED

MAR 17 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

**DEFENDANT AMERICAN NATIONAL STANDARDS INSTITUTE, INC.'S
DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS
PURSUANT TO RULE 7.1(a) AND LOCAL RULE 103(3)**

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Rule 103(3) of the United States District Court for the District of Maryland, the American National Standards Institute, Inc. ("ANSI"), respectfully submits this Disclosure of Affiliations and Financial Interests:

ANSI has no parent companies, subsidiaries or affiliates. ANSI is a not-for-profit corporation, organized under section 501(c)(3) of the Internal Revenue Code, and does not issue stock of any type.

Respectfully submitted, this 12th day of March, 2003.

_____
Jameson B. Carroll
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
(404) 572-3337
(404) 572-5144 fax

**Attorney of Record for
American National Standards Institute**

## CERTIFICATE OF SERVICE

I, Jameson B. Carroll, Esq., hereby certify that on the 12th day of March, 2003, a true and correct copy of the foregoing Corporate Disclosure Statement was sent via electronic mail to the following:

Michael R. Allweiss
Lowe, Stein, Hoffman, Allweiss & Hauver
One Shell Square
701 Poydras Street, Ste. 3600
New Orleans, LA 70139

Michael F. Altschul
1250 Connecticut Avenue, NW
Suite 800
Washington, DC 20036

G. William Austin, III
BellSouth Corp.
1155 Peachtree Street, NE
Atlanta, GA 30309-3610

Charles L. Babcock
Jackson & Walker, LLP
901 Main Street, Ste. 600
Dallas, TX 75202

James W. Bartlett, III
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, MD 21201

John H. Beisner
Brian P. Brooks
O'Melveny & Myers LLP
555 13th Street, NW, Suite 500W
Washington, DC 20004-1109

Raymond B. Biagini
McKenna, Long & Aldridge
1900 K Street, N.W.
Washington, D.C. 20006

Jane Elizabeth Bockus

Clemens & Spencer
1500 NBC Bank Plaza
112 E. Pecan Street
San Antonio, TX 78205

Susan Tucker Brown
Pillsbury Winthrop LLP
1600 Tysons Boulevard
McLean, VA 22102

Ricardo G. Cedillo
Davis, Cedillo & Mendoza
McCombs Plaza
755 E. Mulberry Ave., Suite 500
San Antonio, TX 78212

Francis A. Citera
Greenberg Traurig, P.C.
77 West Wacker Drive, Suite 2500
Chicago, IL 60601

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive, Ste. 2100
Chicago, IL 60606

Richard A. Dean
Arter & Hadden LLP
1801 K Street, NW, Suite 400K
Third Floor, L Street Entrance
Washington, DC 20006-1304

Terrence J. Dee
Garrett B. Johnson
Michael Slade
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Dobson Communications Corp.
C/O Everett R. Dobson
14201 Wireless Way
Oklahoma City, OK 73134

Seamus C. Duffy
Paul H. Saint-Antoine
Mary Catherine Roper
Drinker, Biddle & Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996

Matthew J. Flanigan
Resident Agent
2500 Wilson Blvd., Suite 300
Arlington, VA 22201

Paul Freehling
D'Ancona & Pflaum, LLC
111 E. Wacker Drive, Ste. 2800
Chicago, IL 60601

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
8555 United Plaza Blvd.
5th Floor
Baton Rouge, LA 70809

Kevin B. Getzendanner
Arnall, Golden & Gregory
2800 One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309

Patrick N. Haines
Lanier Law Firm
P.O. Box 691408
Houston, TX 77269-1408

Scott A. Hanfling
Kane, Laduzinsky & Mendoza, Ltd.
225 W. Washington, Suite 1100
Chicago, IL 60606

Carl B. Hilliard, Jr.
Law Office of Carl B. Hilliard, Jr.
1246 Stratford
Del Mar, CA 92014

David L. Hitchcock
Sidley & Austin
717 North Harwood, Suite 3400
Dallas, TX 75201

Mark F. Horning
Thomas M. Barba
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

James B. Irwin
Irwin, Fritchie, Urquhart & Moore
400 Poydras Street, Ste. 2700
New Orleans, LA 70130

John B. Isbister
Tydings & Rosenberg
100 E. Pratt Street, 26th Floor
Baltimore, MD 21202

Kenneth A. Jacobsen
Law Offices of Kenneth A. Jacobsen
22 W. Front Street
Media, PA 19063

Michael D. Jones
Jennifer Gardner Levy
Kirkland & Ellis
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005

Keith Kaiser
Cox & Smith
112 E. Pecan Street, Suite 2000
San Antonio, TX 78205

Mark H. Kolman
Peter Morgan
Leslie R. Cohen
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Paul D. Krause
Laura N. Steel
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, NW, Fifth Floor
Washington, DC 20005

