IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE WIRELESS TELEPHONE RADIO       *
FREQUENCY EMISSIONS PRODUCTS
LIABILITY LITIGATION                 *   MDL No. 1421

THIS DOCUMENT RELATES TO:            *

*Brian Lane Barrett. et al. v. Nokia Corp. et al. CCB-02-4053*

## SUGGESTION OF DEATH

Diana Ries Barrett, the administrator of the Estate of Brian Lane Barrett, suggests upon the record, pursuant to Rule 25(a)(1), the death of Brian Lane Barrett, party plaintiff in the above-referenced litigation during the pendency of this action.

Respectfully submitted this ___ day of May____, 2003.

Weinstock & Scavo, P.C.

_____
Richard Capriola, Bar #108880
Weinstock & Scavo, P.C.
3405 Piedmont Road, N.E.,
Suite 300
Atlanta, Georgia 30305
Phone: (404) 231-3999
Fax:   (404)-231-1618

Barrett.brian\plead\suggestion of death

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE WIRELESS TELEPHONE RADIO
FREQUENCY EMISSIONS PRODUCTS
LIABILITY LITIGATION                             *   MDL No. 1421

THIS DOCUMENT RELATES TO:                        *

*Brian Lane Barrett. et al. v. Nokia Corp. et al.* CCB-02-4053

## CERTIFICATE OF SERVICE

This is to certify that  have this day served a true and correct copy of the foregoing Suggestion of Death upon counsel by depositing same in the United States Mail with sufficient postage thereto to ensure proper delivery to:

    Steven M. Zager, Esq.
    Charles S. Baker, Esq.
    Brobeck, Phleger & Harrison, LLP
    4801 Plaza on the Lake
    Austin, Texas 78746

    Nolan C. Leake, Esq.
    Jameson B. Carroll, Esq.
    King & Spalding
    191 Peachtree Street, N.E.
    Atlanta, Georgia 30303-1763

    Matthew H. Patton, Esq.
    G. William Austin, Esq.
    Kilpatrick Stockton, LLP
    1100 Peachtree Street
    Suite 2800
    Atlanta, Georgia 30309-4530

    Seamus C. Duffy, Esq.
    Drinker, Biddle & Reath
    1 Logan Square
    18th and Cherry Streets
    Philadelphia, Pennsylvania 19103-6996

Barrett.brian\plead\suggestion of death

        Diana Ries Barrett
        800 Oxford Meadow Court
        Alpharetta, Georgia  30004-3778

Respectfully submitted this _16_ day of _May_____, 2003.

        Weinstock & Scavo, P.C.

        _____
        Richard J. Capriola

Barrett.brian\plead\motion for substitution