IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE WIRELESS TELEPHONE RADIO         *
FREQUENCY EMISSIONS PRODUCTS
LIABILITY LITIGATION                    *   MDL No. 1421

THIS DOCUMENT RELATES TO:               *

*Brian Lane Barrett, et al. v. Nokia Corp. et al. CCB-02-4053*

## MOTION FOR SUBSTITUTION

COMES NOW, Diane Ries Barrett, administrator of Brian Lane Barrett's Estate, the above-named plaintiff in the above-referenced litigation, by and through the undersigned counsel of record, files with this Court pursuant to Federal Rules of Civil Procedure Rule 25(a) (1) her Motion for Substitution of parties. See Exhibit "A" Petition and Order granting Petition of Administration.

Pursuant to Rule 25(a) (1), Diane Ries Barrett, the administrator of Brian Lane Barrett's Estate, hereby moves this Court for an Order substituting her as the proper party in the above-referenced litigation.

Respectfully submitted this 16th day of May, 2003.

Weinstock & Scavo, P.C.

_____
Richard Capriola, Bar #108880
Weinstock & Scavo, P.C.
3405 Piedmont Road, N.E.,
Suite 300
Atlanta, Georgia 30305
Phone: (404) 231-3999
Fax:   (404)-231-1618

RECEIVED
FULTON COUNTY
PROBATE COURT

PROBATE COURT OF FULTON COUNTY

STATE OF GEORGIA

2003 FEB 27 PM 1:56

**ORIGINAL**

| | | |
|---|---|---|
| RE: | ) | ESTATE NO. 191025 |
| THE ESTATE OF BRIAN LANE BARRETT, Deceased. | ) ) ) ) ) | RE: PETITION FOR LETTERS OF ADMINISTRATION |

## PETITION FOR LETTERS OF ADMINISTRATION

To the Honorable Judge of the Probate Court:

The petition of DIANA RIES BARRETT, a citizen of the United States, whose domicile is <u>800 Oxford Meadow Court, Alpharetta, Fulton County, Georgia 30004-3778</u>, and whose mailing address is <u>800 Oxford Meadow Court, Alpharetta, Fulton County, Georgia 30004-3778</u>, shows to the Court that:

**1.**

BRIAN LANE BARRETT, whose domicile was <u>800 Oxford Meadow Court, Alpharetta, Fulton County, Georgia 30004-3778</u>, departed this life on <u>November 14, 2002</u>, intestate, leaving real property valued at approximately <u>none</u> and personal property valued at approximately <u>$2,500.00</u>.

**2.**

Under the law it is necessary that said estate be administered; and <u>DIANA RIES BARRETT</u> should be appointed Administratrix by reason of:

> being unanimously selected by all the heirs. (This alternative does not apply if the surviving spouse is the sole heir and an action for divorce or separate maintenance was pending at the time of decedent's death.)
>
> <u>X</u>  being the surviving spouse where no action for divorce or separate maintenance was pending at the time of decedent's death

EXHIBIT A

being an heir and not the surviving spouse.

having been selected by a majority in interest of the heirs.

being an eligible person as defined by O.C.G.A. §53-6-1.

being a creditor of the decedent (evidence of the indebtedness is attached)

being the county administrator.

3.

Listed below are the names of all the decedent's heirs with the age or majority status, address, and relationship to decedent set opposite the name of each:

| Name | Age | Address | Relationship |
|---|---|---|---|
| Alexandra Lane Barrett | 7 | same as above | Daughter |
| Diana Ries Barrett | 46 | same as above | Wife |

*(handwritten: "GAL" next to Alexandra Lane Barrett; "per back" next to Diana Ries Barrett)*

4

Additional Data: Where full particulars are lacking, state here the reasons for any such omission. Also, state here all pertinent facts which may govern the method of giving notice to any party and which may determine whether or not a guardian ad litem should be appointed for any party. If any heirs listed above are cousins, grandchildren, nephews or nieces of the decedent, please indicate the deceased ancestor through whom they are related to the decedent.

**Petitioner is the mother of the minor child, ALEXANDRA LANE BARRETT. Petitioner is the wife of the deceased.**

2

**5.**

(Check one):

__X__ Notice of this petition must be published either because all heirs have consented that the judge of the probate court may waive the bond and/or grant certain powers contained in O.C.G.A. §53-12-232 to the Administrator and therefore the notice required by law in such cases must be issued and published, or because the identities and/or addresses of all the heirs are not known.

_____ Notice of this petition need not be published, because waiver of bond and/or grant of powers contained in O.C.G.A. §53-12-232 is not sought and the identities and addresses of all the heirs are known.

