# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                    Reply to Northern Division

May 22, 2003

Richard Capriola, Esq.
Weinstock & Scavo, P.C.
3405 Piedmont Rd., N.E., Ste 300
Atlanta, GA 30305

Re:     Case No. MDL 1421
CCB-02-4053

Dear Counsel/Party:

Your Suggestion of Death, Motion for Substitution was received in paper format on May 22, 2003. This document should have been filed electronically.

[  ]     The document has been scanned and filed electronically. The paper copy is being returned to you.

[X  ]    A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

Please be advised that any future filings which are not made electronically may be returned to you.

Very truly yours,

 /s/

Claudia Gibson
for
Felicia C. Cannon, Clerk

cc: other counsel/party