IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | * |
| | * MDL-NO-1421 |
| THIS DOCUMENT RELATES TO: | * |

*Brian Lane Barrett, et al. v. Nokia Corp. et al.* CCB-02-4053

### ORDER GRANTING DIANE RIES BARRETT, ADMINISTRATOR OF THE ESTATE OF BRIAN LANE BARRETT'S ESTATE, MOTION FOR SUBSTITUTION OF PARTIES

This case comes before the Court on Diane Ries Barrett's Motion for Substitution of Parties pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Ms. Barrett is the Administrator of Brian Lane Barrett's Estate. This Motion, having been filed within 90 days of a Suggestion of Death on the record, it is hereby GRANTED.

SO ORDERED this 27 day of May, 2003.

/s/
CATHERINE C. BLAKE
JUDGE, UNITED STATES DISTRICT COURT

Prepared by:

WEINSTOCK & SCAVO, P.C.

Richard J. Capriola
Georgia Bar No. 108880
3405 Piedmont Road, NE
Suite 300
Atlanta, Georgia 30305
(404) 231-3999 (Phone)
(404) 231-1618 (Fax)

Barrett.brian\plead\order