## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

June 6, 2003

Re:    MDL-1421 Transfer Cases – In re Wireless Telephone Radio Frequency Emissions
Products Liability Litigation
[all papers to be docketed under 01-md-1421]
*Gibb Brower v. Motorola, Inc., et al.,* CCB-02-2089;
*Sarah Dahlgren v. Audiovox Communications Corp., et al.,* CCB-02-4001;
*Brian Lane Barrett, et al. v. Nokia Corp., et al.,* CCB-02-4053;
*Michael Murray, et al. v. Motorola, Inc. et al.,* CCB-02-4047;
*Dino Schofield v. Matsushita Electric Corp., et al.,* CCB-02-4048;
*Pamela A. Cochran, et al.  v. Audiovox Corp., et al.,* CCB-02-4049;
*David C. Keller, et al.  v. Nokia, Inc., et al.,* CCB-02-4050;
*Richard Schwamb, et al.  v. Qualcomm, Inc., et al.,* CCB-02-4051;
*Baldassare S. Agro, et al. v. Motorola, Inc., et al.,* CCB-02-4052;

Dear Counsel:

Before issuing a ruling on the pending remand motions, I would like to give you the opportunity to address the effect of the recent Supreme Court ruling in Beneficial National Bank v. Anderson, 539 U.S. _____ (2003 WL 21251449) (June 2, 2003).  I would also like to have your comments on the advisability of staying the pending motions (with or without addressing discovery or other legal issues in the interim) until we have the Fourth Circuit's ruling in the Pinney case.  If you choose to do so, please submit your comments in letter format (no more than 3-4 pages) by **June 20, 2003.**[1]

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

---

[1]  This letter is being distributed electronically to all MDL counsel but no response is expected except from those with pending motions.

cc: Counsel in *Andrew Horn v. Motorola, Inc., et al.,* CCB-02-2945