WEINSTOCK & SCAVO, P.C.
ATTORNEYS AT LAW

MICHAEL WEINSTOCK
  ALSO ADMITTED IN FL IL NJ & NY
JAMES J. SCAVO
  ALSO ADMITTED IN CA
JOHN P. WILSON, III
STEVEN M. WINTER
MICHAEL J. ZENNER
  ALSO ADMITTED IN MN
LOUIS R. COHAN
STEPHEN A. WINTER
  ALSO ADMITTED IN FL
RICHARD J. CAPRIOLA
  ALSO ADMITTED IN DC
IAN P. COHEN
ANTHONY T. POLVINO
  ALSO ADMITTED IN DC & NY
ADAM M. GLEKLEN
J. BERTRAM LEVY
MARK I. SANDERS
CATHLEEN ROBSON SMITH
  ALSO ADMITTED IN FL
A. JOSEPH COOMES
ELIZABETH M. JAFFE

SUITE 300
3405 PIEDMONT ROAD, N.E.
ATLANTA, GEORGIA 30305

TELEPHONE
(404) 231-3999

FACSIMILE
(404) 231-1618

JET HARRIS
THOMAS A. BARTOLOZZI
  ALSO ADMITTED IN NY NJ & PA
ADAM K. PRINTZ
  ALSO ADMITTED IN AL
JAMI M. KOHN
CAROL M. SPIELBERGER
MARK M. LEWONSKI
  ALSO ADMITTED IN MD
MATTHEW W. CARLTON
ALAN M. DEPUTY
MICHAEL J. O'CONNELL
  ALSO ADMITTED IN CT & PA
JENNIFER E. BUTLER
LISA A. NICKERSON
LINDA ELAINE RAGAN
DON P. MANDRIK
MARC J. YUDKIN
  ALSO ADMITTED IN NY & NJ
ALYSON F. FINKELSTEIN
  ALSO ADMITTED IN FL
PHILIP W. LORENZ
LISA G. GILLELAND

June 17, 2003

The Honorable Catherine C. Blake
United States District Court
District of Maryland, Northern District
101 W. Lombard Street
Baltimore, Maryland 21201

    RE:    Brian Lane Barrett, et al. v. Nokia Corp., et al.
            MDL No. 1421
            CCB-02-4053

Dear Judge Blake:

    This letter is written in response to your letter of June 6, 2003 on behalf of the Plaintiffs in the Barrett litigation. I am only writing to address that portion of your letter regarding the advisability of staying the Barrett litigation. Considering the current procedural posture of the case, it would seem appropriate to stay the Barrett litigation pending a ruling from the United States Court of Appeals for the Fourth Circuit in the Newman litigation. This approach would be consistent with the Court's Order of April 1, 2003 in the Horne litigation.

    Please feel free to contact me if I can provide any additional information to assist the Court on this matter.

                                Sincerely,

                                Richard J. Capriola

RJC/jw
cc:    Michael Weinstock, Esq.
        Seamus C. Duffy, Esq.
        Matthew H. Patton, Esq.
        G. William Austin, Esq.
        Steven M. Zager, Esq.
        Charles S. Baker, Esq.
        Nolan Leake, Esq.
        Jameson B. Carroll, Esq.