IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re Wireless Telephone Radio Frequency Emissions Products Liability Litigation | MDL. No. 1421<br>Civil No. 01-MD-1421 |

This Document Relates To:

*Gibb Brower v. Motorola, Inc., et. al.*, CCB-02-2089
*Sarah Dahlgren v. Audiovox Communications Corp., et. al.* CCB-02-4001
*Brian Lane Barrett, et. al., v. Nokia Corp., et. al.*, CCB-02-4053
*Michael Murray, et. al., v. Motorola Inc., et. al.*, CCB-02-4047
*Dino Schofield v. Matsushita Electric Corp., et. al.*, CCB-02-4048
*Pamela A. Cochran, et. al., v. Audiovox Corp., et. al.*, CCB-02-4049
*David C. Keller, et. al., v. Nokia Corp., et. al.*, CCB-02-4050
*Richard Schwamb, et. al., v. Qualcomm Inc., et. al.*, CCB-02-4051
*Baldassare S. Agro, et. al., v. Motorola Inc., et. al.*, CCB-02-4052

## NOTICE OF APPEARANCE

Pursuant to L.R. 112.3, please enter the Appearance of Mayer Morganroth as counsel on behalf of Plaintiffs, Michael Murray *et. al.* (C.A. No. 01-2631 D.D.C.); Dino Schofield (C.A. No 02-0606 D.D.C.); Pamela Cochran *et. al.* (C.A. No. 02-0607 D.D.C.); David Keller *et. al.* (C.A. No. 02-0608 D.D.C.); Richard Schwamb *et. al.* (C.A.02-0609 D.D.C.); and Baldassare Agro *et. al.* (C.A. No. 02-0610 D.D.C.).

Mayer Morganroth is a member in good standing of the Bar for the United States Supreme Court; the United States District Court for the District of Columbia; the United States District Court for the Eastern District Court of Michigan; the United States District Court for the Western District of Michigan; the United States District Court for the Northern District of Ohio; and the United States District Court for the Southern and Eastern Districts of New York.

Pursuant to L.R. 112.3c, Plaintiffs further hereby designate Mayer Morganroth as the authorized party to receive service of all pleadings, notices, orders and other papers relating to the above-captioned case before the Honorable Catherine C. Blake on behalf of Plaintiffs.

Respectfully submitted,

MORGANROTH & MORGANROTH, PLLC

By *(signature)*
MAYER MORGANROTH (USDC Bar #MI0015)
Attorney for Plaintiffs, Murray, Schofield, Cochran, Keller, Schwamb, and Agro
3000 Town Center, Suite 1500
Southfield, MI 48075
(248) 355-3084

Dated: July 11, 2003