IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In Re Wireless Telephone Radio Frequency Emissions Products Liability Litigation** | MDL. No. 1421<br>Civil No. 01-MD-1421 |

This Document Relates To:

> *Gibb Brower v. Motorola, Inc., et. al.*, CCB-02-2089
> *Sarah Dahlgren v. Audiovox Communications Corp., et. al.* CCB-02-4001
> *Brian Lane Barrett, et. al., v. Nokia Corp., et. al.*, CCB-02-4053
> *Michael Murray, et. al., v. Motorola Inc., et. al.*, CCB-02-4047
> *Dino Schofield v. Matsushita Electric Corp., et. al.*, CCB-02-4048
> *Pamela A. Cochran, et. al., v. Audiovox Corp., et. al.*, CCB-02-4049
> *David C. Keller, et. al., v. Nokia Corp., et. al.*, CCB-02-4050
> *Richard Schwamb, et. al., v. Qualcomm Inc., et. al.*, CCB-02-4051
> *Baldassare S. Agro, et. al., v. Motorola Inc., et. al.*, CCB-02-4052

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2003, a copy of Counsel's Notice of Appearance on behalf of Plaintiffs, Michael Murray, Dino Schofield, Pamela A. Cochran, David C. Keller, Richard Schwamb and Baldassare S. Agro ("Plaintiffs") and Plaintiffs' Letter Response to Defendants' Letter Dated June 20, 2003 in the above-entitled actions, which were electronically filed in this case on July 11, 2003, was mailed via first class mail, postage prepaid to:

John C.M. Angelos, Esq.
LAW OFFICES OF PETER G. ANGELOS
One Charles Center
100 N. Charles St., 22nd Floor
Baltimore, MD 21201

Peter G. Angelos, Esq.
LAW OFFICES OF PETER G. ANGELOS
One Charles Center
100 N. Charles St., 22nd Floor
Baltimore, MD 21201

Ray M. Aragon, Esq.
McKenna Long and Aldridge LLP
1900 K. St. N.W.
Washington, D.C. 20006

Charles L. Babcock, Esq.
JACKSON WALKER LLP
901 Main St., Suite 6000
Dallas, TX 75202

Stewart A. Baker, Esq.
STEPTOE and JOHNSON LLP
1330 Connecticut Ave, N.W.
Washington, DC 20036

Thomas M. Barba, Esq.
STEPTOE and JOHNSON LLP
1330 Connecticut Ave, N.W.
Washington, DC 20036

William D. Barwick, Esq.
SUTHERLAND ASBILL and BRENNAN LLP
999 Peachtree St. NE, Suite 2300
Atlanta, GA 30309

John Beisner, Esq.
O'MELVENY and MYERS LLP
555 13th St. N.W., Suite 500 W.
Washington, DC 20004-1109

Gregg Lewis Bernstein, Esq.
MARTIN SNYDER and BERNSTEIN PA
217 E. Redwood St., Suite 2000
Baltimore, MD 21202

Raymond B. Biagini, Esq.
MCKENNA LONG and ALDRIDGE LLP
1900 K. St. N.W.
Washington, D.C. 20006

Sheila L. Birnbaum, Esq.
SKADDEN ARPS SLATE MEAGHER and FLOM LLP
Four Times Square
New York, NY 10036

Elizabeth W. Boswell, Esq.
SUTHERLAND ASBILL and BRENNAN LLP
999 Peachtree St. NE, Suite 2300
Atlanta, GA 30309

Brian Brooks, Esq.
O'MELVENY and MYERS LLP
555 13th St. N.W., Suite 500 W.
Washington, DC 20004-1109

Patrick R. Buckler, Esq.
LAW OFFICE OF MCGUIRE WOODS LLP
7 St. Paul St., Suite 1000
Baltimore, MD 21202

Richard J. Capriola, Esq.
WEINSTOCK and SCAVO PC
3405 Piedmont Rd. NE, Suite 300
Atlanta, GA 30305

