IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In Re: Wireless Telephone Radio Frequency
Emissions Products Liability Litigation

Cause No. 01-MD-1421

## WITHDRAWAL OF APPEARANCE OF COUNSEL

Please withdrawal the appearance of Denis J. Charlesworth as counsel for Ericsson Wireless Communications, Inc., a/k/a Ericsson, Inc. in the above-entitled matter. Gregg L. Bernstein, of Martin, Snyder & Bernstein, P.A., will remain as counsel of record for the Ericsson Wireless Communications, Inc., a/k/a Ericsson, Inc.

Respectfully submitted,

_____/S/_____
Ward Norris Heller & Reidy LLP
300 State Street
Rochester, New York 14614
Phone: 585-454-0700
Facsimile: 585-423-5910

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___ day of October 2003, the foregoing Withdrawal of Appearance of Counsel was sent either electronically or regular mail to the following:

Peter G. Angelos, Esquire
H. Russell Smouse, Esquire
John C.M. Angelos, Esquire
Glenn E. Mintzer, Esquire
Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street, 19th Floor
Baltimore, Maryland 21201

**Attorneys for Plaintiffs**


Harold M. Walter, Esquire
John B. Isbister, Esquire
Tydings & Rosenberg, LLP
100 E. Pratt Street, 26th Floor
Baltimore, Maryland 21202

Steven M. Zager, Esquire
Akin, Gump, Strauss, Hauer, & Feld, LLP
200 West 6th Street, Suite 2100
Austin, Texas 78701
**Attorneys for Nokia, Inc.**
**a/k/a Nokia Mobile Phones, Inc.**

Michael E. Yaggy, Esquire
Anthony M. Conti, Esquire
Kenneth L. Thompson, Esquire
Piper Marbury Rudnick & Wolfe, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
**Attorneys for Motorola, Inc.**


James P. Ulwick, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202

Timothy M. Donovan, Esquire
Vice President and Secretary
NEC America, Inc. - Legal Division
8 Corporate Center Drive
Melville, New York 11747-3112

James B. Irwin, Esquire
Brian P. Quirk, Esquire
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130

**Attorneys for NEC America, Inc.**


Mark H. Kolman, Esquire
Leslie Cohen, Esquire
Dickstein Shapiro Morin
    & Oshinsky, LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526

**Attorneys for Audiovox**
**Communications Corporation**

Paul S. Schleifman, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005

J. Stan Sexton, Esquire
Michael D. Moeller, Esquire
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118

**Attorneys for Sprint PCS Limited Partnership,**
**a/k/a Sprint Spectrum,  a/k/a Sprint,**
**formerly known as Bell Atlantic-Maryland, Inc.**

Paul F. Strain, Esquire
John H. Lewin, Esquire
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201

M. King Hill, III, Esquire
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland 21204

John Beisner, Esquire
Brian Brooks, Esquire
O'Melveny & Meyers, LLP
555 13th Street, N.W.,
Suite 500W
Washington, DC 20004

**Attorneys for Cellco Partnership
d/b/a Verizon Wireless**


Ronald M. Cherry, Esquire
Patrick R. Buckler, Esquire
McGuire Woods, LLP
Seven Saint Paul Street, Suite 1000
Baltimore, Maryland 21202-1671

Sheila Birnbaum, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, New York 10036-6522

Edward M. Crane, Esquire
David L. Hanselman, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive - Suite 2100
Chicago, Illinois 60606-1285

**Attorneys for Nextel Communications, Inc.
a/k/a Nextel,
a/k/a Nextel Communications of the Mid-Atlantic, Inc.,
a/k/a Nextel Partners, Inc.**

Paul D. Krause, Esquire
Laura N. Steel, Esquire
Wilson Elser Moskowitz Edelman & Dicker, LLP
1341 G Street, N.W. – 5th Floor
Washington, D.C. 20005

**Attorneys for Matsushita Electric Corporation of America
 Incorrectly sued as Matsushita Corporation of America
(a/k/a Panasonic Corporation)**

Ray M. Aragon, Esquire
Raymond Biagini, Esquire
McKenna & Cuneo, LLP
1900 K Street, N.W.
Washington, D.C. 20006

**Attorney for Philips Electronic North America Corporation**

William H. Murphy, Jr., Esquire
George C. Doub, Jr., Esquire
George C. Doub, III., Esquire
12 West Madison Street
Baltimore, Maryland 21202

Francis A. Citera, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive – Suite 2500
Chicago, Illinois 60601

**Attorneys for Qualcomm Incorporated
a/k/a Qualcomm, Inc.**

John B. Isbister, Esquire
Harold M. Walter, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street-26th Floor
Baltimore, Maryland 21202

Bryan E. Hopkins, Esquire
General Counsel
Legal Department
Samsung Electronics America, Inc.
105 Challenger Road
Ridgefield, New Jersey 07660

**Attorneys for Samsung Electronics America, Inc.**

Paul D. Krause, Esquire
Laura N. Steel, Esquire
Walter L. Williams, Esquire
Wilson Eisler Moskowitz Edelman & Dicker, LLP
1341 G Street, N.W. – 5th Floor
Washington, D.C. 20005

