IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCT LIABILITY LITIGATION | MDL No. 1421 |
| | Civil Action No. 01-MD-1421 |
| THIS DOCUMENT RELATES TO *Horn v. Motorola, Inc., et al.* | Civil No. CCB-02-2945 |

## AGREED ORDER

THIS MATTER COMING TO BE HEARD on the agreement of the parties, it is hereby Ordered that:

This case is DISMISSED without prejudice pursuant to Rule 41(a)(2) under the following condition: should plaintiff refile this action or one substantially similar to it in state or federal court he shall not name any additional parties as defendants.

ENTERED: 11/18/03

/s/
Judge Catherine C. Blake
United States District Court