IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE WIRELESS TELEPHONE RADIO　　　　　:
FREQUENCY EMISSIONS PRODUCTS　　　　　　:　MDL No. 1421
LIABILITY LITIGATION,　　　　　　　　　　:

　　　　Plaintiffs

v.

THIS DOCUMENT RELATES TO:

*Brian Lane Barrett, et al. v.*
*Nokia Corp. et al.* CCB-02-4053

## STIPULATION OF DISMISSAL

COME NOW the Parties, by and though their respective counsel of record, and hereby stipulate to a Dismissal of all claims in the above-captioned case

This 13th day of January 2004.

| WEINSTOCK & SCAVO, P.C. | AKIN GUMP STRAUSS HAUER & FELD, LLP |
|---|---|
| By: _____ | By _____ |
| Richard J. Capriola, Esq. | Steven M. Zager, Esq. |
| Georgia Bar No: 108880 | Lance Lackey, Esq. |
| 3405 Piedmont Road | 1900 Pennzoil Plaza |
| Suite 300 | 711 Louisiana Street |
| Atlanta, Georgia 30305 | Houston, Texas 77002 |
| (404) 231-3999 | (512) 330-4400 |
| *Attorneys for Brian Lane Barrett* | *Nokia Corp., Nokia Holdings, Inc. and Nokia Mobile Phones, Inc.* |

SIGNATURES CONTINUE ON FOLLOWING PAGE

KING & SPALDING

By: *[signature]*
Nolan C. Leake, Esq.
Georgia Bar No. 442380
191 Peachtree Street, N.E.
Atlanta, Georgia  30303-1763
(404) 572-4600
*Attorneys for Nokia Inc.,
Nokia Corp., Nokia Holdings,
Inc. and Nokia Mobile Phones,
Inc.*

KILPATRICK STOCKTON, LLP

By *[signature]*
Matthew H. Patton, Esq.
Georgia Bar No. 567300
G. William Austin, Esq.
Georgia Bar No. 028842
1100 Peachtree Street
Suite 2800
Atlanta, Georgia  30309-4530
(404) 815-6500
*Attorneys for BellSouth
Mobility LLC and Cingular
Wireless Corp.*

DRINKER, BIDDLE & REATH

By: *[signature]*
Seamus C. Duffy, Esq.
1 Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania
     19103-6996
(215) 988-2757
*Attorneys for Cingular
Wireless Corp.*

BARRETT/MARYLAND DISTRICT COURT ACTION/PLEAD/STIPULATION

IN THE UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF MARYLAND

IN RE WIRELESS TELEPHONE RADIO
FREQUENCY EMISSIONS PRODUCTS
LIABILITY LITIGATION * MDL No. 1421

THIS DOCUMENT RELATES TO: *

*Brian Lane Barrett. et al. v. Nokia Corp. et al. CCB-02-4053*

### CERTIFICATE OF SERVICE

This is to certify that  have this day served a true and correct copy of the foregoing Stipulation of Dismissal upon counsel by depositing same in the United States Mail with sufficient postage thereto to ensure proper delivery to:

>Steven M. Zager, Esq.
>Lance Lackey, Esq.
>Akin Gump Strauss Hauer & Feld, LLP
>1900 Pennzoil Plaza
>711 Louisiana Street
>Houston, Texas  77002
>
>Nolan C. Leake, Esq.
>King & Spalding
>191 Peachtree Street, N.E.
>Atlanta, Georgia  30303-1763
>
>Matthew H. Patton, Esq.
>G. William Austin, Esq.
>Kilpatrick Stockton, LLP
>1100 Peachtree Street
>Suite 2800
>Atlanta, Georgia  30309-4530

Barrett.brian\plead\motion for substitution

Seamus C. Duffy, Esq.
Drinker, Biddle & Reath
1 Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996

Respectfully submitted this 14th day of January, 2004.

                                                 Weinstock & Scavo, P.C.

                                                 Richard J. Capriola