UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

July 19, 2004

Re:   MDL-1421 Transfer Cases – In re Wireless Telephone Radio Frequency Emissions
Products Liability Litigation
[all papers to be docketed under 01-md-1421]
*Michael Murray, et al. v. Motorola, Inc. et al.,* CCB-02-4047;
*Dino Schofield v. Matsushita Electric Corp., et al.,* CCB-02-4048;
*Pamela A. Cochran, et al. v. Audiovox Corp., et al.,* CCB-02-4049;
*David C. Keller, et al. v. Nokia, Inc., et al.,* CCB-02-4050;
*Richard Schwamb, et al. v. Qualcomm, Inc., et al.,* CCB-02-4051;
*Baldassare S. Agro, et al. v. Motorola, Inc., et al.,* CCB-02-4052

Dear Counsel:

I am today entering a Memorandum and Order remanding the six individual complaints filed by the Morganroth law firm.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

cc: Michael J. Beck, Clerk of the Panel