IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ALL CASES ) | MDL No. 1421<br><br>Civil Action No. 01-MD-1421 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please enter the appearance of Robert B. Green, Irwin Green & Dexter, L.L.P., 301 W. Pennsylvania Avenue, Towson, MD 21204, and strike the appearances of Steven M. Laduzinsky, Scott A. Hanfling and Adrian Mendoza, Kane, Carbonara & Mendoza, Ltd., formerly known as Kane, Laduzinsky & Mendoza, Ltd., One North Franklin Street, Suite 2700, Chicago, IL 60606, as counsel of record for Cellular Telecommunications and Internet Association in the above-captioned action.

Adrian Mendoza
Kane, Carbonara & Mendoza, Ltd.
One N. Franklin, Suite 2700
Chicago, IL 60606
Telephone: 312-726-2322

Robert B. Green   (Bar #00422)
Irwin Green & Dexter, L.L.P.
301 W. Pennsylvania Avenue
Towson, MD 21204
Telephone: 410-832-0111

Attorneys for Cellular Telecommunications
and Internet Association

G4016