JUDGMENT

FILED: March 16, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

MAR 17 2.

NO. 03-1433
CA-01-3899-CCB
CA-01-3261-CCB
CA-01-3260-CCB
CA-01-3259-CCB
CA-01-1456-CCB
CA-01-1421-CCB


J. DOUGLAS PINNEY, M.D.; PATRICIA S. COLONELL, individually
and on behalf of all others similarly situated; FRANCIS J.
FARINA, individually and on behalf of all those similarly
situated; GARRETT J. NAQUIN; RONALD LEBLANC; JUDITH A.
KAUFMAN; ASHER RUBENSTEIN; CRYSTALL GILLIAM; DIMITRI MACK;
RIEDY GIMPELSON, individually and on behalf of all others
similarly situated; SARAH DAHLGREN, on behalf of herself and
all others similarly situated; LINDA BARRELL; BLAYNE
MINOGUE; BRIAN LANE BARRETT; DIANA BARRETT; DAVID C. KELLER;
MARSHA L. KELLER

        Plaintiffs - Appellants

              v.

NOKIA, INCORPORATED, a/k/a Nokia Mobile Phones,
Incorporated, a/k/a Nokia Corporation; NEC AMERICA,
INCORPORATED; ERICSSON WIRELESS COMMUNICATIONS,
INCORPORATED, a/k/a Ericsson, Incorporated; SPRINT PCS
LIMITED PARTNERSHIP, a/k/a Sprint PCS, a/k/a Sprint
Spectrum, LLP, a/k/a Sprint Spectrum; AUDIOVOX
COMMUNICATIONS CORPORATION; NEXTEL COMMUNICATIONS,
INCORPORATED, a/k/a Nextel Communications of the
Mid-Atlantic, Incorporated, a/k/a Nextel Partners,
Incorporated, a/k/a Nextel; MATSUSHITA CORPORATION OF
AMERICA, a/k/a Panasonic Corporation; PHILIPS ELECTRONICS
NORTH AMERICA CORPORATION; QUALCOMM INCORPORATED; SAMSUNG
ELECTRONICS AMERICA, INCORPORATED, a/k/a Samsung
Electronics; SANYO NORTH AMERICA, INCORPORATED, a/k/a Sanyo
Business Systems Corporation, a/k/a Sanyo North America
Group; SONY ELECTRONICS, INCORPORATED; AT&T CORPORATION,
a/k/a AT&T; VERIZON MARYLAND, INCORPORATED, a/k/a Verizon,
a/k/a Verizon Wireless, formerly known as Bell Atlantic
Maryland, Incorporated; VERIZON COMMUNICATIONS,
INCORPORATED, formerly known as Bell Atlantic Corporation;
VERIZON WIRELESS, a/k/a Nynex, a/k/a Bell Atlantic Nynex,
a/k/a Bell Atlantic Mobile, Incorporated, a/k/a Bell
Atlantic NYNEX Mobile; CELLCO PARTNERSHIP, d/b/a Verizon
Wireless, formerly known as Bell Atlantic NYNEX Mobile,

formerly known as Bell Atlantic Mobile; CINGULAR WIRELESS,
LLC, formerly known as BellSouth Mobility, Incorporated,
a/k/a Southwestern Bell Wireless, formerly known as
Southwestern Bell Mobile Systems, Incorporated; CINGULAR
WIRELESS, a/k/a Washington/Baltimore Cellular Limited
Partnership; SBC COMMUNICATIONS, INCORPORATED; CELLULAR ONE
GROUP, a/k/a Cellular One; VOICESTREAM WIRELESS CORPORATION;
C.E.I., INCORPORATED, a/k/a Communications Electronics,
a/k/a Communications Electronics, Incorporated; BALTIMORE
BUSINESS COMMUNICATIONS, INCORPORATED; COMCAST/METROPHONE;
RADIOFONE; POWERTEL, INCORPORATED; POWERTEL PCS,
INCORPORATED; POWERTEL/ATLANTA, INCORPORATED; MITSUBISHI
WIRELESS COMMUNICATIONS, INCORPORATED; MOTOROLA,
INCORPORATED, a Delaware corporation; CELLULAR
TELECOMMUNICATIONS AND INTERNET ASSOCIATION, a District of
Columbia corporation; CELLULAR TELECOMMUNICATIONS INDUSTRY
ASSOCIATION; TELECOMMUNICATIONS INDUSTRY ASSOCIATION, a/k/a
TIA; NEXTEL PARTNERS OPERATING CORPORATION

      Defendants – Appellees

      and

WESTINGHOUSE COMMUNICATIONS; SOUTHERN TELECOM, INCORPORATED,
a/k/a Southern LINC; JOHN DOES 1-100; LGIC CORPORATION;
PANASONIC CORPORATION; SAMSUNG SDI COMPANY; SANYO
CORPORATION; SONY CORPORATION; PLANET CELLULAR
COMMUNICATIONS, INCORPORATED; VISITOR CELLULAR L.L.C.; BELL
SOUTH MOBILITY; KYOCERA WIRELESS CORPORATION; MCI WORLDCOM
COMMUNICATIONS, INCORPORATED; U.S. WEST WIRELESS, L.L.C., A
Colorado corporation; U. S. WEST COMMUNICATIONS,
INCORPORATED, a Colorado corporation; GTE MOBILNET OF SAN
DIEGO, INCORPORATED, a Delaware corporation; GTE WIRELESS
SAN DIEGO, LLC, a California Limited Liability; CELLULAR
CARRIERS ASSOCIATION OF CALIFORNIA, a California
corporation; AB CELLULAR HOLDINGS, LLC, d/b/a LA Cellular,
d/b/a Los Angeles Cellular Telephone Company

      Defendants

--------------------
Appeal from the United States District Court for the
District of Maryland at Baltimore
--------------------

In accordance with the written opinion of this Court filed this
day, the Court reverses the judgment of the District Court. This
case is remanded to the District Court for further proceedings
consistent with the Court's opinion.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate.


/s/ Patricia S. Connor
_____
CLERK