# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

**Patricia S. Connor**
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

March 28, 2005

```
____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED

      MAR 30 2005

   CLERK U.S. DISTRICT COURT
   DISTRICT OF MARYLAND
BY                      DEPUTY
```

Russell James Rogers, Esq.
MCKENNA, LONG & ALDRIDGE, LLP
1900 K Street, NW
Washington, DC 20006

Raymond Brian Biagini, Esq.
MCKENNA, LONG & ALDRIDGE, LLP
1900 K Street, NW
Washington, DC 20006

Paul E. Freehling, Esq.
SEYFARTH SHAW LLP
Suite 4200
55 East Monroe Street
Chicago, IL 60603

Robert Belknap Green, Esq.
IRWIN, GREEN & DEXTER, LLP
301 West Pennsylvania Avenue
Towson, MD 21204

Scott Andrew Hanfling, Esq.
KANE, LADUZINSKY & MENDOZA, LTD
Suite 2700
1 North Franklin Street
Chicago, IL 60606

Steven Michael Laduzinsky, Esq.
KANE, LADUZINSKY & MENDOZA, LTD
Suite 2700
1 North Franklin Street
Chicago, IL 60606

Kenneth L. Thompson, Esq.
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, MD 21209

Terrence J. Dee, Esq.
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL 60601

Garrett B. Johnson, Esq
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL 60601

Matthew T. Covell, Esq.
ARNALL, GOLDEN & GREGORY
2800 One Atlantic Center
1201 Peachtree Street
Atlanta, GA 30309

Kevin B. Getzendanner, Esq.
ARNALL, GOLDEN & GREGORY
2800 One Atlantic Center
1201 Peachtree Street
Atlanta, GA 30309

Eugene A. Schoon, Esq.
SIDNEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, IL 60603

Kenneth Winston Starr, Esq.
KIRKLAND & ELLIS, LLP
Suite 1200
655 15th Street, NW
Washington, DC 20005

Seamus Cotter Duffy, Esq.
DRINKER, BIDDLE & REATH
1 Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

John A. Stewart Jr., Esq.
HULSE & WANEK
Suite 2800
1010 Common Street
New Orleans, LA 70112

Maureen Ellen Murphy, Esq
MURPHY & MURPHY, LLC
14 North Rolling Road
Catonsville, MD 21228

Richard John Capriola, Esq.
WEINSTOCK & SCAVO, PC
Suite 300
3405 Piedmont Road, NE
Atlanta, GA 30305

John Joseph Nagle III, Esq.
BODIE, NAGLE, DOLINA, SMITH & HOBBS, PA
Suite 100
21 West Susquehanna Avenue
Towson, MD 21204

Tamar Beth Kelber, Esq.
SIDLEY & AUSTIN
10 South Dearborn Street
Chicago, IL 60603

Shayon Tylee Smith, Esq.
GOODELL, DEVRIES, LEECH & DANN, LLP
20th Floor
One South Street
Baltimore, MD 21202

David R. Venderbush, Esq
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016

Scott A. Elder, Esq.
ALSTON & BIRD
1 Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

Laura Owens, Esq.
ALSTON & BIRD
1 Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

Jane F. Thorpe, Esq.
ALSTON & BIRD
1 Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

M. King Hill III, Esq.
VENABLE, LLP
210 Allegheny Avenue
P. O. Box 5517
Towson, MD 21204

Brian P. Brooks, Esq.
O'MELVENY & MYERS, LLP
Suite 500 West
1625 I Street, NW
Washington, DC 20006

Paul Farrell Strain, Esq.
VENABLE, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

Thomas M. Barba, Esq.
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Mark Frederick Horning, Esq.
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Stewart Abercrombie Baker, Esq.
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Francis Anthony Citera, Esq.
GREENBERG TRAURIG
Suite 2500
77 West Wacker Drive
Chicago, IL 60601

Laura Nachowitz Steel, Esq.
WILSON, ELSER, MOSKOWITZ, EDLEMAN & DICKER, LLP
Suite 500
1341 G Street, NW
Washington, DC 20005

John B. Ibister, Esq.
TYDINGS & ROSENBERG
26th Floor
100 East Pratt Street
Baltimore, MD 21202

Harold Mark Walter, E.
TYDINGS & ROSENBERG
100 East Pratt Street
Baltimore, MD 21202

