UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

```
                                              FILED
                                        April 12, 2005

       No. 03-1433                    ___FILED        ENTERED
           CA-01-3899-CCB                 LODGED      RECEIVED
           CA-01-3261-CCB
           CA-01-3260-CCB              APR 1 4 2005
           CA-01-3259-CCB
           CA-01-1456-CCB           CLERK U.S. DISTRICT COURT
           CA-01-1421-CCB             DISTRICT OF MARYLAND
                                                      DEPUTY
```

J. DOUGLAS PINNEY, M.D.; PATRICIA S. COLONELL, individually
and on behalf of all others similarly situated; FRANCIS J.
FARINA, individually and on behalf of all those similarly
situated; GARRETT J. NAQUIN; RONALD LEBLANC; JUDITH A.
KAUFMAN; ASHER RUBENSTEIN; CRYSTALL GILLIAM; DIMITRI MACK;
RIEDY GIMPELSON, individually and on behalf of all others
similarly situated; SARAH DAHLGREN, on behalf of herself and
all others similarly situated; LINDA BARRELL; BLAYNE
MINOGUE; BRIAN LANE BARRETT; DIANA BARRETT; DAVID C. KELLER;
MARSHA L. KELLER

    Plaintiffs - Appellants

    v

NOKIA, INCORPORATED, a/k/a Nokia Mobile Phones,
Incorporated, a/k/a Nokia Corporation; NEC AMERICA,
INCORPORATED; ERICSSON WIRELESS COMMUNICATIONS,
INCORPORATED, a/k/a Ericsson, Incorporated; SPRINT PCS
LIMITED PARTNERSHIP, a/k/a Sprint PCS, a/k/a Sprint
Spectrum, LLP, a/k/a Sprint Spectrum; AUDIOVOX
COMMUNICATIONS CORPORATION; NEXTEL COMMUNICATIONS,
INCORPORATED, a/k/a Nextel Communications of the
Mid-Atlantic, Incorporated, a/k/a Nextel Partners,
Incorporated, a/k/a Nextel; MATSUSHITA CORPORATION OF
AMERICA, a/k/a Panasonic Corporation; PHILIPS ELECTRONICS
NORTH AMERICA CORPORATION; QUALCOMM INCORPORATED; SAMSUNG
ELECTRONICS AMERICA, INCORPORATED, a/k/a Samsung
Electronics; SANYO NORTH AMERICA, INCORPORATED, a/k/a Sanyo
Business Systems Corporation, a/k/a Sanyo North America
Group; SONY ELECTRONICS, INCORPORATED; AT&T CORPORATION,
a/k/a AT&T; VERIZON MARYLAND, INCORPORATED, a/k/a Verizon,
a/k/a Verizon Wireless, formerly known as Bell Atlantic
Maryland, Incorporated; VERIZON COMMUNICATIONS,
INCORPORATED, formerly known as Bell Atlantic Corporation;
VERIZON WIRELESS, a/k/a Nynex, a/k/a Bell Atlantic Nynex,
a/k/a Bell Atlantic Mobile, Incorporated, a/k/a Bell
Atlantic NYNEX Mobile; CELLCO PARTNERSHIP, d/b/a Verizon
Wireless, formerly known as Bell Atlantic NYNEX Mobile,
formerly known as Bell Atlantic Mobile; CINGULAR WIRELESS,
LLC, formerly known as BellSouth Mobility, Incorporated,
a/k/a Southwestern Bell Wireless, formerly known as
Southwestern Bell Mobile Systems, Incorporated; CINGULAR
WIRELESS, a/k/a Washington/Baltimore Cellular Limited
Partnership; SBC COMMUNICATIONS, INCORPORATED; CELLULAR ONE
GROUP, a/k/a Cellular One; VOICESTREAM WIRELESS CORPORATION;
C.E.I., INCORPORATED, a/k/a Communications Electronics,
a/k/a Communications Electronics, Incorporated; BALTIMORE
BUSINESS COMMUNICATIONS, INCORPORATED; COMCAST/METROPHONE;

RADIOFONE; POWERTEL, INCORPORATED; POWERTEL PCS, INCORPORATED; POWERTEL/ATLANTA, INCORPORATED; MITSUBISHI WIRELESS COMMUNICATIONS, INCORPORATED; MOTOROLA, INCORPORATED, a Delaware corporation; CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, a District of Columbia corporation; CELLULAR TELECOMMUNICATIONS INDUSTRY ASSOCIATION; TELECOMMUNICATIONS INDUSTRY ASSOCIATION, a/k/a TIA; NEXTEL PARTNERS OPERATING CORPORATION

  Defendants - Appellee.

  and

WESTINGHOUSE COMMUNICATIONS; SOUTHERN TELECOM, INCORPORATED, a/k/a Southern LINC; JOHN DOES 1-100; LGIC CORPORATION; PANASONIC CORPORATION; SAMSUNG SDI COMPANY; SANYO CORPORATION; SONY CORPORATION; PLANET CELLULAR COMMUNICATIONS, INCORPORATED; VISITOR CELLULAR L.L.C.; BELL SOUTH MOBILITY; KYOCERA WIRELESS CORPORATION; MCI WORLDCOM COMMUNICATIONS, INCORPORATED; U.S. WEST WIRELESS, L.L.C., A Colorado corporation; U. S. WEST COMMUNICATIONS, INCORPORATED, a Colorado corporation; GTE MOBILNET OF SAN DIEGO, INCORPORATED, a Delaware corporation; GTE WIRELESS SAN DIEGO, LLC, a California Limited Liability; CELLULAR CARRIERS ASSOCIATION OF CALIFORNIA, a California corporation; AB CELLULAR HOLDINGS, LLC, d/b/a LA Cellular, d/b/a Los Angeles Cellular Telephone Company

  Defendants

---

On Petition for Rehearing and Rehearing En Banc

---

  The Appellees' petition for rehearing and rehearing en banc was submitted to this Court  As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

  As the panel considered the petition for rehearing and is of the opinion that it should be denied

  IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

  Entered for a panel composed of Judge Luttig, Judge Michael, and Judge Kiser

               the Court

               Patricia S  Connor
               _____
               CLERK