UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 2, 2005

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

MAY 4 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

No  03-1433
    CA-01-3899-CCB
    CA-01-3261-CCB
    CA-01-3260-CCB
    CA-01-3259-CCB
    CA-01-1456-CCB
    CA-01-1421-CCB

J. DOUGLAS PINNEY, M.D.; PATRICIA S. COLONELL, individually and on behalf of all others similarly situated; FRANCIS J. FARINA, individually and on behalf of all those similarly situated; GARRETT J. NAQUIN; RONALD LEBLANC; JUDITH A. KAUFMAN; ASHER RUBENSTEIN; CRYSTALL GILLIAM; DIMITRI MACK; RIEDY GIMPELSON, individually and on behalf of all others similarly situated; SARAH DAHLGREN, on behalf of herself and all others similarly situated; LINDA BARRELL; BLAYNE MINOGUE; BRIAN LANE BARRETT; DIANA BARRETT; DAVID C. KELLER; MARSHA L. KELLER

    Plaintiffs - Appellants

        v.

NOKIA, INCORPORATED, a/k/a Nokia Mobile Phones, Incorporated, a/k/a Nokia Corporation; NEC AMERICA, INCORPORATED; ERICSSON WIRELESS COMMUNICATIONS, INCORPORATED, a/k/a Ericsson, Incorporated; SPRINT PCS LIMITED PARTNERSHIP, a/k/a Sprint PCS, a/k/a Sprint Spectrum, LLP, a/k/a Sprint Spectrum; AUDIOVOX COMMUNICATIONS CORPORATION; NEXTEL COMMUNICATIONS, INCORPORATED, a/k/a Nextel Communications of the Mid-Atlantic, Incorporated, a/k/a Nextel Partners, Incorporated, a/k/a Nextel; MATSUSHITA CORPORATION OF AMERICA, a/k/a Panasonic Corporation; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; QUALCOMM INCORPORATED; SAMSUNG ELECTRONICS AMERICA, INCORPORATED, a/k/a Samsung Electronics; SANYO NORTH AMERICA, INCORPORATED, a/k/a Sanyo Business Systems Corporation, a/k/a Sanyo North America Group; SONY ELECTRONICS, INCORPORATED; AT&T CORPORATION, a/k/a AT&T; VERIZON MARYLAND, INCORPORATED, a/k/a Verizon, a/k/a Verizon Wireless, formerly known as Bell Atlantic Maryland, Incorporated; VERIZON COMMUNICATIONS, INCORPORATED, formerly known as Bell Atlantic Corporation; VERIZON WIRELESS, a/k/a Nynex, a/k/a Bell Atlantic Nynex, a/k/a Bell Atlantic Mobile, Incorporated, a/k/a Bell Atlantic NYNEX Mobile; CELLCO PARTNERSHIP, d/b/a Verizon Wireless, formerly known as Bell Atlantic NYNEX Mobile, formerly known as Bell Atlantic Mobile; CINGULAR WIRELESS, LLC, formerly known as BellSouth Mobility, Incorporated, a/k/a Southwestern Bell Wireless, formerly known as Southwestern Bell Mobile Systems, Incorporated; CINGULAR WIRELESS, a/k/a Washington/Baltimore Cellular Limited Partnership; SBC COMMUNICATIONS, INCORPORATED; CELLULAR ONE GROUP, a/k/a Cellular One; VOICESTREAM WIRELESS CORPORATION; C.E.I., INCORPORATED, a/k/a Communications Electronics, a/k/a Communications Electronics, Incorporated; BALTIMORE

BUSINESS COMMUNICATIONS, INCORPORATED; COMCAST/METROPHONE;
RADIOFONE; POWERTEL, INCORPORATED; POWERTEL PCS,
INCORPORATED; POWERTEL/ATLANTA, INCORPORATED; MITSUBISHI
WIRELESS COMMUNICATIONS, INCORPORATED; MOTOROLA,
INCORPORATED, a Delaware corporation; CELLULAR
TELECOMMUNICATIONS AND INTERNET ASSOCIATION, a District of
Columbia corporation; CELLULAR TELECOMMUNICATIONS INDUSTRY
ASSOCIATION; TELECOMMUNICATIONS INDUSTRY ASSOCIATION, a/k/a
TIA; NEXTEL PARTNERS OPERATING CORPORATION

