NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

May 2, 2005

MANDATE

TO: Clerk, District Court/Agency

FROM: Merlene Smith-Taylor
Deputy Clerk

RE: 03-1433 Pinney v. Nokia Inc
CA-01-3899-CCB
CA-01-3261-CCB
CA-01-3260-CCB
CA-01-3259-CCB
CA-01-1456-CCB
CA-01-1421-CCB

```
___FILED    ___ENTERED
___LODGED   ___RECEIVED

MAY  4 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
BY                    DEPUTY
```

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 3/16/05.

[ ] Order and Certified Copy of Judgment
[X] Opinion and Certified Copy of Judgment
[X] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number


cc: Russell James Rogers
    Raymond Brian Biagini
    Paul E. Freehling
    Robert Belknap Green
    Scott Andrew Hanfling
    Steven Michael Laduzinsky
    Kenneth L. Thompson
    Terrence J. Dee
    Garrett B. Johnson
    Matthew T. Covell
    Kevin B. Getzendanner
    Eugene A. Schoon
    Kenneth Winston Starr
    Seamus Cotter Duffy
    John A. Stewart Jr.
    Maureen Ellen Murphy
    Richard John Capriola
    John Joseph Nagle III
    Tamar Beth Kelber
    Shayon Tylee Smith
    David R. Venderbush
    Scott A. Elder
    Laura Owens
    Jane F. Thorpe

M. King Hill III
Brian P. Brooks
Paul Farrell Strain
Thomas M. Barba
Mark Frederick Horning
Stewart Abercrombie Baker
Francis Anthony Citera
Laura Nachowitz Steel
John B. Ibister
Harold Mark Walter
Waller Trolinger Dudley
Edward Michael Crane
David Lee Hanselman Jr.
Mark Herbert Kolman
Paul Steven Schleifman
David Timothy Moran
Charles Lynde Babcock
Gregg Lewis Bernstein
James Patrick Ulwick
Steven Mark Zager
Andrew Gerald McBride
Seth M. Wood
Kathryn Louise Comerford Todd
John C.M. Angelos
H. Russell Smouse
Michael R. Allweiss