NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

May 2, 2005

MANDATE

```
____FILED   ____ENTERED
____LODGED  ____RECEIVED

MAY  4 2005

    AT BALTIMORE
CLERK U.S. DISTRICT COURT
BY                    DEPUTY
```

TO:   Clerk, District Court/Agency

FROM: Merlene Smith-Taylor
      Deputy Clerk

RE:   03-1433 Pinney v. Nokia Inc
        CA-01-3899-CCB
        CA-01-3261-CCB
        CA-01-3260-CCB
        CA-01-3259-CCB
        CA-01-1456-CCB
        CA-01-1421-CCB


HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 3/16/05.

[ ] Order and Certified Copy of Judgment
[X] Opinion and Certified Copy of Judgment
[X] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number


cc:   Russell James Rogers
      Raymond Brian Biagini
      Paul E. Freehling
      Robert Belknap Green
      Scott Andrew Hanfling
      Steven Michael Laduzinsky
      Kenneth L. Thompson
      Terrence J. Dee
      Garrett B. Johnson
      Matthew T. Covell
      Kevin B. Getzendanner
      Eugene A. Schoon
      Kenneth Winston Starr
      Seamus Cotter Duffy
      John A. Stewart Jr.
      Maureen Ellen Murphy
      Richard John Capriola
      John Joseph Nagle III
      Tamar Beth Kelber
      Shayon Tylee Smith
      David R. Venderbush
      Scott A. Elder
      Laura Owens
      Jane F. Thorpe

M. King Hill III
Brian P. Brooks
Paul Farrell Strain
Thomas M. Barba
Mark Frederick Horning
Stewart Abercrombie Baker
Francis Anthony Citera
Laura Nachowitz Steel
John B. Ibister
Harold Mark Walter
Waller Trolinger Dudley
Edward Michael Crane
David Lee Hanselman Jr.
Mark Herbert Kolman
Paul Steven Schleifman
David Timothy Moran
Charles Lynde Babcock
Gregg Lewis Bernstein
James Patrick Ulwick
Steven Mark Zager
Andrew Gerald McBride
Seth M. Wood
Kathryn Louise Comerford Todd
John C.M. Angelos
H. Russell Smouse
Michael R. Allweiss