

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978

Telephone 410-244-7400
Facsimile 410-244-7742

www.venable.com

May 5, 2005

**HAND DELIVERED**

The Honorable Catherine C. Blake
U.S. District Court for the
District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
1st Floor, Room 110
Baltimore, Maryland 21201

      Re:   In re Wireless Telephones Radio Frequency Emissions Products Liability Litigation, MDL No. 1421

Dear Judge Blake:

    On behalf of the Defendants in the above-captioned multidistrict litigation proceeding, we write to request a status conference to discuss the *Dahlgren*, *Brower* and *Naquin* cases, which remain pending before the Court. Defendants believe a status conference is necessary (a) to update the Court on some developments that may affect the procedural posture of these matters and (b) to discuss the next steps in these cases.

    If you have any questions of need anything further, please feel free to contact us.

                             Respectfully,

                             Paul F. Strain /d
                             VENABLE LLP

                             Michael E. Yaggy /d
                             DLA PIPER RUDNICK GRAY CARY US LLP

                             Liaison Counsel For Defendants

cc:    Plaintiffs' counsel (by fax)
        Defendants' counsel (by e-mail)

TO1DOCS1/MKH/#206581v1

MARYLAND   VIRGINIA   WASHINGTON, DC