**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** | **U.S. COURTHOUSE** |
| **CATHERINE C. BLAKE** | **101 WEST LOMBARD STREET** |
| **UNITED STATES DISTRICT JUDGE** | **BALTIMORE, MARYLAND 21201** |
| | **(410) 962-3220** |
| | **Fax (410) 962-6836** |

May 17, 2005

LETTER TO ALL COUNSEL

In re: Wireless Telephone Radio Frequency Emissions Product Liability Litigation,
    MDL No. 1421

Dear Counsel:

I am in receipt of counsels' letters of May 5 and May 9, 2005 requesting a status conference in this litigation. Accordingly, a status conference has been scheduled for **May 25, 2005** at **2:30 p.m.** in Courtroom 7D. Several out-of-town counsel on both sides have requested, and the court has agreed, to allow them to phone a "call-in" number (866-740-1260, access code 4946287), which Mr. Strain's office has offered for use in the conference. Approximately 2:35 p.m., the courtroom deputy will call in to join all parties in the courtroom proceedings.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge