IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : MDL No. 1421 |
| THIS DOCUMENT RELATES TO:<br>*Dahlgren v. Audiovox, et al.*<br>No. 1:02cv4001 | : |

## ORDER

WHEREAS, Plaintiff Sarah Dahlgren ("Plaintiff") filed her complaint in the above-captioned case in the Superior Court for the District of Columbia on September 6, 2002 ("Complaint"); and

WHEREAS, Defendants timely removed Plaintiff's Complaint in this action to the United States District Court for the District of Columbia on October 11, 2002 pursuant to 28 U.S.C. §§ 1441 and 1442; and

WHEREAS, Plaintiff filed a Motion for Remand in the United States District Court for the District of Columbia on October 18, 2002; and

WHEREAS, briefing and argument on Plaintiff's Motion for Remand was stayed pending resolution of Defendant's motion to transfer this case to the multi-district litigation ("MDL") in this Court; and

WHEREAS, Plaintiff's Complaint was transferred to the MDL in this Court on November 21, 2002; and

WHEREAS, resolution of Plaintiff's Motion for Remand was further stayed by this Court pending decision by the Court of Appeals for the Fourth Circuit in the appeal

1

of Orders by this Court dated June 21, 2002 and March 5, 2003, denying remand and dismissing complaints, respectively, in certain other MDL actions ("*Pinney* decision"); and

WHEREAS, the Fourth Circuit held in the *Pinney* decision that federal jurisdiction did not exist in those cases; and

WHEREAS, Defendants believe the *Pinney* decision was wrongly decided but recognize that this Court is bound by the Fourth Circuit's ruling and thus on that basis no longer oppose Plaintiff's remand motion;

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Motion for Remand is hereby GRANTED. Plaintiff's Complaint shall be and is hereby remanded to the Superior Court for the District of Columbia, without prejudice to any rights that are otherwise provided to Defendants by 28 U.S.C. §§ 1441 or 1446 to re-remove this case, if appropriate.


Date:  June _____, 2005

_____
Judge Catherine C. Blake
United States District Court