# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**IN RE WIRELESS TELEPHONE RADIO
FREQUENCY EMISSIONS PRODUCTS                    MDL No. 1421
LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**
    *Dahlgren v. Audiovox, et al.*
      No. 1:02cv4001

## ORDER

WHEREAS, Plaintiff Sarah Dahlgren ("Plaintiff") filed her complaint in the above-captioned case in the Superior Court for the District of Columbia on September 6, 2002 ("Complaint"); and

WHEREAS, Defendants timely removed Plaintiff's Complaint in this action to the United States District Court for the District of Columbia on October 11, 2002 pursuant to 28 U.S.C. §§ 1441 and 1442; and

WHEREAS, Plaintiff filed a Motion for Remand in the United States District Court for the District of Columbia on October 18, 2002; and

WHEREAS, briefing and argument on Plaintiff's Motion for Remand was stayed pending resolution of Defendant's motion to transfer this case to the multi-district litigation ("MDL") in this Court; and

WHEREAS, Plaintiff's Complaint was transferred to the MDL in this Court on November 21, 2002; and

WHEREAS, resolution of Plaintiff's Motion for Remand was further stayed by this Court pending decision by the Court of Appeals for the Fourth Circuit in the appeal

1

of Orders by this Court dated June 21, 2002 and March 5, 2003, denying remand and

dismissing complaints, respectively, in certain other MDL actions ("*Pinney* decision");

and

WHEREAS, the Fourth Circuit held in the *Pinney* decision that federal

jurisdiction did not exist in those cases; and

WHEREAS, Defendants believe the *Pinney* decision was wrongly decided but

recognize that this Court is bound by the Fourth Circuit's ruling and thus on that basis no

longer oppose Plaintiff's remand motion;

IT IS, THEREFORE, ORDERED THAT:

1.      Plaintiff's Motion for Remand is hereby GRANTED.  Plaintiff's

Complaint shall be and is hereby remanded to the Superior Court for the District of

Columbia, without prejudice to any rights that are otherwise provided to Defendants by

28 U.S.C. §§ 1441 or 1446 to re-remove this case, if appropriate.


Date:  June 10th, 2005                    _____/s/_____        CCB

                                          Judge Catherine C. Blake
                                          United States District Court

2