IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL NO. 1421<br>Civil No. 01-MD-1421 |

**NOTICE OF CHANGE OF ADDRESS AND WITHDRAWAL OF CO-COUNSEL FOR DEFENDANT IEEE**

The Clerk will please note the new address and contact information, effective immediately, for counsel of record for the Institute of Electrical and Electronics Engineering, Inc. ("IEEE"), a defendant in *Brower v. Motorola, Inc., et. al.*, MDL No. 1421 (D. Md.), which is included in the above-captioned matter:

> Ralph A. Taylor, Jr.
> Arent Fox PLLC
> 1050 Connecticut Avenue, N.W.
> Washington, D.C.   20036
> Telephone:  (202) 775-5713
> Facsimile:   (202) 857-6395

The Clerk will also please note the withdrawal of appearance for defendant IEEE in the above-captioned matter of the following:

> Bruce Trauben
> Dorsey & Whitney LLP
> Suite 400 South
> 1001 Pennsylvania Avenue, N.W.
> Washington, D.C.   20004

- 2 -

                              Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Ralph A. Taylor, Jr. (Bar No. 04509) | Bruce Trauben |
| ARENT FOX PLLC | DORSEY & WHITNEY LLP |
| 1050 Connecticut Avenue, N.W. | Suite 400 South |
| Washington, D.C.  20036 | 1001 Pennsylvania Avenue, N.W. |
| Telephone: (202) 775-5713 | Washington, D.C.  20004 |
| Facsimile: (202) 857-6395 | |

Dated: June 21, 2005

LDR/147259.2