FILED: June 16, 2005

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1433
(CA-01-1421-C.B.)
(CA-01-1456-C.B.)
(CA-01-3259-CC)

N O 2005

J. DOUGLAS PINNEY, M.D.; PATRICIA S. COLONELL,
individually and on behalf of all others similarly
situated; FRANCIS J. FARINA, individually and on behalf
of all those similarly situated; GARRETT J. NAQUIN;
RONALD LEBLANC; JUDITH A. KAUFMAN; ASHER RUBENSTEIN;
CRYSTALL GILLIAM; DIMITRI MACK; RIEDY GIMPELSON,
individually and on behalf of all others similarly
situated; SARAH DAHLGREN, on behalf of herself and
all others similarly situated; LINDA BARRELL; BLAYNE
MINOGUE; BRIAN LANE BARRETT; DIANA BARRETT; DAVID C.
KELLER; MARSHA L. KELLER,

Plaintiffs - Appellants,

versus

NOKIA, INCORPORATED, a/k/a Nokia Mobile Phones,
Incorporated, a/k/a Nokia Corporation; NEC AMERICA,
INCORPORATED; ERICSSON WIRELESS COMMUNICATIONS,
INCORPORATED, a/k/a Ericsson, Incorporated; SPRINT PCS
LIMITED PARTNERSHIP, a/k/a Sprint PCS, a/k/a Sprint
Spectrum, LLP, a/k/a Sprint Spectrum; AUDIOVOX
COMMUNICATIONS CORPORATION; NEXTEL COMMUNICATIONS,
INCORPORATED, a/k/a Nextel Communications of the
Mid-Atlantic, Incorporated, a/k/a Nextel Partners,
Incorporated, a/k/a Nextel; MATSUSHITA CORPORATION OF
AMERICA, a/k/a Panasonic Corporation; PHILIPS
ELECTRONICS NORTH AMERICA CORPORATION; QUALCOMM
INCORPORATED; SAMSUNG ELECTRONICS AMERICA,
INCORPORATED, a/k/a Samsung Electronics; SANYO NORTH
AMERICA, INCORPORATED, a/k/a Sanyo Business Systems
Corporation, a/k/a Sanyo North America Group; SONY
ELECTRONICS, INCORPORATED; AT&T CORPORATION, a/k/a
AT&T; VERIZON MARYLAND, INCORPORATED, a/k/a Verizon,
a/k/a Verizon Wireless, formerly known as Bell Atlantic

Maryland, Incorporated; VERIZON COMMUNICATIONS,
INCORPORATED, formerly known as Bell Atlantic
Corporation;
VERIZON WIRELESS, a/k/a Nynex, a/k/a Bell Atlantic
Nynex, a/k/a Bell Atlantic Mobile, Incorporated, a/k/a
Bell Atlantic NYNEX Mobile; CELLCO PARTNERSHIP, d/b/a
Verizon Wireless, formerly known as Bell Atlantic NYNEX
Mobile, formerly known as Bell Atlantic Mobile;
CINGULAR WIRELESS, LLC, formerly known as BellSouth
Mobility, Incorporated, a/k/a Southwestern Bell
Wireless, formerly known as Southwestern Bell Mobile
Systems, Incorporated; CINGULAR WIRELESS, a/k/a
Washington/Baltimore Cellular Limited Partnership; SBC
COMMUNICATIONS, INCORPORATED; CELLULAR ONE GROUP, a/k/a
Cellular One; VOICESTREAM WIRELESS CORPORATION; C.E.I.,
INCORPORATED, a/k/a Communications Electronics, a/k/a
Communications Electronics, Incorporated; BALTIMORE
BUSINESS COMMUNICATIONS, INCORPORATED;
COMCAST/METROPHONE; RADIOFONE; POWERTEL, INCORPORATED;
POWERTEL PCS, INCORPORATED; POWERTEL/ATLANTA,
INCORPORATED; MITSUBISHI WIRELESS COMMUNICATIONS,
INCORPORATED; MOTOROLA, INCORPORATED, a Delaware
corporation; CELLULAR TELECOMMUNICATIONS AND INTERNET
ASSOCIATION, a District of Columbia corporation;
CELLULAR TELECOMMUNICATIONS INDUSTRY ASSOCIATION;
TELECOMMUNICATIONS INDUSTRY ASSOCIATION, a/k/a
TIA; NEXTEL PARTNERS OPERATING CORPORATION,

             Defendants - Appellees

WESTINGHOUSE COMMUNICATIONS; SOUTHERN TELECOM,
INCORPORATED, a/k/a Southern LINC; JOHN DOES 1-100;
LGIC CORPORATION; PANASONIC CORPORATION; SAMSUNG SDI
COMPANY; SANYO CORPORATION; SONY CORPORATION; PLANET
CELLULAR COMMUNICATIONS, INCORPORATED; VISITOR CELLULAR
L.L.C.; BELL SOUTH MOBILITY; KYOCERA WIRELESS
CORPORATION; MCI WORLDCOM COMMUNICATIONS, INCORPORATED;
U.S. WEST WIRELESS, L.L.C., A Colorado corporation; U.
S. WEST COMMUNICATIONS, INCORPORATED, a Colorado
corporation; GTE MOBILNET OF SAN DIEGO, INCORPORATED, a
Delaware corporation; GTE WIRELESS SAN DIEGO, LLC, a
California Limited Liability; CELLULAR CARRIERS
ASSOCIATION OF CALIFORNIA, a California corporation; AB
CELLULAR HOLDINGS, LLC, d/b/a LA Cellular, d/b/a Los
Angeles Cellular Telephone Company

            **Defendants**

## O R D E R

Appellants have filed a motion for reconsideration of the Clerk's order of May 2, 2005, awarding costs. Appellees have filed a response in opposition to the motion

The Court denies the motion for reconsideration.

Entered at the direction of Judge Luttig, with the concurrences of Judge Michael and Senior District Judge Kiser

the Court

/s/ Patricia S. Connor
———————————————
         Clerk