UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

June 24, 2005

LETTER TO ALL COUNSEL

    In re: Wireless Telephone Radio Frequency Emissions Product Liability Litigation,
        MDL No. 1421

Dear Counsel:

    I have reviewed your recent correspondence. It is my understanding that: (1) the parties in Brower have agreed to a stay of proceedings pending disposition of the defendants' certiorari petition; (2) plaintiff Mary Louther wishes to proceed with her case but has not yet been able to retain counsel; (3) the parties in Naquin have agreed to a stay of all proceedings other than the decision on venue, pending disposition of the defendants' certiorari petition.[1]

    Because proceedings in Naquin apparently would be stayed whether the case is in Maryland or in Louisiana and because my venue decision may depend in part on whether the Brower and/or Louther cases will remain in Maryland, I see no reason to decide the venue issue at this time. Please provide a status report no later than **September 9, 2005**.

                        Sincerely yours,

                        /s/

                        Catherine C. Blake
                        United States District Judge

cc: Mary Louther (by regular mail)

---

[1] Also, remand orders have been entered in Dahlgren and in the Pinney cases.