UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

September 12, 2005

LETTER TO ALL COUNSEL

    <u>In re: Wireless Telephone Radio Frequency Emissions Product Liability Litigation</u>,
        MDL No. 1421

Dear Counsel:

    Thank you for your status reports dated September 9, 2005.  Please provide a further report no later than **November 30, 2005**.

        Sincerely yours,

        /s/

        Catherine C. Blake
        United States District Judge

cc: Kelly J. Fisher, Esquire (by regular mail)