

Two Hopkins Plaza, Suite 1800  Telephone 410-244-7400   www.venable.com
Baltimore, Maryland 21201-2978  Facsimile 410-244-7742

Paul F. Strain, Esquire       410-244-7717            pfstrain@venable.com

September 9, 2005

**Via Hand Delivery**

The Honorable Catherine Blake
U.S. District Court
 for the District of Maryland
101 W. Lombard Street
1st Floor, Room 110
Baltimore, Maryland  21201

      Re:   In re Wireless Telephone Radio Frequency Emissions Products Liability
              Litigation, MDL No. 1421

Dear Judge Blake:

      We write on behalf of Defendants in the *Naquin* and *Louther* cases to provide a status report as requested in the Court's June 24, 2005 letter.

      The *Naquin* Defendants filed a Petition For A Writ of Certiorari with the United States Supreme Court on August 10, 2005. The *Naquin* Plaintiffs sought and received an extension to file their opposition to Defendants' Petition up to and including October 3, 2005. Defendants anticipate that the Court will act on the Petition in November 2005.

      Regarding *Louther*, the parties have agreed to a stay of all proceedings pending disposition of the certiorari petition filed in *Naquin*.

# VENABLE LLP

The Honorable Catherine Blake
September 9, 2005
Page 2

                                      Respectfully,

                                      Paul F. Strain
                                      VENABLE LLP

                                      Michael E. Yaggy
                                      DLA PIPER RUDNICK GRAY CARY US LLP

                                      Liaison Counsel For Defendants

cc:    Plaintiffs' counsel (by fax)
        Defendants' Counsel (by e-mail)

BA2/276369