IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : MDL No. 1421 <br> : <br> : Civil Action No. 01-MD-1421 |
| THIS DOCUMENT RELATES TO: <br> *Louther v. ATT Corp.*, (M.D. Fla.) <br> *Brower v. Motorola, Inc., et al.* (S.D. CA.) <br> *Naquin, et al. v. Nokia, Inc., et al.*, (E.D. La.) | : <br> : <br> : <br> : |

## MOTION FOR WITHDRAWAL OF APPEARANCE

COMES NOW STEPTOE & JOHNSON LLP, counsel for Defendants AT&T Corp., AT&T Wireless Services, Inc., and GTE Wireless San Diego, LLC, and respectfully moves to withdraw as counsel of record for said Defendants in the above-referenced cases pursuant to L.R. 101(c). The interests of said Defendants will continue to be represented by counsel for Cingular Wireless, LLC, which merged with AT&T Wireless Services, Inc in October 2004:

> Seamus C. Duffy
> DRINKER BIDDLE & REATH LLP
> One Logan Square
> 18th & Cherry Streets
> Philadelphia, Pennsylvania 19103-6996

STEPTOE & JOHNSON LLP certifies that said Defendants or their successor corporations, as appropriate, have consented to the proposed withdrawal. The name and address of the client is:

> Steve Pierce

1

Senior Counsel - Litigation
Cingular Wireless
5601 Legacy Drive
MS: A-3
Plano, Texas   75024

Respectfully submitted,

*[signature]*

Jennifer Quinn-Barabanov (D. Md. No. 16499)
Mark F. Horning
Thomas M. Barba
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, DC 20036