IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No. 1421<br><br>Civil Action No. 01-MD-1421 |
| THIS DOCUMENT RELATES TO:<br>*Louther v. ATT Corp.*, (M.D. Fla.)<br>*Brower v. Motorola, Inc., et al.* (S.D. CA.)<br>*Naquin, et al. v. Nokia, Inc., et al.*, (E.D. La.) : : : : | |

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE

STEPTOE & JOHNSON LLP, counsel for Defendants AT&T Corp., AT&T Wireless Services, Inc., and GTE Wireless San Diego, LLC, having moved to withdraw as counsel of record for said Defendants in the above-referenced cases pursuant to L.R. 101(c), and the Court having been otherwise fully advised, hereby ORDERS that STEPTOE & JOHNSON LLP's Motion for Withdrawal of Appearance is hereby GRANTED.

SO ORDERED.

_____
Catherine C. Blake
United States District Judge