IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : MDL No. 1421 <br><br> : Civil Action No. 01-MD-1421 |
| THIS DOCUMENT RELATES TO: <br> *Louther v. AT&T Corp.* (M.D. Fla.) <br> *Brower v. Motorola, Inc., et al* (S.D. Cal.) <br> *Naquin, et al. v. Nokia, Inc., et al.* (E.D. La.) | : |

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Brian A. Coleman, Drinker Biddle & Reath LLP, requests that this Court enter our appearance as counsel of record on behalf of the following Defendants in the above-captioned matters: AT&T Corp., AT&T Wireless Services, Inc., and GTE Wireless San Diego, LLC.

Respectfully submitted,

/s/
Brian A. Coleman, Esquire
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC 20005-1208
Telephone: (202) 842-8800
Telecopier: (202) 842-8465

## CERTIFICATE OF SERVICE

I hereby certify that on this 28<u>th</u> day of October, 2005, a copy of the foregoing Entry of Appearance was served via electronic mail generated through the file and serve system utilized by the Court, on:

**Plaintiff's Counsel**

| | | |
|---|---|---|
| H. Thomas Howell<br>William F. Gately<br>Howell & Gately<br>One Charles Center, 19th Floor<br>100 N. Charles Street<br>Baltimore, MD 21201-3812<br><br>Lead Counsel for Plaintiffs and attorneys for Pinney | H. Russell Smouse<br>Peter G. Angelos<br>John C.M. Angelos<br>Glenn E. Mintzer<br>Law Offices of Peter G. Angelos<br>One Charles Center, 22 Floor<br>100 N. Charles Street<br>Baltimore, MD 21201<br><br>Attorneys for Pinney, Farina, and Gilliam | Kenneth A. Jacobsen<br>Law Offices of Kenneth Jacobsen<br>22 West Front Street<br>Media, PA 19063<br><br>Attorneys for Farina and Gilliam |
| Joseph A. O'Keefe<br>O'Keefe & Sher, P.C.<br>15019 Kutztown Road<br>Kutztown, PA<br><br>Attorneys for Farina and Gilliam | Michael R. Allweis<br>Lowe, Stein, Hoffman, Allweis, & Hauver, LLP<br>701 Poydras Street<br>One Shell Square, Suite 3600<br>New Orleans, LA 70139<br><br>Attorneys for Naquin | Conrad S. P. Williams, III<br>St. Martin & Williams<br>4084 Hwy. 311<br>P.O. Box 2017<br>Houma, OA 70361-2017<br><br>Attorneys for Naquin |
| Michael Weinstock<br>Richard Capriola<br>Matthew W. Carlton<br>Weinstock & Scavo<br>3405 Piedmont Road, N.E.<br>Suite 300<br>Atlanta, GA 30305<br><br>Attorneys for Gimpelson | Adam Gonnelli<br>Shane T. Rowley<br>320 East 39th Street<br>New York, NY 10016<br><br>Attorneys for Brower | Carl B. Hilliard<br>Law Office of Carl B. Hilliard<br>1246 Stratford Court<br>Del Mar, CA 92014<br><br>Attorneys for Brower |
| Patrick N. Haines<br>The Lanier Law Firm, P.C.<br>P.O. Box 691448<br>Houston, TX 77269-1448<br><br>Attorneys for Horn | | |

