IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : MDL No. 1421 <br> : <br> : Civil Action No. 01-MD-1421 |
| THIS DOCUMENT RELATES TO: <br> *Louther v. AT&T Corp.* (M.D. Fla.) <br> *Brower v. Motorola, Inc., et al* (S.D. Cal.) <br> *Naquin, et al. v. Nokia, Inc., et al.* (E.D. La.) | : |

### ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion for Entry of Appearance of Brian A. Coleman, as counsel for defendants AT&T Corp., AT&T Wireless Services, Inc. and GTE Wireless San Diego, LLC, and it appearing that good cause exists to grant said Motion, it is hereby

ORDERED that the Motion is GRANTED and that Brian A. Coleman is admitted to appear on behalf of the above-referenced Defendants in these actions.

By the Court:

Catherine C. Blake
United States District Judge