

| | | |
|---|---|---|
| Two Hopkins Plaza, Suite 1800<br>Baltimore, Maryland 21201-2978 | Telephone 410-244-7400<br>Facsimile 410-244-7742 | www.venable.com |

| | | |
|---|---|---|
| Paul F. Strain | (410) 244-7717 | pfstrain@venable.com |

November 11, 2005

**HAND DELIVERED**

The Honorable Catherine C. Blake
U.S. District Court for the
District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
1st Floor, Room 110
Baltimore, Maryland 21201

       Re:   In re Wireless Telephones Radio Frequency Emissions Products Liability
                Litigation, MDL No. 1421

Dear Judge Blake

      On behalf of the Defendants in the above-captioned multidistrict litigation proceeding, we write to: (1) notify this Court that the United States Supreme Court denied certiorari in the petitions Defendants filed in the *Pinney* cases; and (2) request a status conference. As Your Honor may recall, the parties had agreed to a stay of the *Brower*, *Louther* and *Naquin* cases pending the Supreme Court's disposition of the certiorari petitions. With the Supreme Court's action last week, Defendants believe that a status conference is necessary to discuss the pending procedural issues before this Court and to discuss the next steps in these cases.

      If you have any questions or need anything further, please feel free to contact us.

                              Respectfully,

                              *Paul F. Strain/jc*

                              Paul F. Strain
                              VENABLE LLP

                              *Michael E. Yaggy/jc*

                              Michael E. Yaggy
                              DLA PIPER RUDNICK GRAY CARY US LLP

                              Liaison Counsel For Defendants

cc:    Plaintiffs' counsel (by fax)
        Defendants' counsel (by e-mail)
TO1DOCS1/MKH/#216785