IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | * * | MDL No. 1421 |
| THIS DOCUMENT RELATES TO: *Louther v. ATT Corp., (M.D. Fla.), CCB-03-3229;* *Brower v. Motorola, Inc., et al. (S.D. CA), CCB-02-2089;* *Naquin, et al. v. Nokia, Inc., et al. (E.D. La.), CCB-01-3259* | * * | Civil Action No. 01-MD-1421 |

\* \* \* \* \*

## ORDER

Confirming the dates set at the status conference on November 21, 2005, it is hereby

**ORDERED** that:

1. a letter brief on behalf of the Brower plaintiffs is due **December 2, 2005**;

2. a letter brief or statement on behalf of Ms. Louther is due **December 9, 2005**;

3. a response from AT&T to the Louther position is due **December 16, 2005**; and

4. a response from the Naquin plaintiffs is due **December 16, 2005**.


   November 30, 2005                          /s/
         Date                                    Catherine C. Blake

                                                  United States District Judge