# EXHIBIT B

Case 1:01-md-01421-CCB   Document 134-3   Filed 12/16/2005   Page 1 of 2



**U.S. Department of Justice**

Office of the Solicitor General

---

Washington, D.C. 20530

April _11_, 2005

Re: <u>Pinney</u> v. <u>Nokia, Inc.</u>, No. 03-1433 (4th Cir.)
(Luttig, <u>Michael</u>; <u>Kiser</u>, Sr. D.J. [dissenting])

**AMICUS PARTICIPATION BY THE FCC
IN SUPPORT OF REHEARING AND REHEARING EN BANC**

PAUL D. CLEMENT
Acting Solicitor General

Court of appeals determination:

    [ ] Appeal
    [xx] Intervention or Amicus Part.
    [ ] Rehearing en banc
    [ ] Other

Supreme Court determination:

    [ ] Certiorari
    [ ] Appeal
    [ ] Amicus participation
    [ ] Other

District court determination or
state court determination [ ]

cc: Mr. Clement
    [REDACTED]

Requested:    4/12/04
Actual Date:  Not Set - ASAP