IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL No. 1421 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION No. 01-MD-1421 |
| *Louther v. AT&T Corp.* (M.D. Fla.) | |

### PRAECIPE

TO THE CLERK OF THE COURT:

Please enter the appearance of William P. Lightfoot, Esquire and Paulette E. Chapman, Esquire of the law firm of Koonz, McKenney, Johnson, DePaolis & Lightfoot, as counsel for Plaintiff in the above captioned case.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT

_____
William P. Lightfoot, Esquire
Paulette E. Chapman, Esquire
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
wlightfoot@koonz.com

Attorneys for Plaintiff

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2006 a copy of the foregoing Praecipe was served via the Court's electronic filing system on:

Brian A. Coleman
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC  20005-1208

William P. Lightfoot

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

2