IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE<br>RADIO FREQUENCY EMISSIONS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1421 |
| | CIVIL ACTION<br>No. 01-MD-1421 |
| THIS DOCUMENT RELATES TO: | |
| *Louther v. AT&T Corp.* (M.D. Fla.) | |

**STIPULATION TO SUBSTITUTE A PARTY AND AMEND CAPTION**

AND NOW, this 5th day of January 2006, the parties hereby stipulate and agree to substitute AT&T Wireless Services, Inc. for AT&T Corporation as the named Defendant in this action. The parties further agree and stipulate that all references to AT&T Corporation in the Complaint are hereby amended to refer to AT&T Wireless Services, Inc. and henceforth the parties will amend the caption to reflect the substitution of parties.

_____
William P. Lightfoot
KOONZ, McKENNEY, JOHNSON,
DePAOLIS & LIGHTFOOT
2001 Pennsylvania Avenue, N.W.
James Monroe Building, Suite 450
Washington, DC 20006
T: 202-659-5500
F: 202-785-3719
wlightfoot@koonz.com

*Attorneys for Plaintiff*

_____
Brian A. Coleman
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC 20005-1208
T: 202-842-8800
F: 202-842-8465
brian.coleman@dbr.com

*Attorneys for Defendant*