IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1421 |
| This Document Relates To: *Louther v. ATT Corp., (M.D. Fla.), CCB-03-3229* *Naquin, et al. v. Nokia, Inc., et al. (E.D. La.), CCB-01-3259* | : : : | Civil No. 01-MD-1421 |

## SUGGESTION OF REMAND

For the reasons stated in the accompanying Memorandum, it is hereby **Suggested** to the MDL Panel that the *Louther* and *Naquin* cases captioned above be **Remanded**, for good cause, to the transferor courts.  *See* 28 U.S.C. § 1407(a); J.P.M.L.R.P. 7.6(c)(ii).

A copy of this Suggestion of Remand and the accompanying Memorandum shall be sent to the Clerk of the Judicial Panel on Multidistrict Litigation and to counsel of record.

  February 15, 2006  
           Date

           /s/  
       Catherine C. Blake  
       United States District Judge