IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 FEB 22  P 3:22

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION : : : : | MDL NO. 1421 |
| This Motion Relates To: *Louther v. ATT Corp. (M.D. Fla.), CCB-03-3229* *Naquin, et al. v. Nokia, Inc., et al. (E.D. La.), CCB-01-3259* : : | Civil No. 01-MD-1421 |

### DEFENDANTS' MOTION TO RECONSIDER SUGGESTION OF REMAND

Defendants move the Court to reconsider its suggestion to the MDL Panel to remand the *Louther* and *Naquin* cases captioned above to the transferor courts and to notify that the Panel that the Suggestion is withdrawn. The *Pinney* and *Farina* cases were both removed to federal court on Friday by a new defendant in this litigation, LG Electronics Mobilecomm U.S.A., Inc. ("LG"). Defendants seek consolidation of these two cases with *Naquin* and *Louther* before this Court. Defendants attach a memorandum in support of this motion.

Dated: February 22, 2006

Respectfully submitted,

*Seamus Duffy*/cj/m
Seamus C. Duffy
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
(215) 988-2757 (fax)

*Attorney for Cingular Wireless LLC, successor-in-interest to BellSouth Mobility Inc., and AT&T Corp., and AT&T Wireless Services, Inc.*

*and on behalf of all served defendants in Louther v. AT&T Wireless Services, Inc. and Naquin, et al v. Nokia, Inc., et al.*

/Terrence Dee/djm

Marchell M. Willian
Terrence J. Dee
Kirkland & Ellis
Aon Center
200 East Randolph Drive
Chicago, IL 60601

*Attorneys for Motorola, Inc.
and on behalf of all served defendants in
Louther v. AT&T Wireless Services, Inc. and
Naquin, et al v. Nokia, Inc., et al.*

David G. Radlauer
Edward H. Bergin, T.A.
Nan Roberts Eitel
Genevieve H. Salassi
Matthew Brown
Jones, Walker, Waechter, Poitevent, Carrere & Denegre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170

*Attorneys for Cingular Wireless, LLC, successor-in-interest BellSouth Mobility LLC*

Terry Christovich Gay
Kevin R. Tully
Christovich & Kearney LLP
Suit 2300
Pan American Life Center
601 Poydras Street
New Orleans, LA 70130

Steven M. Zager
Brobeck, Phleger & Harrison LLP
4801 Plaza on the Lake

Austin, TX 78746
George Link
Debra E. Pole
Brobeck, Phleger & Harrison LLP
550 South Hope Street
Los Angeles, CA 90071

*Attorneys for Nokia, Inc.*

Warren L. Simpson, Jr.
Weber Goldstein Greenberg & Gallagher LLP
The Belgravia Building
1811 Chestnut Street
Philadelphia, PA 19103

James B. Irwin
Irwin Fritchie Urquhart & Moore LLC
Texaco Center, Suite 2700
400 Poydras Street
New Orleans, LA 70130

*Attorneys for NEC America, Inc.*

David E. Fox
Jon Sasser
Moore & Van Allen PLLC
One Hannover Square Suite 1700
P.O. Box 26507

Charles L. Babcock
David L. Moran
Jim McCown
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

*Attorneys for Ericsson Inc.*

Charles M. Steen
Stephanie G. McShane
Steen, McShane & Williamson, L.L.C.
Suite 1250 Energy Centre
100 Poydras Street
New Orleans, LA 70163
*Attorneys for Motorola, Inc.*

John F. Olinde
Mary L. Meyer
Charles P. Blanchard
Chaffe, McCall, Phillips, Toler & Sarpy, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

*Attorneys for Sprint Corp.*

Matt J. Farley
Preaus, Roddy & Krebs, L.L.P.
Suite 1650
650 Poydras Street
New Orleans, LA 70130

*Attorney for Nextel South Corp.*

Brandt K. Enos
Deutsch Kerrigan & Stiles LLP
755 Magazine Street
New Orleans, LA 70130

*Attorney for Qualcomm Inc.*

Edward W. Gerecke
Carlton Fields
One Harbour Place
Tampa, FL 33602

Roy C. Cheatwood
Phelps Dunbar LLP
Canal Place
365 Canal Street Suite 2000
New Orleans, LA 70130
*Attorneys for AT&T Corp.*

John A. Stewart Jr.
Hulse & Wanek
1010 Common Street Suite 2800
New Orleans, LA 70112

Mark Jeansonne
Milling Benson Woodward L.L.P.

909 Poydras Street, Suite 2300
New Orleans, LA 70112

*Attorneys for Radiofone, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2006, a copy of the foregoing Defendants' Motion to Reconsider Suggestion of Remand, Memorandum in Support, and proposed Order was mailed, first class, postage prepaid, to:

> William P. Lightfoot, Esquire
> Kelly Fisher, Esquire
> KOONZ, MCKENNEY, JOHNSON, DEPAOLIS & LIGHTFOOT
> James Monroe Building
> 2001 Pennsylvania Avenue, N.W.
> Suite 450
> Washington, DC 20006
>
> *Attorney for Plaintiff Mary Louther*
>
> Michael R. Allweiss, Esquire
> Lowe, Stein, Hoffman, Allweiss & Hauver
> One Shell Square
> 701 Poydras Street
> Suite 3600
> New Orleans, LA 70139
>
> Conrad S.P. Williams, III, Esquire
> St. Martin & Williams
> 4084 Highway 311
> P.O. Box 2017
> Houma, LA 70361
>
> *Attorneys for Plaintiff Garrett Naquin*

And a copy has been provided to all defense counsel via electronic mail.

_____
Kathleen S. Hardway