IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL NO. 1421 |
| This Motion Relates To: *Louther v. AT&T Wireless Services, Inc.. (M.D. Fla.), CCB-03-3229* *Naquin, et al. v. Nokia, Inc., et al. (E.D. La.), CCB-01-3259* | Civil No. 01-MD-1421 |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO RECONSIDER SUGGESTION OF REMAND

The Court should reconsider its suggestion to the MDL Panel to remand the above-captioned actions to the transferor courts. The Court's basis for that suggestion was that "[o]nly one class action now remains" before it. (Mem. at 2, Feb. 15, 2006.) That is no longer true. The *Pinney* and *Farina* actions were both removed to federal court on Friday, February 17, by a new defendant in this litigation, LG Electronics Mobilecomm U.S.A., Inc. ("LG"). LG has removal rights under the Class Action Fairness Act ("CAFA") because the litigation was, as to it, "commenced" after CAFA's effective date. *See Knudsen v. Liberty Mutual Insurance Co.*, No. 05-8037, 2006 U.S. App. LEXIS 2012, at *9 (7th Cir. Jan. 27, 2006). Moreover, as set forth in the Defendants' Notice of Additional Grounds Supporting Federal Jurisdiction, filed contemporaneously with this Motion, the plaintiffs asserted additional claims and theories of injury against all defendants in *Pinney* and *Farina*, thus creating additional grounds for jurisdiction under CAFA.

*Pinney* is already pending before the Court, and the defendants expect that the same will be true of *Farina* in short order. As this Court itself noted in its memorandum accompanying the suggestion to the MDL panel, these cases were originally consolidated not only because of the

threshold issue of federal preemption, but because of "substantial overlapping expert discovery to be coordinated and resulting *Daubert* motions to be heard." (Mem. at 2.) Indeed, the underlying allegations in *Farina* and *Pinney* are virtually identical, making an overwhelmingly compelling case for the continuation of coordinated pretrial proceedings. Moreover, all of the cases present the same fundamental issue of whether plaintiffs can offer reliable and relevant scientific evidence under *Daubert* in support of their theory of causation, specifically whether wireless phone RF causes adverse "biological effects" or other health risks. Now that two additional cases have been removed to federal court, with federal jurisdiction resting solidly on the CAFA and not the jurisdictional grounds addressed by the Fourth Circuit in *Pinney*, the logical course is to consolidate these two cases with *Naquin* before this Court for the overlapping discovery and common factual and legal issues this Court recognized even in the context of its remand suggestion and has already adjudicated in the *Newman* case.[1]

Defendants thus respectfully move this Court to reconsider its Suggestion of Remand and to notify that the Panel that the Suggestion is withdrawn in light of subsequent events.

Dated: February 22, 2006                               Respectfully submitted,

                                                       *Seamus Duffy/djlm*
                                                       Seamus C. Duffy
                                                       Drinker Biddle & Reath LLP
                                                       One Logan Square
                                                       18th & Cherry Streets
                                                       Philadelphia, PA 19103
                                                       (215) 988-2700
                                                       (215) 988-2757 (fax)

---

[1] Under MDL Rule 1.5, even the "pendency of a . . . conditional remand order" "does not in any way limit" this Court's "pretrial jurisdiction." Amendments to Rules of Procedure of the Judicial Panel on Multidistrict Litig., 199 F.R.D. 425, 429 (2001).

*Attorney for Cingular Wireless LLC, successor-in-interest to BellSouth Mobility Inc., and AT&T Corp., and AT&T Wireless Services, Inc.*
*and on behalf of all served defendants in Louther v. AT&T Wireless Services, Inc. and Naquin, et al v. Nokia, Inc., et al.*


*Terrence Dee/djlm*
Marchell M. Willian
Terrence J. Dee
Kirkland & Ellis
Aon Center
200 East Randolph Drive
Chicago, IL 60601

*Attorneys for Motorola, Inc.*
*and on behalf of all served defendants in Louther v. AT&T Wireless Services, Inc. and Naquin, et al v. Nokia, Inc., et al.*


David G. Radlauer
Edward H. Bergin, T.A.
Nan Roberts Eitel
Genevieve H. Salassi
Matthew Brown
Jones, Walker, Waechter, Poitevent, Carrere & Denegre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170

*Attorneys for Cingular Wireless, LLC, successor-in-interest BellSouth Mobility LLC*

Terry Christovich Gay
Kevin R. Tully
Christovich & Kearney LLP
Suit 2300
Pan American Life Center
601 Poydras Street
New Orleans, LA 70130

Steven M. Zager
Brobeck, Phleger & Harrison LLP
4801 Plaza on the Lake
Austin, TX 78746
George Link
Debra E. Pole
Brobeck, Phleger & Harrison LLP
550 South Hope Street
Los Angeles, CA 90071

*Attorneys for Nokia, Inc.*

Warren L. Simpson, Jr.
Weber Goldstein Greenberg & Gallagher LLP
The Belgravia Building
1811 Chestnut Street
Philadelphia, PA 19103

James B. Irwin
Irwin Fritchie Urquhart & Moore LLC
Texaco Center, Suite 2700
400 Poydras Street
New Orleans, LA 70130

*Attorneys for NEC America, Inc.*

David E. Fox
Jon Sasser
Moore & Van Allen PLLC
One Hannover Square Suite 1700
P.O. Box 26507

Charles L. Babcock
David L. Moran
Jim McCown
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

*Attorneys for Ericsson Inc.*

Charles M. Steen
Stephanie G. McShane
Steen, McShane & Williamson, L.L.C.

Suite 1250 Energy Centre
100 Poydras Street
New Orleans, LA 70163
*Attorneys for Motorola, Inc.*

John F. Olinde
Mary L. Meyer
Charles P. Blanchard
Chaffe, McCall, Phillips, Toler & Sarpy, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

*Attorneys for Sprint Corp.*

Matt J. Farley
Preaus, Roddy & Krebs, L.L.P.
Suite 1650
650 Poydras Street
New Orleans, LA 70130

*Attorney for Nextel South Corp.*

Brandt K. Enos
Deutsch Kerrigan & Stiles LLP
755 Magazine Street
New Orleans, LA 70130

*Attorney for Qualcomm Inc.*

Edward W. Gerecke
Carlton Fields
One Harbour Place
Tampa, FL 33602

Roy C. Cheatwood
Phelps Dunbar LLP
Canal Place
365 Canal Street Suite 2000
New Orleans, LA 70130
*Attorneys for AT&T Corp.*

John A. Stewart Jr.
Hulse & Wanek
1010 Common Street Suite 2800

New Orleans, LA 70112

Mark Jeansonne
Milling Benson Woodward L.L.P.
909 Poydras Street, Suite 2300
New Orleans, LA 70112

*Attorneys for Radiofone, Inc.*