## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : : : | **MDL NO. 1421** |
| | : | |
| This Order Relates To: | : | |
| *Louther v. ATT Corp. (M.D. Fla.), CCB-03-3229* | : | **Civil No. 01-MD-1421** |
| *Naquin, et al. v. Nokia, Inc., et al. (E.D. La.), CCB-01-3259* | : | |

NOW, this __ day of _____, 2006

    IT IS ORDERED that the Court's February 15th, 2006 recommendation to the Judicial

Panel on Multidistrict Litigation is hereby REVERSED and the Court recommends that it retain

jurisdiction of the above captioned actions.

                              BY THE COURT:


                              _____
                              Hon. Catherine C. Blake
                              United States District Judge