IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL No. 1421 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION No. 01-MD-1421 |
| *Louther v. AT&T Corp.* (M.D. Fla.) | |

**PLAINTIFF MARY LOUTHER'S OPPOSITION TO DEFENDANTS' MOTION TO RECONSIDER SUGGESTION OF REMAND**

COMES NOW the Plaintiff, Mary Louther, by and through the undersigned counsel, hereby files this Opposition to Defendants' Motion to Reconsider Suggestion of Remand. As is more fully explained in the accompanying Memorandum of Points and Authorities, the Motion for Reconsideration should be denied since the existence of two additional class actions does not affect the reasoning the Court relied on in recommending that the Louther case be remanded to Florida.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
  DEPAOLIS & LIGHTFOOT

/s/
William P. Lightfoot, Esquire
Paulette E. Chapman, Esquire
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
wlightfoot@koonz.com

Attorneys for Plaintiff

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE<br>RADIO FREQUENCY EMISSIONS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1421 |
| THIS DOCUMENT RELATES TO:<br><br>*Louther v. AT&T Corp.* (M.D. Fla.) | CIVIL ACTION<br>No. 01-MD-1421 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF MARY LOUTHER'S OPPOSITION TO DEFENDANTS' MOTION
TO RECONSIDER SUGGESTION OF REMAND**

On February 15, 2006, the Court filed a Memorandum in which it discussed the reasons that the *Louther* case should be remanded to Florida. The Court distinguished *Louther* from *Naquin* by stating that the issues presented in *Louther* "are significantly narrower than those in *Naquin*." Whereas *Naquin* is a class action lawsuit directed at multiple defendants, *Louther* only involves one defendant, AT&T Wireless Services, Inc. Further, *Louther* only involves one specific type of cellular phone, an AT&T model 3810. Taking into account the narrow scope of the *Louther* case the Court concluded that "much of the work remaining to be done is case-specific."

The existence of two other class action lawsuits has no bearing on the *Louther* case. As the Court noted, *Louther*, is a much narrower case. Further, it is unlikely that there will be substantial overlap between *Louther* and the class action lawsuits. *Louther* is a wrongful death suit. Unlike the class actions, *Louther* will focus not on industry wide problems with cellular phones and the injury those phones have caused to the nation on a whole. Rather, *Louther* will

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

2

only focus on the problems associated with one specific cellular phone and the death of James Louther.

Defendants' Memorandum in Support of their Motion does not specifically address *Louther*. It is therefore difficult for Plaintiff Mary Louther to understand exactly what commonalities the Defendants allege exist between the *Louther* case and the *Pinney* and *Farina* cases. In fact, the Memorandum only argues that the *Naquin* case, which is a class action, be consolidated with the two other class action lawsuits. Since the Defendants have failed to state any reasons why the *Louther* case should not be remanded, the Court should deny their motion.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of March, 2006 a copy of the foregoing Opposition to Defendants' Motion to Reconsider Suggestion of Remand was served via the Court's electronic filing system on all parties in the above captioned case.

/s/
William P. Lightfoot

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE<br>RADIO FREQUENCY EMISSIONS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1421 |
| THIS DOCUMENT RELATES TO:<br><br>*Louther v. AT&T Corp.* (M.D. Fla.) | CIVIL ACTION<br>No. 01-MD-1421 |

### ORDER DENYING DEFENDANTS' MOTION
### TO RECONSIDER SUGGESTION OF REMAND

Upon consideration of Defendants' Motion to Reconsider Suggestion of Remand, the Opposition thereto, and the entire record herein, it is this _____ day of March, 2006,

**ORDERED** that Defendants' Motion to Reconsider Suggestion of Remand is **DENIED**.

_____
Judge Catherine C. Blake

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500