IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO<br>FREQUENCY EMISSIONS PRODUCTS<br>LIABILITY LITIGATION | : <br> : <br> : <br> : | MDL NO. 1421 |
| This Document Relates To:<br>*Louther v. ATT Corp., (M.D. Fla.), CCB-03-3229*<br>*Naquin, et al. v. Nokia, Inc., et al. (E.D. La.), CCB-01-3259* | : <br> : <br> : | Civil No. 01-MD-1421 |

## WITHDRAWAL OF SUGGESTION OF REMAND

On February 15, 2006, this court filed a Suggestion of Remand as to the two cases (*Louther* and *Naquin*) remaining before me in these MDL proceedings. On February 17, 2006, a previously-remanded case, *Pinney v. Nokia*, was removed from state court to this court by a newly-added defendant pursuant to the Class Action Fairness Act ("CAFA"). Another previously-remanded case, *Farina v. Nokia*, was removed to the Eastern District of Pennsylvania on the same grounds. On February 22, 2006, the defendants moved this court for reconsideration of the suggestion of remand. On March 1, 2006, the MDL Panel filed a conditional remand order, to take effect in 15 days.

If the *Pinney* and *Farina* cases were properly removed, continuation of the MDL proceedings in this District might be warranted. To permit full briefing of the defendants' Motion to Reconsider, and of any Motion for Remand that may be filed by the plaintiffs, which cannot be accomplished in the 15-day period of the conditional transfer order, it seems advisable to withdraw the Suggestion of Remand filed with the Clerk of the MDL Panel pending resolution of the status of *Pinney* and *Farina*.

Accordingly, the Suggestion of Remand filed February 15, 2006 is hereby **Withdrawn**.

Notice shall be sent to counsel, the Clerk of the MDL Panel, and the Clerk of the Court.

| | |
|---|---|
| __March 9, 2006__ <br> Date | _____/s/_____ <br> Catherine C. Blake <br> United States District Judge |