

DOCKET NO. 1421

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION*

*Mary Louther, etc. v. AT&T Corp.*, D. Maryland, C.A. No. 1:03-3229
  (M.D. Florida, C.A. No. 6:03-1318)
*Garrett J. Naquin, et al. v. Nokia Mobile Phones, Inc., et al.*, D. Maryland,
  C.A. No. 1:01-3259 (E.D. Louisiana, C.A. No. 2:00-2023)

## ORDER VACATING CONDITIONAL REMAND ORDER

On March 1, 2006, the Panel filed an order conditionally remanding these two actions (*Louther* and *Naquin*) to their respective transferor courts pursuant to 28 U.S.C. § 1407(a). In doing so, the Panel was acting on a suggestion of remand issued on February 15, 2006, by Judge Catherine C. Blake, the MDL-1421 transferee judge. On March 9, 2006, however, Judge Blake entered an order withdrawing her suggestion of remand at this time with respect to *Louther* and *Naquin*.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on March 1, 2006, is VACATED.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel