IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL No.: 1421 |

**This document relates to:**
*Naquin, et al., v. Nokia, Inc. et al.* (E.D. La.), CCB-01-3259

## MOTION TO WITHDRAW AS COUNSEL

Leslie R. Cohen, Esq., of Dickstein Shapiro Morin & Oshinsky LLP ("DSMO") hereby moves this Court pursuant to Local Rule 101 (2b), for leave to withdraw as counsel of record for defendant Kyocera Wireless Corporation ("Kyocera"). Kyocera shall continue to be represented in this matter by Mark H. Kolman, Esq., of DSMO. Additionally, Kenneth B. Trotter, Esq., and Deborah Goldstock Ringel, Esq., concurrently have made an entry of appearance on behalf of Kyocera in this matter.

Dated: March 30, 2006    Respectfully submitted,

By: /s/ Leslie R. Cohen
Mark H. Kolman
Leslie R. Cohen
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526
202-785-9700

Counsel for Kyocera Wireless Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2006, a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL which was filed electronically in this case also was mailed via first class mail, postage prepaid, to:

Peter G. Angelos
Law Offices of Peter G. Angelos PC
One Charles Center
100 N. Charles Street
22nd Floor
Baltimore, MD 21201-3812

Ray M. Aragon
McKenna Long and Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006

Stewart A. Baker
Steptoe and Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William D. Barwick
Sutherland Asbill and Brennan LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309

Sheila L. Birnbaum
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036

Matthew T. Covell
Arnall Golden Gregory LLP
171 17th Street, Suite 2100
Atlanta, GA  30363-1031

Seamus C. Duffy
Drinker Biddle and Reath
1345 Chestnut Street
Philadelphia, PA  19107-3496

Burton Finkelstein
Finkelstein Thompson and Loughran
Duvall Foundry
1050 30th Street, N.W.
Washington, DC  20007

Kevin B. Getzendanner
Arnall Golden Gregory LLP
171 17th Street
Suite 2100
Atlanta, GA  30363-1031

Steven J. Hewitson
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216

Carl B. Hilliard, Jr.
Law Office of Carl B. Hilliard Jr.
1246 Stratford
Del Mar, CA  92014

H. Thomas Howell
Howell and Gately
One Charles Center
100 N. Charles Street
19th Floor
Baltimore, MD  21201-3812

Alexander X. Jackins
World Com Inc.
1133 19th Street, N.W.
Washington, DC  20036

Mary Louther
1431 Swede Hill Road
Greensburg, PA  15601

Laura Owens
Alston and Bird LLP
1201 W. Peachtree Street
One Atlantic Center
Atlanta, GA  30309-3424

Charles L. Perry
Arter and Hadden LLP
1717 Main Street
Suite 4100
Dallas, TX  75201-4605

Daniel S. Reinhardt
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216

John A. Stewart, Jr.
Hulse and Wanek
1010 Common Street
Suite 2800
New Orleans, LA  70112

Elwood E. Swam
1326 Main Street
P.O. Box 176
Hampstead, MD  21074

_____
Kenneth B. Trotter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION** | * * * * ****** | MDL No.: 1421 |

**This document relates to:**
*Naquin, et al., v. Nokia, Inc. et al.* **(E.D. La.), CCB-01-3259**

## PROPOSED ORDER

Upon consideration of the motion of Leslie R. Cohen, Esq., of Dickstein Shapiro Morin & Oshinsky LLP ("DSMO") for leave to withdraw as counsel for defendant Kyocera Wireless Corporation, and it appearing to the Court that Kyocera will continue to be represented by other counsel from DSMO, including lead counsel Mark H. Kolman, Esq., it is by the Court this _____ day of _____, 2006 hereby

ORDERED that the motion to withdraw shall be and hereby is GRANTED.

_____
Hon. Catherine Blake
U.S. District Court Judge

DSMDB.2064285.1