UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : MLD NO. 142 |
| | : Civil No. 01-MD-1421 |
| This Document Relates to: | |
| *Brower, et al. v. Motorola, Inc., et al.,* (S.D. Cal.) | Civil No. CCB-02-2089 |

## ORDER OF REMAND

For the reasons stated in the Court's Memorandum dated February 15, 2006, it is hereby ORDERED that the *Brower* case captioned above be remanded, for good cause, to the Superior Court of California in the County of San Diego.

March 31, 2006

Catherine C. Blake
United States District Judge

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE