UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. Douglas Pinney, M.D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Nokia, Inc., et al., )<br>)<br>Defendants. ) | Civil Action No. 1:06-CV-468 |

### AGREED ORDER

THIS MATTER COMING TO BE HEARD on agreement of the parties, it is hereby Ordered that:

This Case is DISMISSED without prejudice pursuant to Rule 41(a)(2), with all parties to pay their own costs, under the following condition: if the named plaintiffs in the current or any former action, J. Douglas Pinney, M.D., Gino Anthony Cammarata, Michael J. Haley, Richard Colonell, Patricia S. Colonell, and Linda Barrell, should re-file this action against any of the defendants, or should file against any of the defendants any putative class claims involving the same or similar allegations as set forth in this action's second amended complaint, the named plaintiffs must re-file the action in a United States District Court.

April 6, 2006

/s/
Judge Catherine C. Blake
United States District Court

T01DOCS1/#223482v1