IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | * * * * ****** | MDL No.: 1421 |

**This document relates to:**
*Naquin, et al., v. Nokia, Inc. et al.* (E.D. La.), CCB-01-3259
*Francis J. Farina v. Nokia, Inc., et al.*, (E.D. Pa), C.A. No. 2:06-724

## PRAECIPE

The Court is hereby advised that, effective July 10, 2006, Dickstein Shapiro Morin & Oshinsky LLP's name, address, and contact information will change. Please note that the name of our firm will be shortened to Dickstein Shapiro LLP, and our main phone number, direct dial numbers, fax number, and email addresses will change. From July 10th on, please direct all communications as follows.

> Dickstein Shapiro LLP
> 1825 Eye Street NW
> Washington, DC 20006-5403
> (202) 420-2200 (main number)
> (202) 420-2201 (fax)
> www.dicksteinshapiro.com (web)

Dated: June 23, 2006

Respectfully submitted,

By: */s/ Kenneth B. Trotter*
Mark H. Kolman
Deborah Goldstock Ringel
Kenneth B. Trotter
Dickstein Shapiro Morin & Oshinsky LLP

2105970.01

2101 L Street, N.W.
Washington, D.C. 20037-1526
202-785-9700

Counsel for Kyocera Wireless Corporation

2105970.01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2006, a copy of the foregoing Praecipe which was filed electronically in this case also was mailed via first class mail, postage prepaid, to:

Peter G. Angelos
Law Offices of Peter G. Angelos PC
One Charles Center
100 N. Charles Street
22nd Floor
Baltimore, MD 21201-3812

Ray M. Aragon
McKenna Long and Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006

Stewart A. Baker
Steptoe and Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William D. Barwick
Sutherland Asbill and Brennan LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309

Sheila L. Birnbaum
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036

2105970.01

Matthew T. Covell
Arnall Golden Gregory LLP
171 17th Street
Suite 2100
Atlanta, GA 30363-1031

Seamus C. Duffy
Drinker Biddle and Reath
1345 Chestnut Street
Philadelphia, PA 19107-3496

Burton Finkelstein
Finkelstein Thompson and Loughran
Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007

Kevin B. Getzendanner
Arnall Golden Gregory LLP
171 17th Street
Suite 2100
Atlanta, GA 30363-1031

Steven J. Hewitson
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Carl B. Hilliard, Jr.
Law Office of Carl B Hilliard Jr.
1246 Stratford
Del Mar, CA 92014

H. Thomas Howell
Howell and Gately
One Charles Center
100 N. Charles Street
19th Floor
Baltimore, MD 21201-3812

2105970.01

Alexander X. Jackins
World Com Inc.
1133 19th Street, N.W.
Washington, DC  20036

Mary Louther
1431 Swede Hill Road
Greensburg, PA  15601

Laura Owens
Alston and Bird LLP
1201 W. Peachtree Street
One Atlantic Center
Atlanta, GA  30309-3424

Charles L. Perry
Arter and Hadden LLP
1717 Main Street
Suite 4100
Dallas, TX  75201-4605

Daniel S. Reinhardt
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216

John A. Stewart, Jr.
Hulse and Wanek
1010 Common Street
Suite 2800
New Orleans, LA  70112

Elwood E. Swam
1326 Main Street
P.O. Box 176
Hampstead, MD  21074

                                   /s/ Kenneth B. Trotter
                                   _____
                                        Kenneth B. Trotter

2105970.01