Two Hopkins Plaza, Suite 1800  Telephone 410-244-7400  www.venable.com
Baltimore, Maryland 21201-2978  Facsimile 410-244-7742

Paul F. Strain   410-244-7717   pfstrain@venable.com

July 11, 2006

<u>Via Hand Delivery</u>

The Honorable Catherine Blake
U.S. District Court for the District of Maryland
101 W. Lombard
Baltimore, Maryland 21201

Re:   **In re Wireless Telephone Radio Frequency Emissions Products
        Liability Litigation**
      **MDL No. 1421 (Farina, Louther, Naquin)**

Dear Judge Blake:

As the Court is aware, the Judicial Panel on Multidistrict Litigation, by its order dated June 15, 2006, has returned <u>Farina v. Nokia Inc., et al.</u>, to the District of Maryland for coordinated pretrial proceedings. Accordingly, defendants respectfully suggest that the Court calendar a case management conference to discuss an appropriate schedule for continued proceedings in the related cases. Counsel for defendants are generally available at the Court's convenience other than July 21, 2006.

Sincerely

Paul F. Strain

Michael E. Yaggy

/dar
TO1DOCS1-#231845-v1

# VENABLE®LLP

The Honorable Catherine Blake
July 11, 2005
Page 2

cc: Michael R. Allweiss, Esquire (by fax)
    Kenneth A. Jacobsen (by fax)
    William P. Lightfoot, Esquire (by fax)
    Defense Counsel