UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

August 9, 2006

LETTER TO ALL COUNSEL

    In re:   MDL 1421 Wireless Telephone Radio Frequency Emissions Product Liability Litigation

Dear Counsel:

    In accordance with Mr. Hill's call to chambers, a case management conference has been scheduled on my calendar for **Friday, August 25, 2006** at **5:15 p.m.**  Unless counsel have any objection, I would suggest that everyone participate by conference call.  I will have a court reporter in chambers to record the call.

                                          Sincerely yours,

                                          /s/

                                          Catherine C. Blake
                                          United States District Judge