# VENABLE LLP

210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland 21285-5517

Telephone 410-494-6200
Facsimile 410-821-0147

www.venable.com

**M. King Hill, III**          **(410) 494-6260**          **mkhill@venable.com**

August 17, 2006

_**VIA HAND DELIVERY**_

The Honorable Catherine Blake
U.S. District Court for the District of Maryland
101 W. Lombard
Baltimore, Maryland 21201

Re:    In re Wireless Telephone Radio Frequency Emissions Products Liability
Litigation, MDL No. 1421 (Farina, Louther, Naquin)

Dear Judge Blake:

This will confirm the case management conference scheduled for Friday,
August 25, 2006, at 5:15 p.m. You suggested in your August 9, 2006 letter that counsel
participate by conference call. Therefore, I have made arrangements for a dial-in number
for the call as follows:

Phone Number: 1-866-740-1260
Access Code: 4946287

I will have all counsel dial in at 5:10. If you have any questions or need anything
further, please feel free to contact me.

Sincerely

M. King Hill, III

MKH/ekc

cc:    Michael R. Allweiss, Esquire (by fax)
Kenneth A. Jacobsen (by fax)
William P. Lightfoot, Esquire (by fax)
Defense Counsel (by e-mail)

TO1DOCS1-#233713-v1

MARYLAND   VIRGINIA   WASHINGTON, DC