## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| IN RE WIRELESS | * | |
| TELEPHONE RADIO | | MDL No.:  1:01-md-01421-CCB |
| FREQUENCY | * | |
| EMISSIONS | | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | | |
| | * | |

This Notice relates to:
*Frances J. Farina v. Nokia, Inc., et al.,* (E.D.    *
Pennsylvania, C.A. No. 2:06-724
*Naquin, et al., v. Nokia, Inc. et al.* (E.D. La.), CCB-    *
01-3259

****

### NOTICE OF APPEARANCE

Terrence J. Dee, Esq., of the law firm of Kirkland & Ellis LLP, hereby enters his

appearance as counsel for Motorola, Inc. in the above captioned matters.


Dated: August 23, 2006              Respectfully submitted,

                          By:   _____
                                Terrence J. Dee
                                Specially Admitted
                                KIRKLAND & ELLIS LLP
                                200 East Randolph Drive
                                Chicago, Illinois  60601
                                312 861-2000

                                Counsel for Motorola, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2006, a copy of the foregoing

NOTICE OF APPEARANCE, which was filed electronically in this case also was mailed via

first class mail, postage prepaid, to:

Peter G. Angelos
Law Offices of Peter G. Angelos PC
One Charles Center
100 N. Charles Street
22nd Floor
Baltimore, MD 21201-3812

Ray M. Aragon
McKenna Long and Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006

Stewart A. Baker
Steptoe and Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William D. Barwick
Sutherland Asbill and Brennan LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309

Sheila L. Birnbaum
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036

Matthew T. Covell
Arnall Golden Gregory LLP
171 17th Street, Suite 2100
Atlanta, GA 30363-1031

Seamus C. Duffy
Drinker Biddle
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Burton Finkelstein
Finkelstein Thompson and Loughran
Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007

Kevin B. Getzendanner
Arnall Golden Gregory LLP
171 17th Street
Suite 2100
Atlanta, GA 30363-1031

Steven J. Hewitson
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Carl B. Hilliard, Jr.
Law Office of Carl B. Hilliard Jr.
1246 Stratford
Del Mar, CA 92014

H. Thomas Howell
Howell and Gately
One Charles Center
100 N. Charles Street
19th Floor
Baltimore, MD 21201-3812

Alexander X. Jackins
World Com Inc.
1133 19th Street, N.W.
Washington, DC 20036

Steven M. Laduzinsky
Kane Laduzinsky and Mendoza Ltd.
One N. Franklin Street, Suite 2700
Chicago, IL 60606

Charles L. Perry
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Daniel S. Reinhardt
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

John A. Stewart, Jr.
Hulse and Wanek
1010 Common Street
Suite 2800
New Orleans, LA 70112

Paul H. Vishny
Seyfarth Shaw LLP
55 E. Monroe Street, Suite 4200
Chicago, IL 60603

Christina W. Pietsch