## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | **MDL NO. 1421** |
| This Motion Relates To: <br> *Naquin, et al. v. Nokia, et al. (D. La.), CCB-01-3259* <br> *Farina v. Nokia, Inc., et al. (E.D. Pa.), 06-CV-724* <br> *Louther v. ATT Corp., (M.D. Fla.), CCB-03-3229* | **Civil No. 01-MD-1421** |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Md. Civil Rule 101(2)(b)(1), defendant Cellular One Group ("COG") requests that this Court withdraw the appearance of Richard Alan Dean of Tucker, Ellis and West LLP as its counsel. Concurrently with this motion, COG has entered the appearance of other counsel and is moving for *pro hac vice* admission of Charles L. Perry, who previously noticed his appearance.

Date:   September 19, 2006

Respectfully submitted:

*Charles L. Perry (MJP)*

Charles L. Perry (*pro hac vice* pending)
Andrews Kurth LLP
1717 Main St., Suite 3700
Dallas, TX  75201
Tel: 214-659-4400
Fax: 214-659-4401

*Counsel for Cellular One Group*

WAS.123116.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1421 |
| | : | |
| This Order Relates To: | : | Civil No. 01-MD-1421 |
| *Naquin, et al. v. Nokia, et al. (D. La.), CCB-01-3259* | : | |
| *Farina v. Nokia, Inc., et al. (E.D. Pa.), 06-CV-724* | : | |
| *Louther v. ATT Corp., (M.D. Fla.), CCB-03-3229* | : | |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon the Motion of defendant Cellular One Group ("COG"), this Court hereby GRANTS

COG's Motion to withdraw the appearance of Richard Alan Dean, and directs the clerk to update

the docket accordingly.


Dated: _____. 2006

_____

U.S. District Court Judge

WAS 123116 1