IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re Wireless Telephone Radio
Frequency Emissions Products
Liability Litigation                            *

                                                *    Case No.    01-MD-1421
          vs.
          XXX
                                                *
                                          *******

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:

I certify that I am admitted to practice in this court.

9/27/06
_____          _Charles Perry (MJP)_____
Date                                 Signature of Counsel

                                     Charles Perry          Texas 15799900
                                     _____
                                     Print Name             Bar Number

                                     Andrews Kurth LLP
                                     _____
                                     Firm Name

                                     1717 Main St, Suite 3700
                                     _____
                                     Address

                                     Dallas, TX 75201
                                     _____
                                     City/State/Zip

                                     214-659-4400
                                     _____
                                     Phone No.

                                     214-659-4401
                                     _____
                                     Fax No.

                                     charlesperry@andrewskurth.com
                                     _____
                                     Email Address