IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation | * | MOL No. 1421 |
| | * | Case No. 01-MD-1421 |
| | * | |

*******

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for: Defendant Cellular One Group

I certify that I am admitted to practice in this court.

__September 18, 2006__
*Date*

__[signature]__
*Signature of Counsel*

__Thomas R. Kline__        __13014__
*Print Name*             *Bar Number*

__Andrews Kurth LLP__
*Firm Name*

__1350 I Street, N.W., Suite 1100__
*Address*

__Washington, D.C.  20005__
*City/State/Zip*

__202/662-2716__
*Phone No.*

__202/662-2739__
*Fax No.*

__thomaskline@andrewskurth.com__
*Email Address*

U.S. District Court (6/14/2005) Entry of Appearance

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 19, 2006, the Entry of Appearance, Pro Hac Vice and the Motion to Withdraw Appearance was served by first-class mail, postage prepaid on the following:

Michael R. Ailweiss
Lowe, Stein, Hoffman, Allweiss & Hauver
One Shell Square
701 Poydras Street
Suite 3600
New Orleans, LA 70139-7735

Carl B. Hilliard, Jr.
Law Office of Carl B. Hilliard, Jr.
1246 Stratford
Del Mar, CA 92014

Mark F. Horning
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

James B. Irwin, V
Invin Fritehie Urquhart & Moore, LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Jolul B. Isbister
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

Mark H. Kohnan
Dickstein, Shapiro, Morin Oshmsky, LLP
2101 L Street, N.W.
Suite 800
Washington, DC 20036

Michael D. Moeller
Shook, Hardy & Bacon, LLP
255 Grand Blvd.
Kansas City, MO 64108

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Scott A. Hanfling
Kane Laduzinsky & Mendoza, Ltd.
225 West Washington, Suite 1100
Chicago, IL 60606

Ralph A. Taylor, Jr.
Dorsey & Whitney, LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, DC 20004

Marchell Willian
Kirkland & Ellis, LLP
200 East Randolph Drive
Suite 5800
Chicago, IL 60601

Raymond B. Biagmi
McKenna, Long & Aldridge, L.L.P.
1900 K Street, N.W.
Washington, DC 20006-1108

Jameson B. Carroll
King & Spalding, LLP
191 Peachtree Street, N.E.
Atlanta, GA 30303

Francis A. Citera
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601

Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Seamus C. Duffy
Druiker, Biddle & Reath, L.L.P.
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Pete Swayze
Segal, McCambridge, Singer & Mahoney, Ltd.
1515 Market Street
Suite 1720
Philadelphia, PA 19102

Charles L. Babcock
Jackson & Walker, L.L.P.
901 Main Street
Suite 6000
Dallas, TX 75202

James W. Bartlett, III
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201

Steven M. Zager
Akin, Gump, Strauss, Hauer & Feld, LLP
IIII Louisiana Street
44th Floor
Houston, TX 77002

David G.C. Arnold
915 Montgomery Avenue
Royal Bank Plaza
Suite 109
Narberth, PA 19072

Mark A. Aronchick
Hangley, Aronchick, Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Nathan I. Nahm
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Richard E. Regan
Cellular Rentals, Inc.
3324 North Causeway Boulevard
Metairie, LA 70002

Rochelle M. Fedullo
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
The Curtis Center
Suite 1130 East
Independence Square West
Philadelphia, PA 19106
Daniel T. Fitch
Stradley, Ronon, Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103-7098

Theodore C. Flowers
Segal, McCambridge, Singer &
Mahoney, Ltd.
30 South 17th Street
Suite 1700
Philadelphia, PA 19103
Steven A. Haber
Obermayer, Rebmann, Maxwell
& Hippel, LLP
1617 John F. Kennedy Boulevard 19th
Floor
Philadelphia, PA 19103

Howard D. Scher
Buchanan Ingersoll, P.C.
Eleven Penn Center, 14th Floor 1835
Market Street
Philadelphia, PA 19103
John T. Toner
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006

Daniel J. Layden
DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103-7300
Lisa A. Mathewson
Welsh & Recker, P.C.
2000 Market Street
Suite 2903
Philadelphia, PA 19103
Madeline M. Sherry
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Leon Gary, Jr.
Jones, Walker, Waechter, et al.
Four United Plaza
8555 United Plaza Boulevard, 5th Floor
Baton Rouge, LA 70809


Glenn E. Mintzer
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
Baltimore, MD 21201-3804
Edward J. Murphy, Jr.
Conrad, O'Brien, Gellman & Rohn, PC
1515 Market Street
16th Floor
Philadelphia, PA 19102

Joseph A. O'Keefe
O'Keefe & Sher, P.C.
15019 Kutztown Road
Kutztown, PA 19530-9276


Eugene A. Schoon
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Robert J. Hafner
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street
Ninth Floor
Philadelphia, PA 19102

Kenneth A. Jacobsen
Jacobsen Law Offices, LLC
12 Orchard Lane
Wallingford, PA 19086


Walter L. McDonough
Swartz, Campbell & Detweiler
1601 Market Street
34th Floor
Philadelphia, PA 19103
James P. Ulwick
Kramon & Graham, P.A.
Commerce Place
One South Street
Suite 2600
Baltimore, MD 21202

John A. Stewart, Jr.
Hulse & Wanek
1010 Coirimon-Street, Suite 2800
New, Orleans;.LA:7.0112

R. David Walk
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104
Harold M. Walter
Tydings & Rosenberg, LLP 100 East
Pratt Street
Suite 2600
Baltimore, MD 21202

Craig E. Ziegler
Montgomery, McCracken, Walker &
Rhoads
The Fidelity Building
123 South Broad Street
Philadelphia, PA 19109-1030

Jane F. Thorpe
Alston & Bird, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
Susan K. Herschel
Hoyle Fickler Herschel & Mathes,
LLP
One South Broad Street
Suite 1500
Philadelphia, PA 19107
Lance T. Lackey
Akin, Gump, Strauss, Hauer & Feld,
LLP
3000 West 6th Street
Suite 2100
Austin, TX 78701
Reena E. Parambath
Rawle & Henderson, LLC
One South Penn Square
1339 Chestnut Street
Philadelphia, PA 19107

WAS:123177.1