IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re Wireless Telephone Radio
Frequency Emissions Products
Liability Litigation                             *

~~vs.~~
~~XXX~~                                          *       Case No.    01-MD-1421

                                                 *
                                           *******

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:   Defendant Cellular One Group

I certify that I am admitted to practice in this court.

9/27/06
_____                        _____
Date                                             *Signature of Counsel*

                                                 Charles Perry          Texas 15799900
                                                 _____
                                                 *Print Name*           *Bar Number*

                                                 Andrews Kurth LLP
                                                 _____
                                                 *Firm Name*

                                                 1717 Main St, Suite 3700
                                                 _____
                                                 *Address*

                                                 Dallas, TX 75201
                                                 _____
                                                 *City/State/Zip*

                                                 214-659-4400
                                                 _____
                                                 *Phone No.*

                                                 214-659-4401
                                                 _____
                                                 *Fax No.*

                                                 charlesperry@andrewskurth.com
                                                 _____
                                                 *Email Address*

U.S. District Court (6/14/2005) Entry of Appearance