Two Hopkins Plaza, Suite 1800   Telephone 410-244-7400   www.venable.com
Baltimore, Maryland 21201-2978   Facsimile 410-244-7742

Paul F. Strain   (410) 244-7717   pfstrain@venable.com

October 16, 2006

*VIA HAND DELIVERY*

The Honorable Catherine Blake
U.S. District Court for the District of Maryland
101 W. Lombard
Baltimore, Maryland 21201

    Re:   In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation, MDL No. 1421 (Farina, Louther, Naquin)

Dear Judge Blake:

    We are writing on behalf of all parties in the *In re Wireless* MDL pending before the Court. The parties have agreed to a briefing schedule on three issues that we discussed at the previous telephone conference hearing. The stipulated briefing schedule is attached for your consideration. Since the last hearing, plaintiffs in the *Naquin* case have communicated to defendants their intention to dismiss that action voluntarily. The parties are currently working on an appropriate dismissal order and hope to send it to the Court soon.

    Respectfully,

    Paul F. Strain
    VENABLE LLP

    Michael E. Yaggy
    DLA PIPER RUDNICK GRAY CARY US LLP

    Liaison Counsel For Defendants

Enclosure
cc:   Michael R. Allweiss, Esquire (by fax)
      Kenneth A. Jacobsen (by fax)
      William P. Lightfoot, Esquire (by fax)
      H. Russell Smouse, Esquire (by fax)
      Defense Counsel (by e-mail)

TO1DOCS1-#236298-v1