

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978

Telephone 410-244-7400
Facsimile 410-244-7742

www.venable.com

Paul F. Strain     (410) 244-7717     pfstrain@venable.com

November 3, 2006

**VIA HAND DELIVERY**

The Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    In re Wireless Telephone Radio Frequency Emissions Products Liability
             Litigation, MDL No. 1421 (Farina, Louther, Naquin)

Dear Judge Blake:

    We are writing on behalf of all parties in the *In re Wireless* MDL pending before the Court. We have enclosed two documents for the Court's consideration. The first is a proposed Agreed Order for the dismissal of the *Naquin* lawsuit. The second is a proposed Agreed Stipulated Scheduling Order for the briefing of the three issues discussed at the last status conference with the Court.

    If the Court has any questions concerning either of these proposed Orders, please feel free to contact us.

                                                                     Respectfully,

                                                                       Paul F. Strain
                                                                       VENABLE LLP

                                                                       Michael E. Yaggy
                                                                       DLA PIPER RUDNICK GRAY CARY US LLP

                                                                       Liaison Counsel For Defendants

Enclosure
cc:   Michael R. Allweiss, Esquire (by fax)
       Kenneth A. Jacobsen (by fax)
       William P. Lightfoot, Esquire (by fax)
       H. Russell Smouse, Esquire (by fax)
       Defense Counsel (by e-mail)

TO1DOCS1-#237306-v1