**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | : | |
|---|---|---|
| **IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION** | : : **MDL NO. 1421** : : | |
| This Motion Relates To: *Farina v. Nokia, Inc., et al. (E.D. Pa.)*, 06-CV-724 *Louther v. ATT Corp., (M.D. Fla.)*, CCB-03-3229 | : : **Civil No. 01-MD-1421** : | |

**AMENDED STIPULATED SCHEDULING ORDER**

Upon consideration of the parties' joint submission, the following scheduling Order is hereby entered on this ____ day of _____, 2006.

1. On or before November 10, 2006, the *Farina* named plaintiff shall file any motion for remand of that action to state court. Defendants shall file their opposition to that motion on or before December 13, 2006 and the *Farina* named plaintiff may file a reply brief in support of his motion on or before January 17, 2007.

2. On or before November 10, 2006, the named plaintiff in *Farina* shall submit any further arguments on the question whether this Court should recommend the remand of the constituent actions in this MDL proceeding to the respective federal district courts from which they were transferred to this Court. On or before December 13, 2006, the plaintiff in the *Louther* action shall submit any additional arguments that she wishes to offer on that subject. On or before January 17, 2007, defendants may submit a response to the arguments of all plaintiffs, and the named plaintiffs may submit replies in support of their respective positions on the MDL issue on or before January 24, 2007.

2

     3.     By November 10, 2006, defendants shall file any dispositive motions pursuant to Fed. R. Civ. P. 12 in the *Farina* case (except for any motions based on personal jurisdiction grounds). The named plaintiff in *Farina* shall file his opposition to any such motion on or before December 13, 2006, and defendants may file a reply brief on or before January 17, 2007.

     4.     By November 10, 2006, defendants shall file any motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) challenging the existence of personal jurisdiction. All briefing on any such motions shall be deferred until resolution of all other Rule 12 motions filed pursuant to Paragraph 3 above or until further order of this Court.

_____
Hon. Catherine C. Blake
United States District Judge