FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 NOV -6  P 2: 20

CLERK'S OFFICE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | : | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : : : : | **MDL NO. 1421** |
| This Motion Relates To:<br>*Naquin, et al. v. Nokia et al. (E.D. La.), CCB-01-3259* | : : : | **Civil No. 01-MD-1421** |

## AGREED ORDER

THIS MATTER COMING TO BE HEARD on agreement of the parties it is hereby Ordered that:

This Case is DISMISSED without prejudice pursuant to Rule 41(a)(2), with all parties to pay their own costs, under the following condition: if at any time the named plaintiffs in the current or any former action, Garrett Naquin, Judith A. Kaufman, and Asher Rubinstein, attempt to re-file this action against any of the defendants, or attempt to file any action against any of the defendants with putative class claims involving the same or similar allegations as set forth in this action's second supplemental and amending class action complaint, the named plaintiffs shall file and prosecute the action only in a United States District Court.

November 6, 2006

/s/ *CCB*
Judge Catherine C. Blake
United States District Judge