IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE ) | |
| RADIO FREQUENCY ) | MDL Docket No. 1421 |
| LITIGATION ) | Civil Action No. 01-MD-1421 |

This Document Relates To:

*Farina v. Nokia, Inc.*, Civil Action No. 2:06-724 (E.D. Pa.).

## ORDER

**AND NOW**, this_____day of_____200_, upon consideration of Plaintiff's Joint Motion and Memorandum for Suggestion of Remand to the Transferor Court, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

The Court suggests remand of the above captioned *Farina* action to the United States District Court for the Eastern District of Pennsylvania

_____
**HONORABLE CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE**