IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE WIRELESS TELEPHONE** ) | |
| **RADIO FREQUENCY** ) | **MDL Docket No. 1421** |
| **LITIGATION** ) | **Civil Action No. 01-MD-1421** |

This Document Relates To:

   *Farina v. Nokia, Inc.*, Civil Action No. 2:06-724 (E.D. Pa.).


# ORDER

**AND NOW**, this_____day of_____200_, upon consideration of Plaintiff's Amended Joint Motion and Memorandum for Remand, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

The above captioned *Farina* action is hereby remanded to the Philadelphia County Court of Common Pleas where it was originally filed.

_____
**HONORABLE CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**