IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL NO. 1421 |
| This Motion Relates To:<br>*Farina v. Nokia, Inc., et al.* (E.D. Pa.) CCB-06-1577 | Civil No. 01-MD-1421 |

## CELLULAR ONE GROUP'S MOTION TO DISMISS

Defendant, Cellular One Group, by and through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(2), moves for dismissal of this case based upon lack of jurisdiction over the person. The Court has deferred briefing on this motion, pursuant to the Amended Stipulated Scheduling Order dated November 6, 2006 (Docket No. 28).

This Defendant has also joined in the Joint Motion to Dismiss Third Amended *Farina* Complaint, also filed on November 10, 2006.

               Respectfully submitted,

               /s/ *Charles L. Perry*
               Thomas R. Kline
               Bar No.: 13014
               Charles L. Perry (*pro hac vice*)
               **ANDREWS KURTH LLP**
               1350 I Street NW, Suite 1100
               Washington, DC 20005
               Telephone: (202) 662-2700
               Facsimile: (202) 662-2739

## CERTIFICATE OF SERVICE

    This certifies that all counsel of record were served electronically on this the 10th day of November, 2006.

                                               */s/ Charles L. Perry*
                                               Charles L. Perry