IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE WIRELESS TELEPHONE     *
RADIO FREQUENCY LITIGATION     *
    *

This Document Relates To:           MDL No: 01-MD-01421

*Farina v. Nokia, Inc.,* Civil Action No. 2:06-724 (E.D. Pa.)

## CERTIFICATE OF SERVICE

I, Kenneth A. Jacobsen, hereby certify that on this 10th day of November, 2006, I caused a true and accurate copy of the foregoing Plaintiff's Amended Joint Motion and Plaintiff's Joint Motion and Memorandum for Suggestion of Remand to the Transferor Court to be served upon all counsel of record through this Court's electronic filing system and via United States Mail, First Class, postage prepaid as follows:

AT&T Wireless Services, Inc.
Ray M. Aragon
McKenna Long and Aldridge LLP
1900 K St NW
Washington, DC 20006

Stewart A Baker
Steptoe and Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036

William D Barwick
Sutherland Asbill and Brennan LLP
999 Peachtree St NE Ste 2300
Atlanta, GA 30309

Sheila L Birnbaum
Skadden Arps Slate Meagher and Flom LLP
Four Times Square
New York, NY 10036

Matthew T Covell
Arnall Golden Gregory LLP
171 17th St Ste 2100
Atlanta, GA 30363-1031

Seamus C. Duffy
Drinker Biddle and Reath
1345 Chestnut St
Philadelphia, PA 19107-3496

Burton Finkelstein
Finkelstein Thompson and Loughran
Duvall Foundry 1050 30th St NW
Washington, DC 20007

Kevin B Getzendanner
Arnall Golden Gregory LLP
171 17th St Ste 2100
Atlanta, GA 30363-1031

Steven J Hewitson
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree St NE
Atlanta, GA 30308-2216

Carl B Hilliard , Jr
Law Office of Carl B Hilliard Jr
1246 Stratford
Del Mar, CA 92014

A!exander X Jackins
World Com Inc
1133 19th St NW
Washington, DC 20036


Steven M Laduzinsky
Kane Laduzinsky and Mendoza Ltd
One N Franklin St Ste 2700
Chicago, IL 60606

Laura Owens
Alston and Bird LLP
1201 W Peachtree St One Atlantic Ctr
Atlanta, GA 30309-3424

Daniel S Reinhardt
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree St NE
Atlanta, GA 30308-2216

John A Stewart , Jr
Hulse and Wanek
1010 Common St Ste 2800
New Orleans, LA 70112

Elwood E Swam
1326 Main St
PO Box 176
Hampstead, MD 21074

Paul H Vishny
 Seyfarth Shaw LLP
55 E Monroe St Ste 4200
Chicago, IL 60603

Brian Coleman
Drinker Biddle and Reath LLP
1500 K St NW Ste 1100
Washington, DC 20005

Mary Louther
1431 Swede Hill Road
Greensburg, PA 15601


Mark A. Aronchick
Law Office
PH
One Logan Square
Philadelphia, PA 19103

Robert L Ebby
Hangley Aronchick Segal and Pudlin
One Logan Sq 27th Fl
Philadelphia, PA 19103

Rochelle M Fedullo
Wilson Elser Moskowitz Edelman and Dicker LLP
The Curtis Center Ste 1130 East
Philadelphia, PA 19106

Daniel T Fitch
Stradley Ronon Stevens and Young LLP
2600 One Commerce Sq
Philadelphia, PA 19103-7098

Theodore C Flowers
Segal McCambridge Singer and Mahoney Ltf
30 S 17th St Ste 1700
Philadelphia, PA 19103

Steven A Haber
Obermayer Rebmann Maxwell and Hippel LLP
One Penn Center 19th Fl
1617 JFK Blvd
Philadelphia, PA 19103

Robert J Hafner
Eckert Seamans Cherin and Mellott
1515 Market St Ninth Fl
Philadelphia, PA 19102

Robert C. Heim
Dechert
1717 Arch St 4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

Susan K Herschel
Hoyle Fickler Herschel and Mathes LLP
One S Broad St Ste 1500
Philadelphia, PA 19107

Lance T Lackey
Akin Gump Strauss Hauer and Feld LLP
3000 W Sixth St Ste 2100
Austin, TX 78701

Jana Michelle Landon
Stradley Ronon Stevens and Young LLP
2600 One Commerce Sq
Philadelphia, PA 19103

Daniel J Layden
DLA Piper US LLP
One Libert! y Pl
1650 Market St Ste 4900
Philadelphia, PA 19103

Nancy Harris Marvel
Drinker Biddle and Reath LLP
One Logan Sq
1800 Cherry St
Philadelphia, PA 19103

Lisa A Mathewson
Welsh and Recker PC
2000 Market St Ste 2903
Philadelphia, PA 19103

Walter McDonough
Swartz Campbell and Detweiler
1601 Market St 34th Fl
Philadelphia, PA 19103-2316

David T Moran
Jackson Walker LLP
901 Main St Ste 6000
Dallas, TX 75202

Edward J Murphy , Jr
Kelly and Murphy
925 Harvest Dr Ste 160
Blue Bell, PA 19422

William J O Brien
Delany and O Brien
325 Chestnut St
Constitution Pl Ste 1212
Philadelphia, PA 19106

Joseph A O Keefe
O Keefe and Sher
15019 Kutztown Rd
Kutztown, PA 19530-9276

Reena E Parambath
Rawle and Henderson LLP
One S Penn Sq
1339 Chestnut St
Philadelphia, PA 19107

Susan M Roach
Drinker Biddle and Reath
One Logan Sq
18th and Cherry Streets
Philadelphia, PA 19103-6996

Howard D Scher
Buchanan Ingersoll PC
1835 Market St 14th Fl 11 Penn Ctr
Philadelphia, PA 19103

Ronald P. Schiller
Piper Rudnick LLP
3400 Two Logan Sq
18th and Arch Sts
Philadelphia, PA 19103-2762

Madeline M Sherry
Gibbons Del Deo Dolan Griffinger and Vecchione PC
1700 Two Logan Sq
18th and Arch Streets
Philadelphia, PA 19103-2769

Walter H Swayze, III
Segal  McCambri dge Singer and Mahoney Ltd
United Plz 20 S 17th St Ste 1700
Philadelphia, PA 19103

John T Toner
Seyfarth Shaw LLP
815 Constitution Ave NW Ste 500
Washington, DC 20006

Thomas P Wagner
Rawle and Henderson LLP
The Widener Bldg
One S Penn Sq
Philadelphia, PA 19107

R David Walk , Jr
Dechert
Cira Centre
2929 Arch St
Philadelphia, PA 19104

Nicole J Williams
Buchanan Ingersoll PC
1835 Market St 14th Fl
Philadelphia, PA 19103

                                                                        Respectfully submitted,

                                                                        JACOBSEN LAW OFFICES LLC
<u>By: /s/ Kenneth Jacobsen</u>
Kenneth A. Jacobsen
12 Orchard Lane
Wallingford, PA  19086
(610) 566-7930

LAW OFFICES OF PETER G. ANGELOS
The John Wanamaker Building
100 Penn Square East
Suite 1050, 10th Floor
Philadelphia, PA  19107
(215) 963-9333

Joseph A. OKeefe
OKEEFE & SHER, P.C.
I.D. No. 77068
15019 Kutztown Road
Kutztown, PA
(610) 683-0771

LOWE, STEIN, HOFFMAN, ALLWEISS
& HAUVER, LLP.
701 Poydras Street
One Shell Square, Suite 3600
New Orleans, LA  70139
(504) 581-2450

Michael D. Donovan
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
(215)  732-6067