IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL NO. 1421 |
| This Memorandum Relates To: *Farina v. Nokia, Inc., et al.* No. 2:06-724 (E.D. Pa.) | Civil No. 01-MD-1421 |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance for defendant, LG Electronics MobileComm, U.S.A., Inc. I am entitled to appear in this matter pursuant to Rule 1.4 of the General Rules for Multidistrict Litigation Under 28 U.S.C. Section 1407.

Dated this 10th day of November, 2006.

Respectfully submitted,

_David G. C. Arnold_
David G. C. Arnold
Royal Bank Plaza
Suite 109
915 Montgomery Avenue
Narberth, Pennsylvania 19072
Telephone (484) 562-0008
Telefax (484) 562-0009

Attorney for Defendant
LG Electronics MobileComm, U.S.A., Inc.