IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION<br><br>This Memorandum Relates To:<br>*Farina v. Nokia, Inc., et al.* No. 2:06-724 (E.D. Pa.) | MDL NO. 1421<br><br>Civil No. 01-MD-1421 |

**LG ELECTRONICS MOBILECOMM U.S.A., INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS
DISMISSING THE THIRD AMENDED *FARINA* COMPLAINT**

Defendant LG Electronics MobileComm, U.S.A., Inc. ("LG"), by and through its attorneys, now move to dismiss plaintiff's Third Amended Class Action Complaint in *Farina v. Nokia, Inc. et al.*, consolidated into MDL No. 1421, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. In support of said Motion, LG incorporates herein by reference its Memorandum of Law which is being filed with this Motion, and Defendants' Memorandum of Law in Support of Joint Motion to Dismiss Third Amended Farina Complaint, dated November 10, 2006.

Dated this 10th day of November, 2006.

                                        Respectfully submitted,

                                        */s/ David G. C. Arnold*
                                        David G. C. Arnold
                                        Royal Bank Plaza
                                        Suite 109
                                        915 Montgomery Avenue
                                        Narberth, Pennsylvania 19072
                                        Telephone (484) 562-0008
                                        Telefax (484) 562-0009

                                        And

                                        Daniel H. Weiner
                                        Josiah S. Trager
                                        Hughes Hubbard & Reed LLP
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone (212) 837-6000
                                        Telefax (212) 422-4726


                                        Attorneys for Defendant
                                        LG Electronics MobileComm, U.S.A., Inc.