IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL NO. 1421 |
| This Memorandum Relates To:<br>*Farina v. Nokia, Inc., et al.* No. 2:06-724 (E.D. Pa.) | Civil No. 01-MD-1421 |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT
LG ELECTRONICS MOBILECOMM USA, INC.'S MOTION
FOR JUDGMENT ON THE PLEADINGS DISMISSING
THIRD AMENDED *FARINA* COMPLAINT**

Defendant LG Electronics MobileComm, U.S.A., Inc. ("LG"), by and through its attorneys, submits this memorandum in support of its Motion under Rule 12(c) of the Federal Rules of Civil Procedure to dismiss plaintiff's Third Amended Class Action Complaint in *Farina v. Nokia, Inc. et al.*, consolidated into MDL No. 1421. The standard for review of a motion made under Rule 12(c) is identical to that for a motion made under 12(b)(6). As such, LG hereby incorporates and adopts Defendants' Memorandum of Law in Support of Joint Motion to Dismiss Third Amended Farina Complaint, dated November 10, 2006, as though fully set forth herein.

Rule 12(h)(2) provides that the defense of failure to state a claim upon which relief can be granted as set forth in Rule 12(b)(6) may be raised "by motion for judgment on the pleadings [under Rule 12(c)], or at the trial on the merits." Fed.R.Civ.P.12(h)(2); *see Republic Steel Corp. v. Pennsylvania Eng'g Corp.*, 785 F.2d 174, 182 (7th Cir., 1986).

Since the defense of failure to state a claim upon which relief can be granted as set forth in Rule 12(b)(6) may be raised by motion for judgment on the pleadings, courts have routinely held that "[t]he district court applies the same standard under Rule 12(c) as it applies under Fed.R.Civ.P. 12(b)(6)." *Razor v. Perdue Farms, Inc.*, 1999 WL 178782, *1 (4th Cir. Apr. 1, 1999), citing *Gustafson v. Jones*, 117 F.3d 1015, 1017 (7th Cir., 1997); see also *Edwards v. City of Goldsboro*, 178 F.3d 231, 243 (4th Cir., 1999). Indeed, "the distinction is one without a difference," as the Court of Appeals reviewing the grant of a Rule 12(c) dismissal "apply[s] the same standard for Rule 12(c) motions as for motions made pursuant to Rule 12(b)(6)." See *Burbach Broadcasting Co. of Delaware v. Elkins Radio Corp.*, 278 F.3d 401, 405-406 (4th Cir. 2002) citing *Edwards* 178 F.3d at 243; *Pacific Ins. Co. v. American Nat'l Fire Ins. Co.*, 148 F.3d 396, 405 (4th Cir., 1998).

For the reasons set forth in Defendants' Memorandum of Law in Support of Joint Motion to Dismiss Third Amended <u>Farina</u> Complaint, dated November 10, 2006, LG respectfully requests that the Court grant its motion for judgment on the pleadings and dismiss plaintiff's Third Amended Class Action Complaint in *Farina v. Nokia, Inc., et al.*

Dated this 10th day of November, 2006.

Respectfully submitted,

/s/ David G. C. Arnold

David G. C. Arnold
Royal Bank Plaza
Suite 109
915 Montgomery Avenue
Narberth, Pennsylvania 19072
Telephone (484) 562-0008
Telefax (484) 562-0009

And

Daniel H. Weiner
Josiah S. Trager
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Telephone (212) 837-6000
Telefax (212) 422-4726

Attorneys for Defendant
LG Electronics MobileComm, U.S.A., Inc.