IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL No. 1421 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION No. 01-MD-1421 |
| *Louther v. AT&T Corp.* (M.D. Fla.) | |

**PLAINTIFF MARY LOUTHER'S MOTION TO REMAND TO FLORIDA AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the Plaintiff, Mary Louther, by and through the undersigned counsel, hereby files this Motion to Remand. Plaintiff requests that this Court remand her case back to Florida where her case originated. Plaintiff incorporates the reasoning and arguments outlined in the Joint Motion to Remand filed with regards to *Farina v. Nokia, Inc.* and attached as exhibit 1. For those reasons, Plaintiff requests that her case be remanded back to Florida.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
 DEPAOLIS & LIGHTFOOT, L.L.P.

_____/s/_____
William P. Lightfoot, Esquire
Paulette E. Chapman, Esquire
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
wlightfoot@koonz.com

Attorneys for Plaintiff

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2006 a copy of the foregoing Motion to Remand to Florida was served via the Court's electronic filing system on all parties in the above captioned case.

/s/
William P. Lightfoot

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE<br>RADIO FREQUENCY EMISSIONS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1421 |
| THIS DOCUMENT RELATES TO:<br><br>*Louther v. AT&T Corp.* (M.D. Fla.) | CIVIL ACTION<br>No. 01-MD-1421 |

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Upon consideration of Plaintiff's Motion to Remand, the Opposition thereto, and the entire record herein, it is this 7th day of December, 2006,

**ORDERED** that Plaintiff's Motion to Remand is **GRANTED**; and it is further ordered that the case of *Louther v. AT&T Crop.* be remanded to the transferor court, the United States District Court for the Middle District of Florida.

_____
Judge Catherine C. Blake

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500