## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

---

**IN RE WIRELESS TELPHONE RADIO**
**FREQUENCY EMISSIONS PRODUCTS**        **MDL NO.  1421**
**LIABILITY LITIGATION**

This Memorandum relates to:        **Civil Action No. 01-MD-1421**
_Farina v. Nokia, Inc._ (E.D. Pa), CCB-06-1577

---

### PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
### LG ELECTRONICS MOBILECOMM U.S.A., INC'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant LG Electronics MobileComm, U.S.A., Inc. ("LG") has filed a motion

for judgment on the pleadings under Fed.R.Civ.P. 12(c) that, as LG freely acknowledges,

makes no independent arguments against plaintiff's Third Amended Complaint.  Instead,

it incorporates and adopts the arguments made in defendants' motion to dismiss under

12(b)(6) (the "Primary Motion.").  Plaintiff hereby also incorporates and adopts his

arguments opposing the Primary Motion.  For the same reasons that the Primary Motion

should be denied, the LG motion should be denied as well.


H. Russell Smouse                    **JACOBSEN LAW OFFICES LLC**
Glenn E. Mintzer                      By:  /s/  Kenneth A. Jacobsen
**LAW OFFICES OF**                    Kenneth A. Jacobsen
**PETER G. ANGELOS, P.C.**            12 Orchard Lane
One Charles Center                   Wallingford, PA 19086
100 North Charles Street             (610) 566-7930
Baltimore, MD 21201
(410) 649-2000

Michael R. Allweiss
**LOWE, STEIN, HOFFMAN, ALLWEISS**
**& HAUVER, LLP**
701 Poydas Street
One Shell Square
Suite 3600
New Orleans, LA  70139
(504) 581-2450

Joseph A. O'Keefe
**O'KEEFE & SHER, P.C.**
15019 Kutztown Road
Kutztown, PA 19530
 (610) 683-0771

Michael D. Donovan
**DONOVAN SEARLES, LLC**
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
(215) 732-6067