IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IN RE WIRELESS TELEPHONE** | ) | |
| **RADIO FREQUENCY** | ) | **MDL Docket No. 1421** |
| **LITIGATION** | ) | **Civil Action No. 01-MD-1421** |

This Document Relates To:

    *Farina v. Nokia, Inc.*, (E.D. Pa.), CCB-06-1577

## CERTIFICATE OF SERVICE

    I, Kenneth A. Jacobsen, hereby certify that on December 13, 2006, I caused true and correct copies of the following documents:

    Plaintiffs' Memorandum of Law in Opposition to Defendants' Joint Motion to Dismiss the Third Amended *Farina* Complaint;

    Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Refer Questions to the FCC; and

    Plaintiffs' Memorandum of Law in Opposition to LG Electronics MobileComm U.S.A., Inc.'s Motion for Judgment on the Pleadings

to be served on liaison counsel for defendants by overnight FedEx courier addressed as follows:

    Paul F. Strain, Esquire
    **VENABLE LLP**
    Two Hopkins Plaza
    Suite 1800
    Baltimore, MD 21201

    Michael E. Yaggy, Esquire
    **DLA PIPER RUDNICK GRAY CARY US LLP**
    6225 Smith Avenue
    Baltimore, MD 21209

I further certify that the foregoing Memoranda also were sent via e-mail on this same date to Terry Dee, Esquire, of Kirkland & Ellis for forwarding to all other defense counsel.

Dated: December 13, 2006  /s/ Kenneth A. Jacobsen
 Kenneth A. Jacobsen