IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| *In re:* | * |
| *Wireless Telephone Radio Frequency Emissions Products Liability Litigation* | * |
| | *   Case No. 01-MD-1421 CCB |

\* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

Harold M. Walter hereby moves this Court pursuant to Local Rule 101 (2b), for leave to withdraw as counsel of record for defendants Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, L.P. ("STA"). SEA and STA shall continue to be represented in this matter by John B. Isbister of Tydings & Rosenberg LLP, 100 E. Pratt, 26th Floor, Baltimore, Maryland 21202.

Dated: December 13, 2006               Respectfully submitted,

/s/  Harold M. Walter
John B. Isbister (Bar No. 00639)
Harold M. Walter (Bar No. 03387)
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

Counsel for Samsung Electronics
America, Inc. and Samsung
Telecommunications America, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically and/or was mailed via first class mail, postage prepaid to all counsel of record.

/s/ John B. Isbister
John B. Isbister

#539079v.1