IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| *In re:* | * |
| *Wireless Telephone Radio Frequency Emissions Products Liability Litigation* | * |
| | *   Case No. 01-MD-1421 CCB |

\* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon consideration of the motion of Harold M. Walter for leave to withdraw as counsel for defendant Samsungs Electronics America, Inc. ("SEA") and Samsung Telecommunications America, L.P. ("STA"), and it appearing to the Court that SEA and STA will continue to be represented by other counsel, including John B. Isbister, Tydings & Rosenberg LLP, it is by the Court this _____ day of _____, 2006 hereby

ORDERED that the motion to withdraw shall be and hereby is GRANTED.

_____
Hon. Catherine Blake
U.S. District Court Judge

#587513v.1