IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | MDL NO. 1421 |
| This Memorandum Relates To:<br>*Farina v. Nokia, Inc., et al.* No. 2:06-724 (E.D. Pa.) | Civil No. 01-MD-1421 |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT
LG ELECTRONICS MOBILECOMM, U.S.A., INC.'S MOTION FOR
JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFF'S THIRD
AMENDED COMPLAINT**

Defendant LG Electronics MobileComm, U.S.A., Inc. ("LG"), by and through its attorneys, submits this Reply Memorandum in support of its Motion under Rule 12(c) of the Federal Rules of Civil Procedure to dismiss plaintiff's Third Amended Class Action Complaint in *Farina v. Nokia, Inc. et al.*, consolidated into MDL No. 1421. The standard for review of a motion made under Rule 12(c) is identical to that for a motion made under 12(b)(6). As such, LG hereby incorporates and adopts Defendants' Reply Memorandum in Support of Joint Motion to Dismiss Plaintiff's Third Amended Complaint, dated January 17, 2007, as though fully set forth herein.

For the reasons set forth in Defendants' Reply Memorandum in Support of Joint Motion to Dismiss Plaintiff's Third Amended Complaint, dated January 17, 2007, LG respectfully requests that the Court grant its motion for judgment on the pleadings and dismiss plaintiff's Third Amended Class Action Complaint in *Farina v. Nokia, Inc., et al.*

Dated this 17th day of January, 2007.

                                    Respectfully submitted,

                                    */s/ David G. C. Arnold*
                                    David G. C. Arnold
                                    Royal Bank Plaza
                                    Suite 109
                                    915 Montgomery Avenue
                                    Narberth, Pennsylvania 19072
                                    (484) 562-0008
                                            and
                                    Daniel H. Weiner
                                    Linda B. Epstein
                                    Hughes Hubbard & Reed LLP
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    (212) 837-6000

                                  Attorneys for Defendant
                                  LG Electronics MobileComm, U.S.A., Inc.