IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE WIRELESS TELEPHONE ) <br> RADIO FREQUENCY ) <br> LITIGATION ) | MDL Docket No. 1421 <br> Civil Action No. 01-MD-1421 |

This Document Relates To:

*Farina v. Nokia, Inc.*, No. 2:06-724 (E.D. Pa.).

## ORDER

**AND NOW**, this ____ day of _____ 200_, upon consideration of Defendant LG Electronics MobileComm, U.S.A., Inc.'s Motion for Judgment on the Pleadings Dismissing Third Amended *Farina* Complaint and Defendants' Joint Motion to Dismiss Third Amended *Farina* Complaint, it is hereby **ORDERED** that Defendant LG Electronics MobileComm, U.S.A., Inc.'s Motion is **GRANTED**.

The above captioned *Farina* action is hereby **DISMISSED WITH PREJUDICE**.

_____
**HONORABLE CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

NY 1102450_1.DOC