IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION<br><br>This Memorandum Relates To:<br>*Farina v. Nokia, Inc., et al.* No. 2:06-724 (E.D. Pa.) | MDL NO. 1421<br><br>Civil No. 01-MD-1421 |

## CERTIFICATE OF SERVICE

I, David G. C. Arnold, Esquire, hereby certify that on January 17, 2007, a copy of the Reply Memorandum of Law in Support of Defendant LG Electronics MobileComm, U.S.A., Inc's Motion for Judgment on the Pleadings Dismissing Plaintiff's Third Amended Complaint which was electronically filed in this case on January 17, 2007, was mailed via first class mail, postage prepaid to:

Kenneth A. Jacobsen
Jacobsen Law Offices LLC
12 Orchard Lane
Wallingford, PA 19086

Joseph A. O'Keefe
O'Keefe and Scher
15019 Kutztown Road
Kutztown, Pennsylvania 19530-9276

Robert C. Heim
R. David Walk, Jr.
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Seamus C. Duffy
Susan M. Roach
Nancy Harris Marvel
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Mark A. Aronchik
Robert L. Ebby
Hangley Aronchick Segal & Pudlin
One Logan Square -- 27th Floor
Philadelphia, PA 19103-6933

Walter L. McDonough
Swartz Campbell LLC
1601 Market Street
34th Floor
Philadelphia, PA 19103

Craig E. Ziegler
Montgomery, McCracken, Walker
 & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Walter H. Swayze
Theodore C. Flowers
Segal, McCambridge, Singer & Mahoney, Ltd.
United Plaza
30 South 17th Street, Suite 1700
Philadelphia, PA 19103

Thomas P. Wagner
Reena E. Parambath
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Daniel T. Fitch
Jana M. Landon
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

Rochelle M. Fedullo
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
The Curtis Center, Suite 1130E
Philadelphia, PA 19106

Howard D. Scher
Nicole J. Williams
Buchanan Ingersoll PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103

Susan Herschel
The Hoyle Law Firm
One South Broad Street
Suite 1500
Philadelphia, PA 19107

Robert E. Welsh, Jr.
Lisa A. Mathewson
Welsh & Recker, P.C.
2000 Market Street, Suite 2903
Philadelphia, PA 19103

Ronald P. Schiller
Daniel J. Layden
DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
1650 Market Street, Suite 400
Philadelphia, PA 19103

William J. O'Brien
Delany and O'Brien
325 Chestnut Street
Constitution Place Suite 1212
Philadelphia, Pennsylvania 19106

Edward J. Murphy, Jr.
Kelly and Murphy
Suite 160
925 Harvest Drive
Blue Bell, Pennsylvania 19422

John T. Toner
Seyfarth Shaw LLP
815 Constitution Ave., N.W., Suite 500
Washington, D.C. 20006

Robert J. Hafner
Eckert, Seamans, Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19103

Steven A. Haber
Obermayer, Rebmann, Maxwell & Hippel, LLP
One Penn Center
1617 John F. Kennedy Boulevard, 19th Floor
Philadelphia, PA 19103-1895

Madeline Sherry
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione, P.C.
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2709

Lance T. Lackey
Akin Gump Strauss Hauer & Feld LLP
3000 West 6th Street, Suite 2100
Austin, Texas 78701-3911

David T. Moran
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

All other counsel in this matter were served through the Court's Electronic Filing System.

Respectfully submitted,

_____
David G. C. Arnold
Royal Bank Plaza
Suite 109
915 Montgomery Avenue
Narberth, Pennsylvania 19072
Telephone (484) 562-0008
Telefax (484) 562-0009

Attorney for Defendant
LG Electronics MobileComm, U.S.A., Inc.