IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1421** |
| This Motion Relates To: *Farina v. Nokia, Inc., et al.* (E.D. Pa.) | **Civil No. 01-MD-1421** |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Defendants in the above entitled action are today filing their Reply Memorandum in Support of Defendants' Joint Motion to Dismiss Plaintiff's Third Amended Complaint. Defendants hereby move for leave to exceed the page limitation of twenty-five pages, as set forth in Local Rule 105.3, and hereby state as follows:

1. On November 10, 2006, "Defendants' Joint Motion to Dismiss Plaintiff Farina's Third Amended Complaint" ("Joint Motion to Dismiss") was filed on behalf of all properly-served defendants other than LG Electronics Mobilecomm U.S.A., Inc. Plaintiff's Third Amended Complaint, which names twenty-one entities as defendants, contains 173 paragraphs and asserts six (6) different causes of action. The brief was filed on behalf of nineteen different defendants.

2. On December 13, 2006, Plaintiff filed his "Memorandum of Law in Opposition to Defendants' Joint Motion to Dismiss the Third Amended Farina Complaint" ("Opposition"). Plaintiff's Opposition is thirty-eight (38) pages long, exclusive of (a) affidavits and exhibits, (b)

tables of content and citations, and (c) addenda containing statutes, rules, regulations and similar material.

3.  Under Local Rule 105.3, each Defendant would be entitled to file a twenty-five page Reply Memorandum In Support of Defendants' Joint Motion to Dismiss, totaling 475 pages. However, in an effort to streamline this process, in the interest of efficiency and for the convenience of the parties and the court, Defendants seek to file one brief of not more than 30 pages, exclusive of (a) affidavits and exhibits, (b) tables of content and citations, and (c) addenda containing statutes, rules, regulations and similar material.

4.  On January 17, 2007, counsel for Defendant Motorola, Inc. tried to contact counsel for Plaintiffs to request a waiver of the page limitation set forth in Local Rule 105.3. However, counsel was unable to reach Plaintiff's counsel.

WHEREFORE, the Defendants request that the Court enter an Order permitting Defendants to exceed the twenty-five page limitation on Defendants' Reply Memorandum in Support of Defendants' Joint Motion to Dismiss Plaintiffs' Third Amended Complaint.

Dated:     January 17, 2007

Respectfully submitted,

_____/s/_____
Paul F. Strain, Esquire
VENABLE LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201
(410) 244-7400

_/s/_
Michael E. Yaggy, Esquire
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, MD 21209

*On Behalf of All Properly-Served
Defendants except LG Electronics
MobileComm U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2007, a copy of the foregoing was served on Plaintiffs' counsel via first-class mail, postage prepaid, and electronic mail as follows:

>Kenneth A. Jacobsen
>Jacobsen Law Offices LLC
>12 Orchard Lane
>Wallingford, PA 19086
>
>Michael R. Allweiss
>Lowe, Stein, Hoffman, Allweiss & Hauver, LLP
>701 Poydas Street
>One Shell Square
>Suite 3600
>New Orleans, LA 70139
>
>William P. Lightfoot
>Koonz, McKenney, Johnson, DePaolis & Lightfoot
>James Monroe Building
>2001 Pennsylvania Avenue, N.W.
>Suite 450
>Washington, DC 20006

on Plaintiffs' counsel via first-class mail, postage prepaid, as follows

>H. Russell Smouse
>Glenn E. Mintzer
>Law Offices of Peter G. Angelos, P.C.
>One Charles Center
>100 North Charles Street
>Baltimore, MD 21201
>
>Joseph A. O'Keefe
>O'Keefe & Sher, P.C.
>15019 Kutztown Road
>Kutztown, PA 19530
>
>Michael D. Donovan
>Donovan Searles, LLC
>1845 Walnut Street
>Suite 1100
>Philadelphia, PA 19103

and on all Defense counsel of record via electronic mail.

/s/
Paul F. Strain, Esquire
VENABLE LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201
(410) 244-7400

/s/
Michael E. Yaggy, Esquire
DLA PIPER RUDNICK GRAY CARY
US LLP
6225 Smith Avenue
Baltimore, MD 21209

*On Behalf of All Properly-Served Defendants except LG Electronics MobileComm U.S.A., Inc.*