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place
700 North St. Mary's Street, Ste. 1700
San Antonio, TX 78205

Jeffrey J. Lopez
Drinker Biddle & Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

Michael D. Moeller
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105

Mayer Morganroth
Morganroth & Morganroth
3000 Town Center, Ste. 1500
Southfield, MI 48075

Maureen E. Murphy
Murphy & Murphy
1400 N. Rolling Road
Catonsville, MD 21228

John J. Nagle, III
Bodie, Nagle, Dolina, Smith & Hobbs, PA
21 W. Susquehanna Ave.
Towson, MD 21204

Nathan L. Nahm
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

H. Michael O'Brien
Wilson, Elser, Moskowitz, Edelman & et al.
Three Gannett Drive
White Plains, NY 10604

Richard Parr
SBC Management Svcs., Inc.
175 E. Houston Street
San Antonio, TX 78205

Matthew H. Patton
Kilpatrick Stockton, LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

Charles L Perry
Arter & Hadden, LLP
1717 Main Street, Ste. 4100
Dallas, TX 75201

Joel G. Pieper
Womble Carlyle Sandridge & Rice
One Atlantic Center
1201 West Peachtree Street
Suite 3500
Atlanta, Georgia 30309

Steve Pierce
AT&T Wireless Svcs.
5501 LBJ Freeway
Suite 1001, MS: 1001
Dallas, TX 75240

Prentice Hall Corp.
4845 Jimmy Carter Blvd.
Atlanta, GA 30093

Jennifer Quinn-Barabanov
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Richard E. Regan
Cellular Rentals, Inc.
3324 North Causeway Boulevard
Metairie, LA  7002

Daniel Reinhardt
Scott A. Farrow
Colleen A. Hartman
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 5200
Atlanta, Georgia  30308-2216

SBC Wireless, Inc.
C/O CT Corp. System
350 N. St. Paul Street
Dallas, TX 75201

Paul S. Scheifman
Shook, Hardy & Bacon, LLP
600 14th Street NW, Suite 800
Washington, DC  20005

Eugene A. Schoon
Tamar B. Kelber
Sidley Austin Brown & Wood
10 South Dearborn Street
Chicago, IL  60603

Donald Segal
Segal, McCambridge, Singer and Mahoney, Ltd.
One IBM Plaza, Suite 200
Chicago, IL  60611

David E. Sellinger
Venable, Baetjer, Howard & Civiletti, LLP
1200 New York Avenue, Suite 1000
Washington, DC  20005

Lawrence A. Slovensky
Long Aldridge & Norman LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia 30303

H. Russell Smouse
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street
Baltimore, MD 21201

Michael P. Socarras
Greenberg Traurig, P.C.
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006

Laura N. Steel
Wilson Elser Moskowitz Edelman & Dicker LLP
1341 G Street, NW, Fifth Floor
Washington, DC 20005

John A. Stewart, Jr.
Hulse & Wanek
1010 Common Street, Suite 2800
New Orleans, LA 70112

Paul F. Strain
Venable, Baetjer, Howard & Civiletti, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

Pete Swayze
Melissa A. Wojtylak
Segal, McCambridge, Singer and Mahoney, Ltd.
1515 Market Street, Suite 1720
Philadelphia, PA 19102

Ralph A. Taylor, Jr.
Dorsey & Whitney LLP
1001 Pennsylvania Avenue, NW
Suite 300 South
Washington, DC 20004

Steven Thaler
Law Offices of Peter G. Angelos
115 Broadway
Third Floor
New York, NY 10006

Jane Fugate Thorpe
Scott A. Elder
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Terry O. Tottenham
Fulbright & Jaworski, LLP
600 Congress Ave., Ste. 2400
Austin, TX 78701

Tab R. Turano
Greenberg Traurig, P.C.
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006

James P. Ulwick
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

Paul Walter
John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Thomas C. Watson
Curtis S. Renner
Watson & Renner
1919 M Street, NW, Suite 400
Washington, DC 20036-3307

Michael Weinstock
Weinstock & Scavo
3405 Piedmont Rd., NE
300 Lincoln-Piedmont Bldg.
Atlanta, GA 30305

Marchell William
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Robert C. Wright
Wright & Lestrunge
701 B Street
Suite 1550
San Diego, CA 92101

Michael Esher Yaggy, Esq.
Anthony M. Conti, Esq.
Kenneth L. Thompson, Esq.
Piper Marbury Rudnick & Wolfe, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3201

Steven M. Zager
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West Sixth Street
Suite 2100
Austin, Texas 78701

_____
Jameson B. Carroll