**6.**

To the knowledge of the petitioner, no other proceedings with respect to this estate are pending, or have been completed, in any other probate court in this state.

WHEREFORE, petitioner prays that service be perfected and that if no good cause is shown to the contrary, DIANA RIES BARRETT be appointed Administratrix of the estate of said decedent.

Respectfully submitted this 27 day of February, 2003.

**WEINSTOCK & SCAVO, P.C.**

By: _____
John Wilson
Georgia Bar No. 768675

By: _____
Matthew W. Carlton
Georgia Bar No. 110389

3405 Piedmont Road, N.E.         Attorneys for Petitioner
Suite 300
Atlanta, Georgia 30305
(404) 231-3999

PROBATE COURT OF FULTON COUNTY

STATE OF GEORGIA

RE:

THE ESTATE OF BRIAN
LANE BARRETT,
Deceased.

)
)
)
)
)
)
)

ESTATE NO. _____
RE: PETITION FOR LETTERS OF
ADMINISTRATION

### VERIFICATION

Personally appeared before me the undersigned petitioner(s) who on oath state(s) that the facts set forth in the foregoing petition are true.

_____
DIANA RIES BARRETT, Petitioner

Residence Address: 800 Oxford Meadow Court
Alpharetta, GA 30004-3778
Telephone Number: (770) 772-0796

Sworn to and subscribed before me, this 25th day of February, 2003.

_____
Clerk of Probate Court or Notary Public

[Notary Seal: BHRUKUTI K. PATEL, MY COMMISSION EXPIRES SEPT. 10, 2006, FULTON CO., GA, NOTARY PUBLIC]

5

## SELECTION BY HEIRS (AND CONSENT OF HEIRS TO WAIVER OF BOND AND/OR GRANT OF CERTAIN POWERS)

Note: If an heir is not sui juris, the guardian appointed by the Court or the person that the Court determined may act as guardian is authorized to consent for such non sui juris heir in accordance with the instruction page to this form.

We, being (all of the) heirs of the estate of BRIAN LANE BARRETT, deceased, and being sui juris unless otherwise indicated, do hereby acknowledge service, waive all further notice, and select DIANA RIES BARRETT to act as Administratrix of the estate of said decedent,

(check only if applicable):
__x__ and authorize the judge of the probate court to
(check all which apply):

    __X__ a. waive the bond of the Administrator and grant to the Administrator the power to serve without making and filing inventory and without filing any annual or other returns or reports to any court; but the fiduciary shall furnish to the income beneficiaries, at least annually, a statement of receipts and disbursements.

    __X__ b. grant to the Administrator all of the powers contained in O.C.G.A. §53-12-232 not included in (a) above.

    ____ c. grant to the Administrator only those certain powers contained in O.C.G.A. §53-12-232 which are set forth in Exhibit "A" attached hereto.

Sworn to and subscribed before me this 25th day of February, 2003

_____, as Guardian ad Litem for Alexandra Lane Barrett

__Bhrukuti Patel__
NOTARY/CLERK OF PROBATE COURT

Sworn to and subscribed before me this ____ day of _____

## SELECTION BY HEIRS (AND
## CONSENT OF HEIRS TO WAIVER OF BOND
## AND/OR GRANT OF CERTAIN POWERS)

Note: If an heir is not sui juris, the guardian appointed by the Court or the person that the Court determined may act as guardian is authorized to consent for such non sui juris heir in accordance with the instruction page to this form.

GEORGIA <u>fulton</u> COUNTY

We, being (all of the) heirs of the estate of **BRIAN LANE BARRETT**, deceased, and being sui juris unless otherwise indicated, do hereby acknowledge service, waive all further notice, and select **DIANA RIES BARRETT** to act as Administrator of the estate of said decedent,
(check only if applicable):

**XX** and authorize the judge of the probate court to

(check all which apply):

**XX** a. waive the bond of the Administrator and grant to the Administrator the power to serve without making and filing inventory and without filing any annual or other returns or reports to any court; but the fiduciary shall furnish to the income beneficiaries, at least annually, a statement of receipts and disbursements.

**XX** b. grant to the Administrator all of the powers contained in O.C.G.A. §53-12-232 not included in (a) above.

c. grant to the Administrator only those certain powers contained in O.C.G.A.§53-12-232 which are set forth in Exhibit "A" attached hereto.

SIGNATURE(S) OF HEIRS

Sworn to and subscribed before me this 25th day of April, 2003.

ALTHEA DEBARR-JOHNSON AS
GUARDIAN AD LITEM FOR
ALEXANDER LANE BARRETT-MINOR

NOTARY/CLERK OF PROBATE COURT

Sworn to and subscribed before
me this ___ day of _____, 2003.