Denis J. Charlesworth, Esq.
MARTIN SNYDER and BERNSTEIN PA
217 E. Redwood St., Suite 2000
Baltimore, MD 21202

Ronald M. Cherry, Esq.
LAW OFFICES OF RONALD M. CHERRY
214 Washington Ave
Towson, MD 21204

Francis A. Citera, Esq.
GREENBERG TRAURIG PC
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601

Leslie R. Cohen, Esq.
DICKSTEIN SHAPIRO MORIN and
OSHINSKY LLP
2101 L. St. N.W.
Washington, DC 20037-1526

Anthony Michael Conti, Esq.
LAW OFFICE OF ANTHONY M.
CONTI
Redwood Tower
217 E. Redwood St., Suite 1600
Baltimore, MD 21202-3316

Matthew T. Covell, Esq.
ARNALL GOLDEN GREGORY LLP
2800 One Atlantic Ctr.
1201 W. Peachtree St.
Atlanta, GA 30309-3400

Edward M. Crane, Esq.
SKADDEN ARPS SLATE MEAGHER and FLOM
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606-1285

Richard Alan Dean, Esq.
ARTER AND HADDEN LLP
1801 K. St. N.W., Suite 300L
Washington, DC 20006-1304

George C. Doub, III, Esq.
GEORGE C. DOUB, P.C.
12 W. Madison St.
Baltimore, MD 21201-5231

George Cochran Doub, Jr., Esq.
GEORGE C. DOUB PC
12 W. Madison St.
Baltimore, MD 21201-5231

Seamus C. Duffy, Esq.
DRINKER BIDDLE and REATH
1345 Chestnut St.
Philadelphia, PA 19107-3496

Scott Elder, Esq.
ALSTON and BIRD LLP
1201 W. Peachtree St.
One Atlantic Ctr.
Atlanta, GA 30309-3424

Stephen Anthony Fennell, Esq.
STEPTOE and JOHNSON LLP
1330 Connecticut Ave, N.W.
Washington, DC 20036

Burton Finkelstein, Esq.
FINKELSTEIN THOMPSON and
LOUGHRAN
Duvall Foundry 1050 30th St. N.W.
Washington, DC 20007

James A. Frederick, Esq.
GOODELL DEVRIES LEECH and DANN LLP
One South St., 20th Floor
Baltimore, MD 21202

Paul E. Freehling, Esq.
D'ANCONA and PFLAUM LLC
111 E. Wacker Dr., Suite 2800
Chicago, IL 60601

Winn C. Friddell, Esq.
BODIE, NAGLE, DOLINA, SMITH
and HOBBS PA
21 W. Susquehanna Ave.
Towson, MD 21204

Kevin B. Getzendanner, Esq.
ARNALL GOLDEN GREGORY LLP
2800 One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309-3400

Adam Gonnelli, Esq.
FARUGI and FARUGI
320 E. 39th St., Third Floor
New York, NY 10009

Charles P. Goodell, Jr., Esq.
GOODELL DEVRIES LEECH and
DANN LLP
One South St., 20th Floor
Baltimore, MD 21202

Scott A. Hanfling, Esq.
KANE LADUZINSKY and MENDOZA Ltd.
225 W. Washington St., Suite 1100
Chicago, IL 60606

David L. Hanselman, Jr., Esq.
SKADDEN ARPS SLATE MEAGHER
and FLOM
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606-1285

Colleen A. Hartman, Esq.
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree St. NE
Atlanta, GA 30308-2216

Steven J. Hewitson, Esq.
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree St. NE
Atlanta, GA 30308-2216

M. King Hill, III, Esq.
VENABLE BAETJER and HOWARD LLP
210 Allegheny Ave.
Towson, MD 21285-5517

Carl B. Hilliard, Jr., Esq.
LAW OFFICE OF CARL B. HILLIARD, JR.
1246 Stratford
Del Mar, CA 92014