**Attorneys for SANYO North America Corporation
 Incorrectly sued as Sanyo North America, Inc.
(a/k/a Sanyo North America Group)**

George C. Doub, Jr., Esquire
William H. Murphy, Jr. & Associates, P.A.
12 West Madison Street
Baltimore, Maryland 21202

Francis A. Citera, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive – Suite 2500
Chicago, Illinois 60601

**Attorneys for Sony Electronics, Inc.**

Stephen A. Fennell, Esquire
Stewart Baker, Esquire
Mark F. Horning, Esquire
Jennifer Q. Barabanov, Esquire
Thomas M. Barba, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1759

**Attorneys for AT&T Corp. a/k/a AT&T**

Thomas C. Watson, Esquire
Curtis S. Renner, Esquire
Watson & Renner
1919 M Street, N.W. - Suite 400
Washington, D.C. 20036

**Attorneys for SBC Communications, Inc., Cingular Wireless, LLC and Cingular Wireless**

Charles L. Perry, Esquire
Arter, Hadden Johnson & Bromberg
1717 Main Street
Dallas, TX 75201

Richard A. Dean, Esquire
Arter & Hadden LLP
1801 K Street, N.W., Suite 400K
Washington, D.C. 20006-1301

**Attorneys for Cellular One Group a/k/a Cellular One**

Charles P. Goodell, Esquire
James A. Frederick, Esquire
Goodell DeVries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Eugene A. Schoon, Esquire
Tamar B. Kelber, Esquire
James M. Mizgala, Esquire
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn
Chicago, Illinois 60603

**Attorneys for Voicestream Wireless Corporation
a/k/a Voicestream Wireless**

John J. Nagle, III, Esquire
Winn C. Friddell, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Avenue
Towson, Maryland 21204

**Attorney for CEI, Inc.
a/k/a Communications Electronics, Inc.,
a/k/a Communications Electronics**

Maureen E. Murphy, Esquire
Murphy & Murphy, LLC
14 North Rolling Road
Catonsville, Maryland 21228-4848

**Attorney for Baltimore Business Communications, Inc.**

Austin Tighe, Esquire
Brobeck, Phleger & Harrison, LLP
4801 Plaza on the Lake
Austin, TX 78746

David T. Moran, Esquire
Ryan C. Wirtz, Esquire
Jackson & Walker
Suite 6000
901 Main Street
Dallas, TX 75202

Andrew M. Winick, Esquire
Brown, Differnderffer & Kearney, LLP
Suite 300
1010 Hull Street
Baltimore, MD 21230

Jane F. Thorpe, Esquire
Laura Owens, Esquire
Scott A. Elder, Esquire
Alston & Bird
1 Atlantic Center
1201 West Peachtreet Street
Atlanta, GA 30309

Elwood E. Swam, Esquire
1326 Main Street
P.O. Box 176
Hampstead, MD 21074

Seamus C. Duffy, Esquire
Drinker, Biddle & Reath
1345 Chestnut Street
Philadelphia, PA 19107

John A. Stewart, Jr., Esquire
Hulse & Wanek
Suite 2800
1010 Common Street
New Orleans, LA 70112

Mark J. Jeansonne, Esquire
Milling, Benson & Woodward
Suite 2300
909 Poydras Street
New Orleans, LA 70112

Colleen A. Hartman, Esquire
Daniel S. Reinhardt, Esquire
Steven J. Hewitson, Esquire
Troutman Sanders, LLP
600 Peachtree Street, NE
Atlanta, GA 30308

William D. Barwick, Esquire
Alana B. Zielinski, Esquire
Elizabeth Boswell, Esquire
James A. Orr, Esquire
Sutherland, Asbill & Brennan
Suite 2400
999 Peachtree Street, NE
Atlanta, GA 30309

Alexander Z. Jackins, Esquire
MCI WORLDCOM, INC.
1133 19th Street, NW
Washington, DC 20036

Kevin B. Getzendanner, Esquire
Matthew T. Covell, Esquire
Arnall, Golden & Gregory
2800 One Atlantic Center
1201 Peachtree Street
Atlanta, Georgia 30309

Steven M. Laduzinsky, Esquire
Scott A. Hanfling, Esquire
Kane, Laduzinsky & Mendoza, LTD
Suite 1100
225 Washington Street
Chicago, IL 60606

Ralph A. Taylor, Jr., Esquire
Bruce K. Trauben, Esquire
Dorsey & Whitney, LLP
Suite 300
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Daniel Lanier, Esquire
Alicia Reynolds, Esquire
Miles & Stockbridge
10 Light Street
Suite 1300
Baltimore, MD 21201

Nicole B. d'Arcambal, Esquire
Paul E. Freehling, Esquire
Paul H. Vishny, Esquire
D'Ancona & Pflaum, LLC
Suite 2800
111 East Wacker Drive
Chicago, IL 60601

                                              /S/
                                 Denis J. Charlesworth