Waller Trolinger Dudley, Esq.
MCGUIREWOODS, LLP
1750 Tysons Boulevard
McLean, VA 22102

Edward Michael Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Suite 2100
333 West Wacker Drive
Chicago, IL 60606

David Lee Hanselman Jr., Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Suite 2100
333 West Wacker Drive
Chicago, IL 60606

Mark Herbert Kolman, Esq.
DICKSTEIN, SHAPIRO, MORIN & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037

Paul Steven Schleifman, Esq.
SHOOK, HARDY & BACON, LLP
Suite 800
600 14th Street, NW
Washington, DC 20005

J. Stan Sexton, Esq.
SHOOK, HARDY & BACON
2255 Grand Boulevard
Kansas City, MO 64108

David Timothy Moran,
JACKSON & WALKER
6000 NCNB Plaza
901 Main Street
Dallas, TX 75202

Charles Lynde Babcock,
JACKSON & WALKER
6000 NCNB Plaza
901 Main Street
Dallas, TX 75202

Gregg Lewis Bernstein,
ZUCKERMAN SPAEDER, LLP
Suite 2440
100 East Pratt Street
Baltimore, MD 21202

James Patrick Ulwick, Esq
KRAMON & GRAHAM
Suite 2600
1 South Street
Baltimore, MD 21202

Steven Mark Zager, Esq.
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
South Tower
1900 Pennzoil Place
711 Louisiana Street
Houston, TX 77002

John C.M. Angelos, Esq.
LAW OFFICES OF PETER G. ANGELOS
One Charles Center
100 North Charles Street
Baltimore, MD 21201

H. Russell Smouse, Esq.
LAW OFFICES OF PETER G. ANGELOS
19th Floor
One Charles Center
100 North Charles Street
Baltimore, MD 21201

Michael R. Allweiss, Esq.
LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, LLP
Suite 3600
701 Poydras Street
New Orleans, LA 70139

   Re: 03-1433 Pinney v. Nokia Inc
     CA-01-3899-CCB
     CA-01-3261-CCB
     CA-01-3260-CCB
     CA-01-3259-CCB
     CA-01-1456-CCB
     CA-01-1421-CCB

Dear Counsel:

  Enclosed is a copy of an order filed today amending the opinion.

                                                Sincerely,

                                                PATRICIA S. CONNOR
                                                      Clerk

                                                /s/ Merlene Smith-Taylor
                                          By: _____
                                                  Deputy Clerk

cc: Felicia Cannon

Filed: March 28, 2005

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT



No. 03-1433

(CA-01-1421-CCB; CA-01-1456-CCB; CA-01-3259-CCB;
CA-01-3260-CCB; CA-01-3261-CCB; CA-01-3899-CCB)


J. DOUGLAS PINNEY, M.D.; PATRICIA S. COLONELL, individually
and on behalf of all others similarly situated; FRANCIS J.
FARINA, individually and on behalf of all those similarly
situated; GARRETT J. NAQUIN; RONALD LEBLANC; JUDITH A.
KAUFMAN; ASHER RUBENSTEIN; CRYSTALL GILLIAM; DIMITRI MACK;
RIEDY GIMPELSON, individually and on behalf of all others
similarly situated; SARAH DAHLGREN, on behalf of herself and
all others similarly situated; LINDA BARRELL; BLAYNE
MINOGUE; BRIAN LANE BARRETT; DIANA BARRETT; DAVID C. KELLER;
MARSHA L. KELLER,

                                      Plaintiffs - Appellants,

          versus


NOKIA, INCORPORATED, a/k/a Nokia Mobile Phones,
Incorporated, a/k/a Nokia Corporation; NEC AMERICA,
INCORPORATED; ERICSSON WIRELESS COMMUNICATIONS,
INCORPORATED, a/k/a Ericsson, Incorporated; SPRINT PCS
LIMITED PARTNERSHIP, a/k/a Sprint PCS, a/k/a Sprint
Spectrum, LLP, a/k/a Sprint Spectrum; AUDIOVOX
COMMUNICATIONS CORPORATION; NEXTEL COMMUNICATIONS,
INCORPORATED, a/k/a Nextel Communications of the
Mid-Atlantic, Incorporated, a/k/a Nextel Partners,
Incorporated, a/k/a Nextel; MATSUSHITA CORPORATION OF
AMERICA, a/k/a Panasonic Corporation; PHILIPS ELECTRONICS
NORTH AMERICA CORPORATION; QUALCOMM INCORPORATED; SAMSUNG
ELECTRONICS AMERICA, INCORPORATED, a/k/a Samsung
Electronics; SANYO NORTH AMERICA, INCORPORATED, a/k/a Sanyo
Business Systems Corporation, a/k/a Sanyo North America
Group; SONY ELECTRONICS, INCORPORATED; AT&T CORPORATION,
a/k/a AT&T; VERIZON MARYLAND, INCORPORATED, a/k/a Verizon,
a/k/a Verizon Wireless, formerly known as Bell Atlantic
Maryland, Incorporated; VERIZON COMMUNICATIONS,