   Defendants - Appellees

   and

WESTINGHOUSE COMMUNICATIONS; SOUTHERN TELECOM, INCORPORATED,
a/k/a Southern LINC; JOHN DOES 1-100; LGIC CORPORATION;
PANASONIC CORPORATION; SAMSUNG SDI COMPANY; SANYO
CORPORATION; SONY CORPORATION; PLANET CELLULAR
COMMUNICATIONS, INCORPORATED; VISITOR CELLULAR L.L.C.; BELL
SOUTH MOBILITY; KYOCERA WIRELESS CORPORATION; MCI WORLDCOM
COMMUNICATIONS, INCORPORATED; U.S. WEST WIRELESS, L.L.C., A
Colorado corporation; U. S. WEST COMMUNICATIONS,
INCORPORATED, a Colorado corporation; GTE MOBILNET OF SAN
DIEGO, INCORPORATED, a Delaware corporation; GTE WIRELESS
SAN DIEGO, LLC, a California Limited Liability; CELLULAR
CARRIERS ASSOCIATION OF CALIFORNIA, a California
corporation; AB CELLULAR HOLDINGS, LLC, d/b/a LA Cellular,
d/b/a Los Angeles Cellular Telephone Company

   Defendants


O R D E R


   The Appellants have filed a bill of costs.

   The Court awards $6,156.00 in costs.  An itemized statement of costs is attached to this order   A certified copy of this order shall issue to the Clerk of the District Court for inclusion in this Court's mandate.

                              For the Court - By Direction

                              /s/  Patricia S. Connor
                              _____
                                        CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

J. DOUGLAS PINNEY, M.D., et al       *

        Plaintiffs-Appellants   *

v.                                   *       NO. 03-1433

NOKIA, INC., et al.,                 *       CA-01-3899-CCB

        Defendants-Appellees*

\* \* \* \*   \* \* \* \*

FILED
MAR 2 8 2005
U.S. Court of Appeals
Fourth Circuit

On Appeal From The United States District Court
For The District of Maryland
(Hon. Catherine C. Blake, District Judge)

## BILL OF COSTS

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | AMOUNT CLAIMED | AMOUNT TAXED (Court Use ONLY!) |
|---|---|---|
| Docketing Fee | $ 100.00 | 100.00 |
| Printing Appendix (178,880 Pages) | $18,428.00 | 5,596.00 |
| Printing Appellant's Brief (15,000 Pages) | $ 1,837.50 | 280.00 |
| Printing Appellee's Brief (_____ Pages) | | |
| Printing Appellant's Reply Brief (10,540 Pages) | $ 839.70 | 180.00 |
| Total Amount | $21,205.20 | 6,156.00 |

If costs are sought for or against the United States, agency or officer, cite statutory authority.

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action. Service is made upon opposing counsel and a copy of the certificate of service is attached.

DATE: 03/23/05

SIGNATURE: *Glenn E. Mintz*

FOR (Name of Claiming Party): <u>Plaintiffs-Appellants J. Douglas Pinney, M.D., et al.</u>

2

To be filed by      03/30/05

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

------------------------------
Re: 03-1433 Pinney v. Nokia Inc
      CA-01-3899-CCB

=====================================================================
                SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.
=====================================================================
                            BILL OF COSTS
---------------------------------------------------------------------
The Clerk is requested to tax the following costs against: **Defendants/Appellees**]
---------------------------------------------------------------------

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | | CLAIMED | TAXED Court Use |
|---|---|---|---|
| Docketing Fee | | $ 100.00 | $ |
| Printing Appendix | [ 178,880 Pages ] | 18,428.00 | |
| Printing Appellant's Brief | [ 15,000 Pages ] | 1,837.50 | |
| Printing Appellee's Brief | [        ] Pages | | |
| Printing Appellant's Reply Brief | [ 10,540 Pages ] | 839.70 | |
| | TOTAL AMOUNT | $ 21,205.20 | $ |

If costs are sought for or against the United States, agency or officer, cite statutory authority.
=====================================================================
I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.
---------------------------------------------------------------------
Date                  | Signature                  |(For) Name of Claiming Party

=====================================================================

Certificate of Service

I certify that on 03/23/05 [date] I mailed a copy of the bill of costs form to counsel at the address shown below:

See Attached.

Glenn E. Mint
--------------------
Signature

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

DOUGLAS PINNEY, M.D., et al.,

        Plaintiffs-Appellants  *

v.                                          NO. 03-1433

NOKIA, INC., et al.,            *    CA-01-3899-CCB

        Defendants-Appellees*

        *  *  *  *  *  *  *  *  *

On Appeal From The United States District Court
For The District of Maryland
(Hon. Catherine C. Blake, District Judge)

## AFFIDAVIT OF GLENN E. MINTZER

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Glenn E. Mintzer who, having been sworn, states, pursuant to 28 U.S.C. § 1924, as follows:

1

I am an attorney with the Law Offices of Peter G. Angelos, P.C., counsel for J. Douglas Pinney, M.D. in the above-styled action, and am an attorney of record in this matter. I have personal knowledge of the facts stated in this affidavit and I am of legal age and under no legal disability. This affidavit is given freely and voluntarily for use in connection with the above-styled action.