**Defendants' Counsel**

| | | |
|---|---|---|
| Charles L. Babcock<br>David T. Moran<br>James M. McCown<br>Ryan C. Wirtz<br>Jackson & Walker, LLP<br>901 Main Street, Suite 600<br>Dallas, TX 75202 | James W. Bartlett, III<br>Wilson, Elser, Moskowitz<br>Edelman & Dicker<br>400 E. Pratt Street, 7th Floor<br>Baltimore, MD 21202 | John H. Beisner<br>O'Melveny & Myers, LLP<br>555 13th Street, N.W.<br>Suite 500 West<br>Washington, DC 20004 |
| Ray M. Aragon<br>Raymond B. Biagini<br>McKenna & Cueno, LLP<br>1900 K Street, N.W.<br>Washington, D.C. 20006 | Frank A. Citera<br>Greenberg Traurig Inc.<br>77 West Wacker Drive<br>Suite 2500<br>Chicago, IL 60601 | Edward M. Crane<br>David L. Hanselman<br>Skadden, Arps, Slate,<br>Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 |
| Seamus Duffy<br>Susan M. Roach<br>Drinker, Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Leon Gary, Jr.<br>Jones, Walker, Waechter, et al.<br>8555 United Plaza Boulevard<br>5th Floor<br>Baton Rouge, LA 70809 | Bryan Hopkins<br>General Counsel<br>Samsung Electronics America, Inc.<br>105 Challenger Road<br>Ridgefield Park, NJ 07660 |
| James B. Irwin<br>Brian P. Quirk<br>Irwin, Fritchie, Urquhart & Moore, L.L.C.<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130 | Mark H. Kolman<br>Leslie R. Cohen<br>Dickstein, Shaprio, Morin & Oshinsky, LLP<br>2102 L Street, NW<br>Washington, DC 20037 | J. Stan Sexton<br>Michael D. Moeller<br>Shook, Hardy & Bacon, L.L.P.<br>One Kansas City Place<br>1200 Main Street<br>Kansas City, MO 64105 |
| Maureen E. Murphy<br>Murphy & Murphy<br>14 North Rolling Road<br>Catonsville, MD 21228 | Nathan I. Nahm<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 | H. Michael O'Brien<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>Three Gannett Drive<br>White Plains, NY 10604 |
| Charles L. Perry<br>Arter & Hadden, L.L.P.<br>1717 Main Street Suite 4100<br>Dallas, TX 75201 | Richard E. Regan<br>3324 North Causeway Boulevard<br>Metairie, LA 70002 | George C. Doub<br>William H. Murphy, III<br>William H. Murphy, Jr. & Assoc.<br>12 West Madison Street<br>Baltimore, MD 21201 |
| Donald Segal<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>One IBM Plaza, Suite 200<br>330 North Wabash Avenue<br>Chicago, IL 60611 | John A. Stewart, Jr.<br>Hulse & Wanek<br>1010 Common Street<br>Suite 2800<br>New Orleans, LA 70112 | Elwood E. Swam<br>1325 Main Street<br>P.O. Box 176<br>Hampstead, MD 21074 |

| | | |
|---|---|---|
| Melissa A. Wojtylak<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>30 South 17th Street, Suite 1700<br>Philadelphia, PA 19103 | Garrett B. Johnson<br>Terrence J. Dee<br>Michael Slade<br>Marchell Williams<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Steven M. Zager<br>Charles S. Baker<br>Brobeck, Phleger & Harrison, LLP<br>4801 Plaza on the Lake<br>Austin, TX 78746 |
| Kevin B. Getzendanner<br>Arnall Golden Gregory<br>1201 West Peachtree Street<br>2800 One Atlantic Center<br>Atlanta, GA 30309-3450 | Kenneth A. Jacobsen<br>22 West Front Street<br>Media, PA 19063 | Debra E. Pole<br>Brobeck, Phleger & Harrison, LLP<br>550 South Hope Street<br>Los Angeles, CA 90071 |
| Conrad S. P. Williams, III<br>St. Martin & Williams<br>P.O. Box 2017<br>Houma, LA 70361 | Madeline M. Sherry<br>Hecker, Brown, Sherry and Johnson, LLP<br>1700 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103 | Paul Walter<br>John B. Isbister<br>Harold M. Walter<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street, 26th Floor<br>Baltimore, MD 21202 |
| Terry Christovich Gay<br>Kevin R. Tully<br>Christovich & Kearney, LLP<br>Pan American Life Center, Suite 2300<br>601 Poydras Street<br>New Orleans, LA 70130 | Christopher P. Johnson<br>Brobeck, Phleger & Harrison, LLP<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Walter L. McDonough<br>Swartz Campbell & Detweiler<br>1601 Market Street, 34th Floor<br>Philadelphia, PA 19103 |
| Lorna McKenzie<br>William Schaaf<br>LeBoeuf, Lamb, Green & MacRae, LLP<br>125 West 55th Street<br>New York, NY 10019 | Warren L. Simpson, Jr.<br>Weber Goldstein Greenberg & Gallagher, LLP<br>The Belgravia Building<br>1811 Chestnut Street, Suite 600<br>Philadelphia, PA 19103 | William J. O'Brien<br>Howard M. Klein<br>Gabriel Holdsman<br>Conrad O'Brien Gellman & Rohn, PC<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102 |
| David E. Fox<br>Jonathan D. Sasser<br>Moore & Van Allen, PLLC<br>One Hannover Square, Suite 1700<br>P.O. Box 26507<br>Raleigh, NC 27611 | James P. Ulwick<br>Kramon & Graham, P.A.<br>One South Street, Suite 2600<br>Baltimore, MD 21201 | Paul S. Schleifman<br>Shook, Hardy & Bacon, LLP<br>600 14th Street, N.W., Suite 800<br>Washington, DC 20005 |
| Lawrence J. Duplass<br>Christian B. Bogart<br>Duplass, Zwain, Bourgeois & Morton<br>3838 North Causeway Boulevard, Ste. 2900<br>Metairie, LA 70002 | Timothy M. Donovan<br>Vice President and Secretary<br>NEC America, Inc.<br>Legal Division<br>8 Corporate Center Drive<br>Melville, NY 11747 | Joanne M. Gray<br>Edward S. Weltman<br>Goodwin, Proctor, LLP<br>1258 Avenue of the Americas<br>New York, NY 10019 |