_____

NOTARY/CLERK OF PROBATE COURT

Sworn to and subscribed before
me this ___ day of _____, 2003

_____

NOTARY/CLERK OF PROBATE COURT

Sworn to and subscribed before
me this ___ day of _____, 2003.

_____

## ORDER FOR SERVICE OF NOTICE

Probate Court of ____fulton_____ County

(Complete only if applicable:)

  Since the heirs have not made a unanimous selection, or the heirs have requested the waiver of bond and/or grant of certain powers, it is ordered that notice be issued and served as follows upon any heirs who did not acknowledge service. Notice of this petition must be mailed by first-class mail to each heir with a known address at least 13 days prior to the date on or before which any objection is required to be filed. If there is any heir whose current address is unknown or any heir who is unknown, or if the heirs have unanimously requested the waiver of bond and/or grant of certain powers, notice must be published once each week for four weeks prior to the week which includes the date on or before which any objection must be filed.

__MARCH 28, 2003__        _Pinkie T. Toomer_
   DATE            JUDGE OF THE PROBATE COURT

## NOTICE

NOTE: Strike the sentence in parenthesis below if not applicable.

GEORGIA, ___Fulton_____ COUNTY PROBATE COURT

TO: ANY AND ALL INTERESTED PARTIES

  ___DIANA RIES BARRETT_____ has petitioned (for _____) to be appointed Administrator of the estate of __BRIAN LANE BARRETT_____, deceased, of said County. (The petitioner has also applied for waiver of bond and/or grant of certain powers contained in O.C.G.A. §53-12-232.) All interested parties are hereby notified to show cause why said petition should not be granted. All objections to the petition must be in writing, setting forth the grounds of any such objections, and must be filed with the court on or before __APRIL 28, 2003.__ If any objections are filed, a hearing will be (held on—————————————————) (scheduled at a later date). If no objections are filed, the petition may be granted without a hearing.

__APRIL 03, 1, 17, 24__        PINKIE T. TOOMER
                JUDGE OF THE PROBATE COURT
                 EFFIE PLEMISTER
                By: _____
                CLERK OF THE PROBATE COURT

## CERTIFICATE OF MAILING

GEORGIA, __Fulton_____ COUNTY

  I do hereby certify that I have this day mailed by first-class mail a copy of the above Notice in this matter to each heir with a known current address as listed by the petitioner who did not acknowledge service in an envelope, properly addressed and with adequate postage thereon, and deposited in the United States Mail, with the return address of this Court thereon.

_____       _____
   DATE            CLERK, PROBATE COURT

PROBATE COURT OF __fulton__ COUNTY

STATE OF GEORGIA

| | |
|---|---|
| RE: ESTATE OF: | ESTATE NO. __191025__ |
| **BRIAN LANE BARRETT**, ) | RE: PETITION FOR LETTERS OF |
| DECEASED ) | ADMINISTRATION |

FINAL ORDER

The petition of __DIANA RIES BARRETT__ for issuance of Letters of Administration on the estate of __BRIAN LANE BARRETT__, deceased, has been duly filed. Service was perfected according to law. It appears that said decedent died domiciled in said county, intestate; that (initial one):

__xx__   the petitioner

____   (name): _____
is lawfully qualified for said administration; and that no objection has been offered.

__xx__   (Initial if applicable.) Such petition contained a request for waiver of bond and/or grant of certain powers contained in O.C.G.A. §53-12-232. The notice which was issued and published reflected this, and no objection to the request has been filed. Consent to such request was given by all heirs.

It is therefore ordered that the undersigned judge does hereby:

(Initial all which apply):

__xx__   a.   waive the bond of the Administrator and grant to the Administrator the power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary shall furnish to the income beneficiaries, at least annually, a statement of receipts and disbursements.

__xx__   b.   grant to the Administrator all of the powers contained in O.C.G.A. §53-12-232 not included in (a) above.

____   c.   grant to the Administrator only those certain powers contained in O.C.G.A. §53-12-232 which are set forth in Exhibit "A" attached to the petition.

It is therefore ordered that the person found above in this order to be qualified for such office be, and is hereby, appointed Administrator of the estate of said decedent, and that appropriate Letters be issued upon said Administrator's ~~(giving bond with approved surety in the sum of_____and dollars)~~ taking the oath as provided by law.