Mark F. Horning, Esq.
STEPTOE and JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, DC 20036

H. Thomas Howell, Esq.
HOWELL and GATELY
One Charles Center
100 N. Charles St., 19th Floor
Baltimore, MD 21201-3812

James B. Irwin, Esq.
IRWIN, FRITCHIE, URQUHART and MOORE LLC
400 Poydras St., Suite 2700
New Orleans, LA 70130

John B. Isbister, Esq.
TYDINGS and ROSENBERG LLP
100 E. Pratt St., 26th Floor
Baltimore, MD 21202

Alexander X. Jackins, Esq.
WORLD COM, INC.
1133 19th St. N.W.
Washington, DC 20036

Mark J. Jeansonne, Esq.
Milling, Benson, Woodward
909 Poydras St., Suite 2300
New Orleans, LA 70112

Tamar B. Kelber, Esq.
SIDLEY, AUSTIN, BROWN & WOOD
10 S. Dearborn St.
Chicago, IL 60603

Mark H. Kolman, Esq.
DICKSTEIN, SHAPIRO, MORIN
AND OSHINSKY, LLP
2101 L St. NW
Washington, DC 20037

Paul D. Krause, Esq.
Wilson, Elser, Moskowitz,
Edelman and Dicker, LLP
1341 G St. NW, Suite 500
Washington, DC 20005

Steven M. Laduzinsky, Esq.
KANE, LADUZINSKY & MENDOZA, LTD.
225 West Washington, Suite 1100
Chicago, IL 60606

Daniel R. Lanier, Esq.
MILES AND STOCKBRIDGE, PC
10 Light St.
Baltimore, MD 21202

John Henry Lewin, Jr., Esq.
VENABLE BAETJER, ET AL
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Glenn Edward Mintzer, Esq.
Law Offices of Peter G. Angelos
100 N. Charles St., 22nd Floor
Baltimore, MD 21201

James W. Mizgala, Esq.
Sidley, Austin, Brown & Wood
10 S. Dearborn St.
Chicago, IL 60603

Michael D. Moeller, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118

David T. Moran, Esq.
JACKSON, WALKER, LLP
901 Main St., Suite 6000
Dallas, TX 75202

Maureen E. Murphy, Esq.
MURPHY AND MURPHY
14 N. Rolling Road
Baltimore, MD 21228

William H. Murphy, III, Esq.
GEORGE C. DOUB, PC
12 W. Madison St.
Baltimore, MD 21201

William Hughes Murphy, Jr., Esq.
WILLIAM H. MURPHY, JR. AND ASSOCIATES, PA
12 W. Madison St.
Baltimore, MD 21201

John J. Nagle, III, Esq.
BODIE, NAGLE, DOLINA, SMITH AND HOBBS, PA
21 W. Susquehanna Avenue
Towson, MD 21204

James A. Orr, Esq.
Sutherland, Asbill and Brennan, LLP
999 Peachtree St. NE, Suite 2300
Atlanta, GA 30309

Laura Owens, Esq.
ALSON AND BIRD, LLP
One Atlantic Centre
1201 W. Peachtree St.
Atlanta, GA 30309

Charles L. Perry, Esq.
ARTER AND HADDEN, LLP
1717 Main St, Suite 4100
Dallas, TX 75201-4605

John A. Pica, Jr., Esq.
Law Offices of Peter G. Angelos
100 N. Charles St., 22nd Floor
Baltimore, MD 21201

Jennifer Quinn-Barabanov, Esq.
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue NW
Washington, D.C. 20036

Brian P. Quirk, Esq.
Irwin, Fritchie, Urquhart and Moore, LLC
400 Poydras St., Suite 2700
New Orleans, LA 70130

Daniel S. Reinhardt, Esq.
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree St. NE
Atlanta, GA 30308-2216

Curtis S. Renner, Esq.
WATSON AND RENNER
1919 M St. NW, Suite 400
Washington, DC 20036