INCORPORATED, formerly known as Bell Atlantic Corporation;
VERIZON WIRELESS, a/k/a Nynex, a/k/a Bell Atlantic Nynex,
a/k/a Bell Atlantic Mobile, Incorporated, a/k/a Bell
Atlantic NYNEX Mobile; CELLCO PARTNERSHIP, d/b/a Verizon
Wireless, formerly known as Bell Atlantic NYNEX Mobile,
formerly known as Bell Atlantic Mobile; CINGULAR WIRELESS,
LLC, formerly known as BellSouth Mobility, Incorporated,
a/k/a Southwestern Bell Wireless, formerly known as
Southwestern Bell Mobile Systems, Incorporated; CINGULAR
WIRELESS, a/k/a Washington/Baltimore Cellular Limited
Partnership; SBC COMMUNICATIONS, INCORPORATED; CELLULAR ONE
GROUP, a/k/a Cellular One; VOICESTREAM WIRELESS CORPORATION;
C.E.I., INCORPORATED, a/k/a Communications Electronics,
a/k/a Communications Electronics, Incorporated; BALTIMORE
BUSINESS COMMUNICATIONS, INCORPORATED; COMCAST/METROPHONE;
RADIOFONE; POWERTEL, INCORPORATED; POWERTEL PCS,
INCORPORATED; POWERTEL/ATLANTA, INCORPORATED; MITSUBISHI
WIRELESS COMMUNICATIONS, INCORPORATED; MOTOROLA,
INCORPORATED, a Delaware corporation; CELLULAR
TELECOMMUNICATIONS AND INTERNET ASSOCIATION, a District of
Columbia corporation; CELLULAR TELECOMMUNICATIONS INDUSTRY
ASSOCIATION; TELECOMMUNICATIONS INDUSTRY ASSOCIATION, a/k/a
TIA; NEXTEL PARTNERS OPERATING CORPORATION,

                 Defendants - Appellees

  and

WESTINGHOUSE COMMUNICATIONS; SOUTHERN TELECOM, INCORPORATED
a/k/a Southern LINC; JOHN DOES 1-100; LGIC CORPORATION
PANASONIC CORPORATION; SAMSUNG SDI COMPANY; SANYO
CORPORATION; SONY CORPORATION; PLANET CELLULAR
COMMUNICATIONS, INCORPORATED; VISITOR CELLULAR L.L.C.; BELL
SOUTH MOBILITY; KYOCERA WIRELESS CORPORATION; MCI WORLDCOM
COMMUNICATIONS, INCORPORATED; U.S. WEST WIRELESS, L.L.C., A
Colorado corporation; U. S. WEST COMMUNICATIONS,
INCORPORATED, a Colorado corporation; GTE MOBILNET OF SAN
DIEGO, INCORPORATED, a Delaware corporation; GTE WIRELESS
SAN DIEGO, LLC, a California Limited Liability; CELLULAR
CARRIERS ASSOCIATION OF CALIFORNIA, a California
corporation; AB CELLULAR HOLDINGS, LLC, d/b/a LA Cellular,
d/b/a Los Angeles Cellular Telephone Company

                 Defendants

---

O R D E R

The court amends its opinion filed March 16, 2005, as follows:

On Page 6, line 16, substitute the name "Paul Walter" for the name "Paul F. Walter."

On Page 7, add at line 12, John A. Stewart, Jr., HULSE & WANEK, New Orleans, Louisiana; Mark J. Jeansonne, MILLING BENSON, WOODWARD, New Orleans, Louisiana, for Radiofone, Inc.

For the Court
/s/ Patricia S. Connor
_____
Clerk