2.

On March 16, 2005, final judgment for Appellants was entered by this Court.

3.

I have reviewed the Bill of Costs submitted by Appellants in this matter and have personal knowledge of the items claimed therein.

4.

Each item contained and claimed in Appellants' Bill of Costs is correct and has been necessarily incurred in the case and the services for which fees have been charged were actually and necessarily performed.

5.

Attached hereto as Exhibit "A" are verified and itemized statements of the printer's charges claimed in Appellants' Bill of Costs.

FURTHER AFFIANT SAYETH NOT.

_/s/ Glenn E. Mintzer_
Glenn E. Mintzer

Sworn to and subscribed before me this 23 day of March, 2005.

_/s/ Donna Jean Miller_
Notary Public
My Commission Expires: 9/1/08

(NOTARY SEAL)

2

# EXHIBIT A

300 East Lombard Street  
Baltimore, MD 21202  
Phone : 410-752-4343  
Fax : 410-752-1566  
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 83998

Invoice Date: 07/31/03

**COPY**

Bill To:  
Peter G. Angelos Law Offices  
100 N. Charles St.  
22nd Floor  
Baltimore, MD 21201  
Kellie Fleischer

Ship To:  
Peter G. Angelos Law Offices  
100 N. Charles St.  
22nd Floor  
Baltimore, MD 21201

| ustomer ID | 12382 | P.O. Number | |
|---|---|---|---|
| erms | Net 15 Days | Client / Matter No. | MDL/ Cell Appeal |
| alesPerson | BAL SMJ | Job No. | 7-169 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 178,880 | B Work - Light Litigation | 0.10 | 17,888.00 |
| 360 | Binding GBC | 1.50 | 540.00 |
| 1 | Postage for multiple packages | 1,153.00 | 1,153.00 |

Thank you for choosing Document Technologies, Inc.

|  |  |
|---|---|
| Subtotal: | 19,581.00 |
| Total Sales Tax: | 921.40 |
| Total: | 20,502.40 |

cepted By: _____

**INVOICE**

300 East Lombard Street
Baltimore, MD 21202
Phone : 410-752-4343
Fax : 410-752-1566
Fed. ID No. : 58-2413793

Invoice Number: 84009

Invoice Date: 08/01/03

COPY

Bill To:
Peter G. Angelos Law Offices
100 N. Charles St.
22nd Floor
Baltimore, MD 21201
Kellie Fleischer

Ship To:
Peter G. Angelos Law Offices
100 N. Charles St.
22nd Floor
Baltimore, MD 21201

Customer ID    12382
Terms          Net 15 Days
SalesPerson    BAL SMJ

P.O. Number
Client / Matter No.   MDL/ Cell Brief
Job No.               8-002

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 15,000 | B Work - Light Litigation | 0.10 | 1,500.00 |
| 225 | Binding  GBC | 1.50 | 337.50 |

Thank you for choosing Document Technologies, Inc.

| | |
|---|---|
| Subtotal: | 1,837.50 |
| Total Sales Tax: | 91.88 |
| Total | 1,929.38 |

Accepted By: _____



**300 East Lombard Street**
Baltimore, MD 21202
Phone : 410-752-4343
Fax : 410-752-1566
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 97901

Invoice Date: 11/05/03

COPY

**Bill To:**
Peter G. Angelos Law Offices
100 N. Charles St.
22nd Floor
Baltimore, MD 21201
Kellie Fleischer

**Ship To:**
Peter G. Angelos Law Offices
100 N. Charles St.
22nd Floor
Baltimore, MD 21201

| Customer ID | 12382 | Client / Matter No. | Nokia |
| --- | --- | --- | --- |
| Terms | Net 15 Days | Job No. | 11-024 |
| SalesPerson | BAL SMJ | Nat'l Acct Name | |
| P.O. Number | | Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
| --- | --- | --- | --- |
| 10,540 | A Work - Auto Feed | 0.055 | 579.70 |
| 130 | GBC Binding | 2.00 | 260.00 |
| 1 | Postage | 9.50 | 9.50 |
| 10 | Postage | 6.05 | 60.50 |
| 3 | Postage | 7.15 | 21.45 |
| 1 | Postage | 6.85 | 6.85 |
| 21 | Postage | 4.75 | 99.75 |

Thank you for choosing Document Technologies, Inc.

| | |
| --- | --- |
| Subtotal: | 1,037.75 |
| Total Sales Tax | 41.99 |
| Total | 1,079.74 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
300 East Lombard Street
Baltimore, MD 21202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2005, a copy of the foregoing was served on the following counsel by first class, postage pre-paid mail.