| | | |
|---|---|---|
| Michael E. Yaggy<br>Kenneth L. Thompson<br>Piper, Rudnick, LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209 | Hal C. Welch<br>Lemle & Kelleher, LLP<br>Pan American Life Center, 21st Floor<br>601 Poydras Street<br>New Orleans, LA 70130-6097 | Evan M. Eisland<br>Ralph Berman<br>Davidoff & Malito, LLP<br>605 Third Avenue, 34th Floor<br>New York, NY 10158 |
| Jack Pierce Brook<br>Jan T. Van Loon<br>David M. Latham<br>Brook Van Loon & Latham, LLP<br>1010 Common Street, 31st Floor<br>New Orleans, LA 70112 | Paul D. Krause<br>Laura N. Steel<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>1341 G Street, N.W., 5th Floor<br>Washington, DC 20005 | Marjorie Press Lindblom<br>Peter A. Bellacosa<br>Kirkland & Ellis<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022 |
| Ronald P. Schiller<br>Joseph Kernen<br>Piper, Rudnick, LLP<br>3400 Two Logan Square<br>Philadelphia, PA 19103-2762 | William T. Hangley<br>Mark Aronchick<br>Robert T. Ebby<br>Hangley, Aronchick, Segal and Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103-6933 | Brandt K. Enos<br>Janet MacDonell<br>Deutsch, Kerrigan & Stiles, LLP<br>755 Magazine Street<br>New Orleans, LA 70130-3672 |
| James R. Thomson<br>Obermayer, Rebmann, Maxwel & Hippell, LLP<br>20 Brace Road, Suite 300<br>Cherry Hill, NJ 08034 | Makr Seyler<br>Barkley & Thompson<br>1515 Poydras Street, Suite 2350<br>New Orleans, LA 70130 | Charles M. Steen<br>Stephanie McShane & Williamson, LLC<br>Energy Center, Suite 1250<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| Robert J. Hafner<br>Edward A. Gray<br>Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray<br>510 Walnut Street, 10th Floor<br>Philadelphia, PA 19106 | Robert S. Levy<br>Levy & Stopol<br>1 Pennsylvania Avenue<br>New York, NY 10119 | Randy Paar<br>Dickstein, Shapiro, Morin & Oshinsky, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 |
| Loring I. Fenton<br>Greenberg Traurig, LLP<br>885 Third Avenue<br>New York, NY 10022 | Gregg L. Bernstein<br>Denis J. Charlesworth<br>217 East Redwood Street, Suite 2000<br>Baltimore, MD 21202 | Rochelle M. Fedullo<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>The Curtis Center, Suite 1130 East<br>Independence Square West<br>Philadelphia, PA 19106 |
| Mary Joan McNamara<br>Semmes, Bowen & Semmes<br>250 West Pratt Street<br>Baltimore, MD 21201 | Christopher M. Mason<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, NY 10022 | Raymond Ward<br>Sessions, Fishman & Nathan, LLP<br>201 St. Charles Avenue, 35th Floor<br>New Orleans, LA 70170-3500 |