__April 30, 2003__
DATE

/s/ James Brock
JUDGE OF THE PROBATE COURT
James Brock
Exercising the jurisdiction of the Judge
Of the Probate Court as Provided by
O.C.G.A. § 15-9-36(c)

6

4-1-03

ESTATE NUMBER 19/025

Probate Court of Fulton County

State of Georgia

In Re: Granted 4-30-03

Estate of **BRIAN LANE BARRETT**
Deceased

A02   Petition of **DIANA RIES BARRETT**
for Letters of Administration

Filed in Office: **February 27, 2003**

**SANDRA PRATHER**
Clerk, Probate Court

Ct Pub
APR 1 2003

Attorney:
MATTHEW W. CARLTON AND
JOHN WILSON
3405 PIEDMONT RD, NE, SUITE 300
ATLANTA, GA 30305

GPCSF3
7/01/02

Recording Minutes: _____   APR 30 2003

FEB 28 2003

Pub    YES
Bond   NO
Returns NO
Inventory NO

Need

| | | | |
|---|---|---|---|
| ☒ | 131 Statutory Fee (First filing) or | | 90.00 |
| ☐ | 130 Statutory Fee (Not first filing) | | 75.00 |
| ☒ | 291 Law Library Fee | | 3.00 |
| ☒ | 292 ADR Fee | | 3.00 |
| ☒ | 252 Recording Minutes | 9 x 2.00 | 18.00 |
| ☒ | 253 Recording Letters | 1 x 2.00 | 2.00 |
| ☐ | 254 Recording Bond | x 2.00 | |
| ☒ | 530 Recording Oath | 1 x 2.00 | 2.00 |
| ☐ | 186 Hearing | x ½ day(s) x 25.00 | |
| ☒ | 401 Publication | | 80.00 |
| ☐ | 523 Certified Copy of Letters | x 5.00 | |
| ☐ | 522 Plain Copies | x 0.25 | |
| ☐ | 451 First Class Mail | env @ 37¢ | |
| ☐ | 453 First Class Mail | env @ | |
| ☐ | 528 Cert. Mail (no Ret. Rec. Req. - VA) $2.30 + | | |

CHECK REC. $200.00 WEINSTOCK & SCAVO

TOTAL

Amount Paid: _____

BILLED: BK 4-3-03

CERTIFICATION OF COPY
This document containing 10 page(s) is hereby certified to be a true copy of an original document on file in the Probate Court of Fulton County, Georgia. In witness whereof, I have hereto set my official signature and affixed the seal of the probate court, at the County and State aforesaid on May 13, 2003.

J Jacks
Tamara Jackson, Clerk
Fulton County Probate Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | * * | MDL No. 1421 |
| THIS DOCUMENT RELATES TO: | * | |

*Brian Lane Barrett. et al. v. Nokia Corp. et al. CCB-02-4053*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing Motion for Substitution upon counsel by depositing same in the United States Mail with sufficient postage thereto to ensure proper delivery to

Steven M. Zager, Esq.
Charles S. Baker, Esq.
Brobeck, Phleger & Harrison, LLP
4801 Plaza on the Lake
Austin, Texas 78746

Nolan C. Leake, Esq.
Jameson B. Carroll, Esq.
King & Spalding
191 Peachtree Street, N.E.
Atlanta, Georgia 30303-1763

Matthew H. Patton, Esq.
G. William Austin, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309-4530

Seamus C. Duffy, Esq.
Drinker, Biddle & Reath
1 Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996

                        Diana Ries Barrett
                        800 Oxford Meadow Court
                        Alpharetta, Georgia  30004-3778

Respectfully submitted this 16 day of May, 2003.

                                        Weinstock & Scavo, P.C.

                                        Richard J. Capriola

Barrett.brian\plead\suggestion of death

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE WIRELESS TELEPHONE RADIO
FREQUENCY EMISSIONS PRODUCTS
LIABILITY LITIGATION           MDL No. 1421

THIS DOCUMENT RELATES TO:                    *

*Brian Lane Barrett. et al. v. Nokia Corp. et al. CCB-02-4053*

**ORIGINAL**

### ORDER GRANTING DIANE RIES BARRETT, ADMINISTRATOR OF THE ESTATE OF BRIAN LANE BARRETT'S ESTATE, MOTION <u>FOR SUBSTITUTION OF PARTIES</u>

This case comes before the Court on Diane Ries Barrett's Motion for Substitution of Parties pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Ms. Barrett is the Administrator of Brian Lane Barrett's Estate. This Motion, having been filed within 90 days of a Suggestion of Death on the record, it is hereby GRANTED

SO ORDERED this _____ day of _____, 2003.

_____
CATHERINE C. BLAKE
JUDGE, UNITED STATES DISTRICT COURT

Prepared by

WEINSTOCK & SCAVO, P.C.

_____
Richard J. Capriola
Georgia Bar No. 108880
3405 Piedmont Road, NE
Suite 300
Atlanta, Georgia 30305
(404) 231-3999 (Phone)
(404) 231-1618 (Fax)

Barrett.brian\plead\order