Alicia C. Reynolds, Esq.
MILES AND STOCKBRIDGE, PC
10 Light St.
Baltimore, MD 21202-1487

Tracy Diana Rezvani, Esq.
Finkelstein, Thompson and Loughran
1050 30th St. NW
Washington, DC 20007

Paul S. Schleifman, Esq.
Shook, Hardy and Bacon, LLP
600 14th St. NW, Suite 800
Washington, DC 20005

Eugene A. Schoon, Esq.
Sidley, Austin, Brown & Wood
10 S. Dearborn St.
Chicago, IL 60603

J. Stan Sexton, Esq.
Shook, Hardy and Bacon, LLP
One Kansas Place
1200 Main St.
Kansas City, MO 64105-2118

H. Russell Smouse, Esq.
Law Offices of Peter G. Angelos
100 N. Charles St., 22nd Floor
Baltimore, MD 21201

Laura Nachowitz Steel, Esq.
Wilson, Elser, Moskowitz, Edelman
 and Dicker, LLP
1341 G St. NW, Suite 500
Washington, DC 20005

John A. Stewart, Jr., Esq.
HULSE AND WANEK
1010 Common St., Suite 2800
New Orleans, LA 70112

Paul F. Strain, Esq.
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

Elwood E. Swam, Esq.
1326 Main St.
P.O. Box 176
Hampstead, MD 21074

Ralph A. Taylor, Jr., Esq.
DORSEY & WHITNEY, LLP
Suite 400 South
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004

Kenneth L. Thompson, Esq.
PIPER RUDNICK, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Jane Fugate Thorpe, Esq.
Alston and Bird, LLP
One Atlantic Centre
1201 W. Peachtree St.
Atlanta, GA 30309-3424

Austin Tighe, Esq.
BROBECK, PHLEGER AND HARRISON, LLP
4801 Plaza on the Lake
Austin, TX 78746

Bruce Kenneth Trauben, Esq.
DORSEY AND WHITNEY, LLP
1001 Pennsylvania Ave. NW
Suite 400 South
Washington, DC 20004

James P. Ulwick, Esq.
KRAMON AND GRAHAM
One South St., Suite 2600
Baltimore, MD 21202-3201

Paul Vishny, Esq.
D'ANCONA & PFLAUM, LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601

Richard Maxwell Volin, Esq.
FINKELSTEIN, THOMPSON AND LOUGHRAN
1050 30th St. NW
Washington, DC 20007

Harold M. Walter, Esq.
TYDINGS AND ROSENBERG, LLP
100 E. Pratt St., 26th Floor
Baltimore, MD 21202

Thomas C. Watson, Esq.
WATSON AND RENNER
1919 M St. NW, Suite 400
Washington, DC 20036

Michael Weinstock, Esq.
WEINSTOCK AND SCAVO, PC
3405 Piedmont Rd. NE, Suite 300
Atlanta, GA 30305

Andrew M. Winick, Esq.
BROWN, DIFFENDERFFER AND KEARNEY, LLP
1010 Hull St., Suite 300
Baltimore, MD 21230

Ryan C. Wirtz, Esq.
JACKSON WALKER, LLP
901 Main St., Suite 6000
Dallas, TX 75202

Michael E. Yaggy, Esq.
PIPER RUDNICK, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Steven M. Zager, Esq.
Akin, Gump, Strauss, Haer and Feld, LLP
300 W. Sixth St., Suite 2100
Austin, TX 78701

Alana Black Zielinski, Esq.
SUTHERLAND, ASBILL AND BRENNAN, LLP
999 Peachtree St. NE, Suite 2300
Atlanta, GA 30309

Nicole d'Arcambal, Esq.
D'ANCONA & PFLAUM, LLC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601

Mayer Morganroth (P17966)
3000 Town Center, Suite 1500
Southfield, MI 48075
(248) 355-3084 - Phone
(248) 355-3017 - Telefax