Harold M. Walter, Esquire
John B. Isbister, Esquire
Tydings & Rosenberg, LLP
100 E. Pratt Street, 26th Floor
Baltimore, Maryland 21202

Steven M. Zager, Esquire
Brobeck Phleger & Harrison, LLP
4801 Plaza on the Lake
Austin, Texas 78746

James P. Ulwick, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202

Charles Babcock, Esquire
David T. Moran, Esquire
Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

Paul S. Schleifman, Esquire
600 14th Street, N.W., Ste. 800
Washington, D.C. 20005

J. Stan Sexton, Esquire
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105

Paul F. Strain, Esquire
Venable, Baetjer & Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201

M. King Hill, III, Esquire
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland 21204

Jane A. Thorpe, Esquire
Scott A. Elder, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Mark H. Kolman, Esquire
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, D.C. 20037

Edward M. Crane, Esquire
David L. Hanselman, Esquire
Skadden, Arps, Slate, Meagher & Flom
3333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606-1285

Waller T. Dudley, Esquire
McGuire Woods, LLP
1750 Tysons Boulevard, Ste. 1800
McLean, Virginia 22102

Francis A. Citera, Esquire
Greenberg Traurig, LLP
227 West Monroe Street, Suite 3500
Chicago, Illinois 60606

Stewart Baker, Esquire
Mark Horning, Esquire
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Seamus C. Duffy, Esquire
Drinker Biddle & Reath, LLP
One Logan Square
18th & Arch Street
Philadelphia, PA 19103-6996

Russell J. Rogers, Esquire
Long Aldrige & Norman, LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308

Robert B. Green, Esquire
Irwin Green & Dexter, LLP
301 W. Pennsylvania Avenue
Towson, MD 21204

Scott A. Hanfling, Esquire
Kane, Laduzinsky & Mendoza, Ltd
225 West Washington, Ste. 1100
Chicago, IL 60606

Raymond B. Biagini, Esquire
McKenna & Cueno, LLP
1900 K Street, N.W.
Washington, DC 20006

Terrance J. Dee, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Eugene A. Schoon, Esquire
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn
Chicago, IL 60603

Richard Capriola, Esquire
Weinstock & Scavo, P.C.
3405 Piedmont Road, N.E
Suite 300
Atlanta, GA 30305

Shayon Tylee Smith, Esquire
P.O. Box 193
605 Monterey Court
Joppa, MD 21085

John J. Nagle, III, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs, P.A
21 W. Susquehanna Avenue
Towson, Maryland 21204

Maureen E. Murphy, Esquire
Murphy & Murphy, LLC
14 North Rolling Road
Catonsville, Maryland 21228

Paul Freehling, Esquire
D'Ancona & Pflaum, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Steven M. Laduzinsky, Esquire
Kane, Laduzinsky & Mendoza, Ltd
225 West Washington, Ste. 1100
Chicago, IL 60606

Kenneth L. Thompson, Esquire
Piper, Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209

Garrett B. Johnson, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Kevin B. Getzendanner, Esquire
Arnall Golden Gregory, LLP
1201 West Peachtree Street
2800 One Atlantic Center
Atlanta, GA 30309-3450

John A. Stewart, Jr., Esquire
Hulse & Wanek
1010 Common Street
Suite 2800
New Orleans, LA 70112

Tamar B. Kebler, Esquire
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn
Chicago, IL 60603

Laura N. Steel, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005

Thomas M. Barba, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Gregg Bernstein, Esquire
217 East Redwood Street
Suite 2000
Baltimore, MD 21202

Kenneth Winston Starr, Esquire
Kirkland & Ellis
777 South Figueroa Street
Los Angelos, CA 90017

David R. Venderbush, Esquire
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016-1387

Michael R. Allweiss, Esquire
Lowe, Stein, Hoffman, Allweiss & Hauver
One Shell Square
701 Poydras Street
Suite 3600
New Orleans, LA 70139

Laura L. Owens, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Brian P. Brooks, Esquire
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Matthew T. Covell, Esquire
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031

_/s/ Glenn E. Mintzer_
Glenn E. Mintzer