| | | |
|---|---|---|
| Edward W. Gerecke<br>Carlton, Fields, Ward, Emmanuel, Smith & Cutler<br>One Harbour Place<br>Tampa, FL 33602 | Robert D. Kaplan<br>Hallie B. Levin<br>Friedman, Kaplan, Sieler & Adelman, LLP<br>875 Third Avenue<br>New York, NY 10022 | M. Norman Goldberger<br>Charles M. Hart<br>Wolf, Block, Schorr & Solis-Cohen, LLP<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA 19103-2097 |
| Roy C. Cheatwood<br>Nancy Scott Degan<br>Kent A. Lambert<br>Phelps, Dunbar, LLP<br>Suite 2000, Canal Place<br>365 Canan Street<br>New Orleans, LA 70130 | Jane Fugate Thorpe<br>Scott A. Elder<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | M. King Hill, III<br>Venable, Baetjer & Howard, LLP<br>210 Allegheny Avenue<br>P.O. Box 5517<br>Towson, MD 21204 |
| Paul F. Strain<br>Venable, Baetjer & Howard, LLP<br>1800 Mercantile Bank & Trust Building<br>2 Hopkins Plaza<br>Baltimore, MD 21201 | Tom Watson<br>Curtis S. Renner<br>Watson & Renner<br>1919 M. Street, N.W., Ste. 400<br>Washington, DC 20036 | Robert C. Heim<br>Robert A. Limbacher<br>E. McCord Clayton<br>Dechart, Price & Rhoads<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103 |
| Phillip A. Wittmann<br>Steven W. Usdin<br>Stone, Pigman, Walther, Wittmann & Hutchinson, LP<br>546 Carondelet Street<br>New Orleans, LA 70130-3588 | Robert M. Leonard<br>Drinker Biddle & Reath LLP<br>11 Penn Plaza, 5th Floor<br>New York, NY 10001 | David J. Molton<br>Stevan E. Bizar<br>Buchanan Ingersoll, P.C.<br>140 Broadway, 35th Floor<br>New York, NY 10005 |
| Howard D. Scher<br>Steven E. Bizar<br>Ellen E. Farina<br>Buchanan Ingersoll, P.C.<br>Eleven Penn Center, 14th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | Richard E. Regan<br>Regan & Post, LLP<br>3324 North Causeway Boulevard<br>Metairie, LA 70002 | Charles P. Goodell<br>James A. Frederick<br>Goodell, DeVries, Leech & Dann<br>One South Street, 20th Floor<br>Baltimore, MD 21202 |
| Alan M. Unger<br>Sidley, Austin, Brown & Wood<br>875 Third Avenue<br>New York, NY 10022 | Mark A. Jeansonne<br>Milling, Benson, Woodward<br>909 Poydras Street, Ste. 2300<br>New Orleans, LA 70112 | Susan K. Hershel<br>Hoyle, Moths & Kerr, LLP<br>1650 Market Street, 49th Floor<br>Philadelphia, PA 19103 |
| Richard A. Dean<br>Arter & Hadden, LLP<br>1801 K Street, N.W., Suite 400K<br>Washington, DC 20006 | Matt J. Farley<br>Krebs, Fancy & Pelleteri, LLC<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 | C. Theodore Alpaugh<br>Smith Martin<br>700 Camp Street<br>New Orleans, LA 70130 |

| | | |
|---|---|---|
| Edward H. Bergin<br>David G. Radlauer<br>Nan Roberts Eitel<br>Genevieve H. Salassi<br>Matthew Brown<br>Jones, Walker, Waechter,<br>Poitevent, Carrere & Denegre, LLP<br>201 St. Charles Avenue<br>49th Avenue<br>New Orleans, LA 70170 | Daryll Love<br>Allen Willingham<br>Vicky M. McGinty<br>Love Willingham Peters<br>Gilleland & Monyak, LLP<br>600 Peachtree Plaza<br>Suite 2200<br>Atlanta, GA 30308 | Christopher J. Wright<br>Harris, Wiltshire & Grannis, LLP<br>1200 Eighteenth Street, N.W.,<br>Suite 1200<br>Washington, DC 20036 |
| Waller T. Dudley<br>McGuire Woods, LLP<br>1750 Tysons Boulevard, Suite 1800<br>McLean, VA 22102 | Steven A. Haber<br>Obermayer, Rebmann, Maxwell<br>& Hippel, LLP<br>One Penn Center<br>1617 John F. Kennedy Boulevard,<br>19th Floor<br>Philadelphia, PA 19103 | James H. Price, III<br>McGuire, Woods, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23210-4030 |
| Ronald M. Cherry<br>Patrick R. Buckler<br>Walter T. Dudley<br>McGuire Woods, LLP<br>7 Saint Paul Street, Suite 1000<br>Baltimore, MD 21202 | Timothy H. Kratz<br>Angela M. Spivey<br>McGuire, Woods, LLP<br>1170 Peachtree Street, N.W.<br>Suite 2100<br>Atlanta, GA 30309 | Todd G. Friedland<br>Pillsbury, Winthrop, LLP<br>650 Town Center Drive<br>Seventh Floor<br>Costa Mesa, CA 92626 |
| Jameson B. Carroll<br>King & Spalding<br>191 Peachtree Street<br>Atlanta, GA 30303 | Stephen C. Greenbergf<br>Scott E. Morris<br>Holt Ney Zatcoff & Wasserman,<br>LLP<br>100 Galleria Parkway, Suite 600<br>Atlanta, GA 30339-5911 | Michael B. Terry<br>Joshua F. Thorpe<br>Bondurant, Mixson & Elmore,<br>LLP<br>1201 West Peachtree Street, Suite<br>3900<br>Atlanta, GA 30309 |
| R. Wayne Bond<br>Joel G. Pieper<br>Womble, Carlyle Sandridge &<br>Rice, PLLC<br>1201 West Peachtree Street, Suite<br>3500<br>Atlanta, GA 30308 | John A. Howard<br>Burr & Forman<br>600 West Peachtree Street, N.W.<br>Suite 1200<br>Atlanta, GA 30308 | A. Timothy Jones<br>Frank C. Bedinger, III<br>Hawkins & Parnell<br>303 Peachtree Street, N.E., Ste.<br>4000<br>Atlanta, GA 30308 |
| Stephen L. Cotter<br>Robert S. Huestis<br>Swift, Currie, McGhee & Hiers,<br>LLP<br>1355 Peachtree Street, N.E., Suite<br>300<br>Atlanta, GA 30309 | Ernest L. Greer<br>Robert E. Spears, Jr.<br>Greenberg Traurig, LLP<br>3290 Northside Parkway, N.W.,<br>Ste. 400<br>Atlanta, GA 30327 | Matthew H. Patton<br>G. William Austin<br>Michael W. Tyler<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 |

| | | |
|---|---|---|
| J. Marbury Ranier<br>Cinnamon V. Davis<br>Parker, Hudson, Rainer & Dobbs, LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, GA 30309 | Daniel S. Reinhardt<br>Steven J. Hewitson<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308 | Richard B. North, Jr.<br>Donald L. Swift, III<br>Nelson Mullins Riley & Scarborough, LLP<br>First Union Plaza<br>999 Peachtree Street, N.E., Ste. 1400<br>Atlanta, GA 30309 |
| William D. Barwick<br>Elizabeth W. Boswell<br>James A. Orr<br>Russell S. Bonds<br>Sutherland, Asbill & Brennan, LLP<br>999 Peachtree Street, N.E.<br>Atlanta, GA 30309 | John J. Nagel<br>Winn C. Friddell<br>Bodie, Nagle, Dolina, Smith & Hobbs<br>21 West Susquehanna Avenue<br>Towson, MD 21204 | Steve Pierce<br>Cingular Wireless<br>Senior Counsel—Litigation<br>5601 Legacy Drive; MS A-3<br>Plano, TX 75024 |
| Eugene A. Schoon<br>Tamar B. Kelber<br>James W. Mizgala<br>Sidley Austin Brown & Wood<br>Bank One Plaza<br>10 South Dearborn<br>Chicago, IL 60603 | James W. Bartlett, III<br>Andrew M. Winick<br>Wilson Elser Moskowitz Edelman & Dicker, LPP<br>400 East Pratt Street, 7th Floor<br>Baltimore, MD 21202 | Daniel S. Reinhardt<br>Steven J. Hewitson<br>Troutman Sanders, LLP<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308 |
| Steven M. Laduzinsky<br>Scott A. Hanfling<br>Kane, Laduzinsky & Mendoza, Ltd.<br>225 West Washington, Ste. 1100<br>Chicago, IL 60606 | Ralph A. Taylor, Jr.<br>Arent Fox PLLC<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036-5339 | Allen W. Nelson<br>Bell South Corp.<br>1155 Peachtree Street, N.E.<br>Atlanta, GA 30309 |
| Paul Freehling<br>John Leja<br>D'Ancona & Pflaum, LLC<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Russell J. Rogers<br>Lawrence A. Slovensky<br>Long Aldrige & Norman, LLP<br>303 Peachtree Street, Suite 5300<br>Atlanta, GA 30308 | Jeffrey A. Christianson<br>Western Wireless Corp.<br>3650 131st Avenue, S.E.<br>Bellvue, WA 98006 |

                                            /s/<br>                                        Brian A. Coleman