# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER J. NEWMAN, et al. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Civil Action No.: CCB-00-2609 |
| ) | |
| MOTOROLA, INC., et al. ) | FILED UNDER SEAL |
| ) | PURSUANT TO COURT |
| ) | ORDER |
| ) | |
| *Defendants.* ) | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

# PLAINTIFFS' AMENDED OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESS TESTIMONY

Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. NEWMAN, et al. | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | Civil Action No.: CCB-00-2609 |
| | ) | |
| MOTOROLA, INC., et al. | ) | <u>FILED UNDER SEAL</u> |
| | ) | <u>PURSUANT TO COURT</u> |
| | ) | <u>ORDER</u> |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' AMENDED OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
PLAINTIFFS' EXPERT WITNESS TESTIMONY**

Plaintiffs, Christopher J. Newman and Mary Frances Newman, by and through their undersigned attorneys, respectfully submit Plaintiffs' Amended Opposition to Defendants' Motion to Exclude Plaintiffs' Expert Witness Testimony (hereinafter "Opposition"), and state as follows:

**I. INTRODUCTION**

Plaintiffs come before the Court with a group of well-qualified experts who have practical and extensive knowledge, skill, experience, training and education in the area of radiofrequency radiation. These experts base their opinions on the same type of generally accepted scientific evidence on which Defendants argue such testimony must be based – epidemiologic, animal, and cell biology studies.

As with no other previous cellular telephone litigation, Plaintiffs' experts offer the Court

1

**E. The Scientific Evidence Which Supports Plaintiffs' Experts Opinions In This Case**

In their Motion, Defendants attempt to portray that Plaintiffs' experts have no scientific evidence upon which to base their opinions. To the contrary, these is an abundance of evidence from the pees reviewed literature which demonstrates that RF energy in arid around cellular telephone frequencies, and from within the radiofrequency spectrum, is capable of causing brain tumors.

Cancer can be developed in either of two mechanisms: genetically or epigenetically. The genetic path requires genetic damage which, if not repaired, may result in the cell being transformed into a cancer cell. The epigenetic path does not require a genetically damaged cell, but requires a change in gene expression which may result in the development of cancer. The changes are in the expression of key regulatory genes and/or in the expression of other key regulatory molecules.

Evidence of carcinogenicity is developed from scientific studies which report the results of the effects of a suspected substance on living cells and animals. The studies are designed to demonstrate whether the agent is capable of creating a biologically plausible path toward cancer development.

It has been noted that "[p]otential carcinogens are identified in epidemiological studies, animal cancer bioassays and predictive short term tests." (Butterworth, B.E. et al (1992) Chemically induced cell proliferation in carcinogenesis ." Chemically Induced Cell Proliferation: Implications for Risk Assessment 457-467). Moreover, "[t]he observation that the primary mode of actions of many carcinogens is direct induction of mutational events has proven to be a very powerful concept which has tended to dominate thinking about risk assessments and predictive

27

assays." (Iverson O.H. ed. (1988) "Theories of Carcinogenesis". Washington D.C., Hemisphere Publishing Corp.) Lastly, "[b]acterial cell culture and whole animal techniques to measure chemically induced mutations are now successfully and widely used as short-term tests for potential carcinogens." (McCann, J. et al. (1975)"Detection of carcinogens as mutagens in the Salmonella/microsome test: assay of R00 chemicals." Proc. Natl. Sci. US.4. 72, 5135 5139.)

Plaintiffs' experts cite studies, all peer reviewed, which report the results of RF exposures on endpoints which are acceptable pathways to cancer.

The endpoints designed to demonstrate the potential for genetic damage are the following:

1. chromosome aberrations;
2. DNA damage;
3. micronuclei;
4. DNA single and double strand breaks; and
5. sister chromatid exchange.

Endpoints which provide a basis for the assessment of epigenetic and genetic development of cancer, are as follows:

1. cell progression;
2. cell proliferation;
3. cell transformation;
4. cell incorporations;
5. alterations of ODC activity;
6. alterations of gene expression;
7. alteration of calcium distribution;
8. alteration of proto-oncogene expression; and
9. overexpression of heat shock proteins.

The following is a representative example of the published, peer reviewed studies which are contained in the body of scientific evidence upon which Plaintiffs' experts base their opinions. The list is broken down between epigenetic effects, genetic effects, and genetic and/or

28

epigenetic effects, and is further broken down by *in vitro* and *in vivo* studies.

## EPIGENETIC

### *In Vitro*

- Balcer-Kubiczek, E.K. et al. (1989) "Induction of Neoplastic Transformation in C3H / 10T ½ Cells by 2.45-GHz Microwaves and Phorbol Ester." Radiation Res. 117: 531-537

    Conclusion:    Effect- induced neoplastic transformation

Exhibit 13.

    Balcer-Kubiczek, E.K. et al. (1985) "Evidence For Microwave Carcinogenesis In Vitro." Carcinogenesis 6: 859-864.

    Conclusion:    Effect- enhancement of frequency of cell transformation

Exhibit 12.

- Balcer-Kubiczek, E.K. et al. (1991) "Neoplastic Transformation of C3H / 10 T ½ Cells Following Exposure to 120-Hz Modulated 2.45-GHz Microwaves and Phorbol Ester Tumor Promoter. Radiation Research 126: 65-72.

    Conclusion:    Effect- enhancement of frequency of neoplastic transformation

Exhibit 14.

- Byits, CV et al. (1988) "Increased Ornithine Decarboxylase Activity In Cultured Cells Exposed To Low Energy Modulated Microwave Fields and Phorbol Ester Tumor Promoters." Cancer Research 48: 4222-4226.

    Conclusion:    Effect- increased ODC activity, an enzyme involved in tumor promotion

Exhibit 17.

- Cleary, SF et al. (1990a) "In Vitro Lymphocyte Proliferation Induced by Radio-Frequency Electromagnetic Radiation Under Isothermal Conditions." Bioelectromagnetics 11: 47-56.

    Conclusion:    Effect- increased transformation of lymphocytes

Exhibit 22.

29

- Cleary, SF et al. (1990b) "Glioma Proliferation Modulated In Vitro By Isothermal Radiofrequency Radiation Exposure." Radiation Res. 121: 38-45.

    Conclusion:   Effect- altered DNA and RNA synthesis

Exhibit 21.

- Cleary, S et al. (1996) "Effect of Isothermal Radiofrequency Radiation on Cytolytic T Lymphocites." FASEB J. 10: 913-919.

    Conclusion:   Effect- modulated cell proliferation

Exhibit 20.

- Donnellan, M et al. (1997) "Effects of Exposure to electromagnetic Radiation at 835 MHz on Growth, Morphology and Secretory Characteristics of a Mast Cell Analogue." Cell Biology International 21: 427-439.

    Conclusion:   Effect- increased synthesis and replication, alteration of morphology

Exhibit 35.

- French, PW et al. (1997) "Electromagnetic Radiation at 835 MHz Changes the Morpholoy and Inhibits Proliferation of a Human Astrocytoma Cell Line." Bioelectrochemsitry and Bioenergetics 43: 13-18.

    Conclusion:   Effect- decrease in astrocytoma proliferation

Exhibit 28.

- French, PW (2000)"Mobile phones, heat shock proteins and cancer." Differentiation 67:93-97.

    Conclusion:   Effect- overexpression of heat chock proteins

Exhibit 111.

- Harvey, C et al. (2000) "Effects on Protein Kinase C and Gene Expression in a Human Mast Cell Line, HMC-1, Following Microwave Exposure." Cell Biol Int. 23(11): 739-748.

    Conclusion:   Effect- altered gene expression

30

Exhibit 45.

- Ivaschuk, OI et al. (1997) "Exposure of Nerve Growth Factor-Treated PC12 Rat Pheochromocytoma Cells to a Modulated Radiofrequency Field at 836.55 MHz: Effects on c-jun and c-fos Expression." Bioelectromagnetics 18: 223-229.

    Conclusion:    Effect- change in *C-JUN* expression; alteration of gene expression

Exhibit 48.

- Kwee. S et al. (1998) "Changes in Cell Proliferation Due to Environmental Non-Ionizing Radiation 2. Microwae Radiation." Bioelectrochemistry and Bioenergetics 44: 251-255.

    Conclusion:    Effect- change in cell proliferation

Exhibit 51.

- Somosy. Z st al. (1991) "Effects of Modulated and Continuous Microwave Irradiation on the Morphology and Cell Surface Negative Charge of 3T3 Fibroblasts." Scanning Microscopy 5: 1145-1155.

    Conclusion:    Effect- alteration of cell morphology

Exhibit 95.

- Velizarov, S et al. (1999) "The Effects of Radiofrequency fields on Cell Proliferation are lion-Thermal." Bioelectrochemistry and Bioenergetics 38: 177-180.

    Conclusion:    Effect- change in cell proliferation

Exhibit 102.

- Wobus (2001) "Risk Evaluation of Potential Environmental Hazards From Low Energy Electromagnetic Filed Exposure Using Scientific *in vitro* methods." EMF and Health Workshop Presentation no. 12.

    Conclusion:    alteration of gene expression- c-jun and m-myc

Exhibit 3.

In *Vivo*

- DiCarlo, A et al. (2002) "Chronic Electromagnetic Field Exposure Decreases HSP70

31

      Levels and Lowers Cytoprotection." <u>Journal of Cellular Biochemistry</u> 84:447-454

      Conclusion:   Effect- down-regulation of Heat Shock Proteins which can "lead to an accumulation of DNA errors."

Exhibit 24.

- A.P. Sanders et al. (1984) "The differential effects of 200. 591 arid 2450 MHz radiation on rat brain energy metabolism." <u>Bioelectromagnetics</u> 5: 419-433.

      Conclusion:   Formation of micronuclei and chromosome aberrations

Exhibit 93.

- Z. Somosy et al. (1991) "Effects of modulate and continuous microwave irradiation on pyroantimonate precipitable calcium content in junctional complex of mouse small intestine." <u>Scanning Microscopy</u> 7: 1255-1201.

      Conclusion:   Effect- alteration of calcium content and calcium distribution in the cells

Exhibit 95.

## GENETIC

### *In Vitro*

- Dwivedi. R.S. et al. (1989) "Low Intensity Microwave Radiation Effects on the Ultrastructure of Chang Liver Cells." <u>Experimental Cell Research</u> 1SO: 253-265.

      Conclusion:   Effect- "cytoplasmic lesions"; 120 minute exposure at 5mw/cm2 brought about "clear degeneration of ER membranes"

Exhibit 27.

- Garaj-Vrhovac. V et al. (1990) "The Effect of Microwave Radiation on the Cell Genome." <u>Mutation Research</u> 233: 87-93.

      Conclusion:   Effect- change in DNA synthesis; chromosome damage

Exhibit 30

- Garaj-Vrhovac, V et al. (1991) "The Relationship Between Colony-forming Ability, Chromosome Aberrations and Incidence of Micronuclei *in* V79 Chinese Hamster Cells Exposed to Microwave Radiation." Mutation Res. 263: 143-149.

    Conclusion:   Effect- chromosome damage; micronuclei; chromosome aberrations

Exhibit 31.

- Phillips, JL et al. (1998) "DNA Damage in Molt-4 T-Lymphoblastoid Cells Exposed to Cellular Telephone Radiofrequency Fields In Vitro." Bioelectrochemistry and Bioenergetics 45: 103-110.

    Conclusion:   Effect- DNA damage: "altered the amount of DNA single strand breaks: DNA damage was observed to both increase and decrease

Exhibit 86.

- Tauber (2001) "Risk Evaluation of Potential Environmental Hazards From Low Energy Electromagnetic Filed Exposure Using Scientific *in vitro* methods." EMF and Health Workshop Presentation no. 12.

    Conclusion: Effect- increase of single and double DNA strand breaks

Exhibit 3.

- Tice, R (2002) "Genotoxicity of Radiofrequency Signals. 1. Investigation of DNA Damage and Micronuclei Induction in Cultured Human Blood Cells." Bioelectromagnetics 23: 113-126.

    Conclusion: Effect- DNA damage- increased frequency on micronuclei

Exhibit 100.

- Verschaeve, D et al. (1993) "In Vitro and in Vivo Genetic Effects of Microwaves from Mobile Telephone Frequencies in Human and Rat Peripheral Blood Lymphocytes." Proceedings of the COST 244 Meetings on Mobile Communications and Extremely Low Frequency Fields and Instrumentation and measurements in bioelectromagnetic Research DGXIII/J31/94-FR: 74-83.

    Conclusion:   Effect- DNA damage. single strand breaks

Exhibit 103.

33

- Vijayalaxmi et al. (1997b) "Frequency of Micronuclei in the Peripheral Blood and Bone Marrow of Cancer-Prone Mice Chronically Exposed to 2450 MHz Radiofrequency Radiation." Radiation Res. 147: 495-500.

    Conclusion:   Effect- increase in micronuclei was statistically significant for both peripheral blood and bone marrow

Exhibit 105.

*In Vivo*

- Lai H et al. (1995) "Acute Low-Intensity Microwave Exposure Increases DNA Single-Strand Breaks in Rat Brain Cells." Bioelectromagnetics 16:207-210.

    Conclusion:   Effect- DNA damage- single strand breaks

Exhibit 53.

- Lai H et al. (1996) "Single- and Double-Strand breaks in Rat Brain Cells After Acute Exposure to Radiofrequency Electromagnetic Radiation." Int. J. Radiat. Biol. 69: 513-521.

    Conclusion:   Effect- DNA damage- single and double strand breaks

Exhibit 56.

- Lai H et al. (1997) "Melatonin and a Spin-trap Compound Block Radiofrequency Electromagnetic Radiation-Induced DNA Breaks in Rat Brain Cells." Bioelectromagnetics 18: 446-454.

    Conclusion:   Effect- DNA damage: "significantly increased DNA single strand breaks"

Exhibit 54.

- Manikowska-Czerska E et al. (1985) "Studies on Effects of 915 MHZ, 2450 MHz and 9.4GHz Microwave Exposure on Meiosis In Male Mice." III, Proceedings of Us-USSR Workshop on Physical Factors-Microwaves and Low Frequency Fields. A report by the National Institute of Environmental Health Sciences 93-118.

    Conclusion:   Effect- DNA damage: meiotic chromosome aberrations induced by 915, 2450 and 9400 megahertz

34

Exhibit 61.

- Sarker A et al. (1994) "Effect of Low Power Microwave on the Mouse Genome: A direct DNA Analysis. Mutation Res. 320: 141-147.

    Conclusion:   Effect- DNA damage

Exhibit 94.

## GENETIC AND/OR EPIGENETIC

### In Vitro

- Toler. JC et al. (1997) "Long-Term, Low-Level Exposures of Mice Prone to Mammary Tumors to 435 MHz Radiofrequency Radiation." Radiation Res. 148: 227-234.

    Conclusion:   Effect- increased number of tumors in several organs of mice

Exhibit 101.

### In Vivo

- Adey. WR et al. (1999) "Spontaneous and Nitrosurea-Induced Primary Tumors of the Central Nervous System in Fischer 344 Rats Chronically Exposed to 836 MHz Modulated Microwaves." Radiation Res. 152: 293-302.

    Conclusion:   Effect- decreased number of tumors

Exhibit 2.

- Chou C-K et al. (1992) "Long-term, Low-Level Microwave Irradiation of Rats. Bioelectromagnetics 13: 469-496.

    Conclusion:   Effect- "excess of primary malignancies" in exposed animals

Exhibit 1.

- Repacholi MH et al. (1997) "Lymphomas in Eu-*Pim* 1 Transgenic Mice Exposed to Pulsed 900 MHz Electromagnetic Fields." Radiation Res. 147: 631-640.

    Conclusion:   Effect- "statistically significant increase in lymphomas in the exposed animals."

35

Exhibit S7.

- Szmigielski, A et al. (1982) "Accelerated development of spontaneous and benzopyrene-induced skin cancer in mice exposed to 2450-MHz microwave radiation." Biolelectromagnetics. 3: 179-191.

    Conclusion:   "acceleration of cancer development in all tested systems and the lowering of natural antineoplastic resistance ."

Exhibit 99.

- Zook B et al. (2001) "The Effects of 860 MHz Radiofrequency Radiation on the Induction or Promotion of Brain Tumor and other Neoplasms in Rats." Radiation Research 155: 527-583.

    Conclusion;   Effect- the exposed group had "more fatal and incidental brain tumors and more multiple brain tumors" (neither was statistically significant) "with shorter latencies (p= $0.035$) than shams"

Exhibit 107

### IV. THE CELL PHONE INDUSTRY'S RECOGNITION OF THE HAZARDS OF RF ENERGY

As noted above. Plaintiffs must come forward with evidence from which the court can determine that Plaintiffs' experts' proffered testimony is properly admissible. i.e., reliable and relevant. Maryland Casualty, 137 F.3d at 782-783. Evidence which demonstrates the industry's own recognition of the relevance and reliability of the existing body of scientific evidence which establishes that cell phones more likely than not cause cancer. which is also the same body of relevant and reliable scientific evidence which Plaintiffs- experts rely upon in forming the opinions which they proffer in this case. are the patents which the cell phone industry holds. Significantly. these patents seek, variously, to protect the user of a cell phone from RF energy, shield the user of a cell phone from RF energy. minimize the amount of RF energy emitted from

36

- Lai, H, Singh, NP. Acute low intensity microwave exposure increases DNA single-stsand breaks in rat brain cells. <u>Bioelectromagnetics</u> 16:207-210, 1995 (Exhibit 53);

- Lai, H. Singh, NP, Single- and double-strand DNA breaks in rat brain cells after acute exposure to radiofrequency electromagnetic radiation. <u>Int. J. Radiat. Biol.</u> 69:513-521, 1996 (Exhibit 56); and

- Lai, H, Singh, NP. Melatonin and a spin-trap compound block radiofrequency electromagnetic radiation-induced DNA strand breaks in rat brain cells. <u>Bioelectromagnetics</u> 14:446-454, 1997 (Exhibit 54).

First, as is immediately obvious from the above, the work performed, co-authored, and relied upon by Dr. Lai is published in peer-reviewed journals. Second, Dr. Lai's co-author on the above cited studies is Dr. Singh. Dr. Singh, along with his co-authors, introduced the single cell gel electrophoresis technique, commonly referred to as the "Comet assay" method, which is the most advanced and sensitive method capable of detecting DNA single and double-strand breaks and alkali labile sites in individual cells. <u>See</u> Dr. Lai's Affidavit, at ¶¶ 17-20, Exhibit 4; E. Rojas, M.C. Lopez, M. Vaiverde, Single cell gel electrophoresis assay: methodology and applications. <u>Journal of Chromatography B</u> 722:225-254 (1999) (Exhibit 90j.

The results of these ground breaking peer-reviewed studies, as well as others, provide the basis for the opinion being rendered by Dr. Lai. His testimony provides evidence of the genotoxic effect of radiofrequency radiation and the effect it has on brain cells. His research establishes that radiofrequency radiation causes genetic damage in rat brain cells, specifically single and double strand DNA breaks which can lead to the formation of cancer. It is this research and evidence that establishes a direct pathway from the radiofrequency radiation exposure received by the plaintiff, Christopher Newman, to his diagnosis of brain cancer.

2. **The Comet Assay Technique: A Reliable Method For Detecting and Measuring DNA Single and Double Strand Breaks.**

Malyapa did not even use the Singh method to assay the DNA, and thus, these was no attempt at replication. Dr. Lai's Affidavit, at ¶ 23, Exhibit 4; Ruffin, 149 F.3d at 297 (stating that the term replication implies using the same test method). They used the less sensitive Olive method, as described previously. Malyapa also misinterpreted the actual procedure Drs. Lai and Singh used to sacrifice the rats to obtain the brain tissue for analysis. Defendants emphasize that "...the Malyapa group determined that lack of oxygen, hypoxia, plays a large role in increasing the DNA damage in rats detected in the technique used by Dr. Lai."... and cite to the Malyapa study as noting that the effects observed by Lai were "... confounded by the euthanasia procedures due to asphyxia..." Motion, at 53. Dr. Lai <u>did not</u> euthanize his animals by asphyxia with carbon dioxide. Dr. Lai's Affidavit, at ¶ 24, Exhibit 4. The animals were anesthetized then sacrificed by decapitation. The Malyapa group misread and misinterpreted the procedures and mixed "euthanasia" with "anesthesia." Moreover, Defendants' analysis of this argument is incorrect because if carbon dioside increased the variation of the cells, then there should not have been any positive effect reported. That was not the case. An increase in variation should only decrease the probability of finding a positive effect. Dr. Lai's Affidavit, at ¶ 24, Exhibit 4.

Any criticisms of Dr. Lai's studies which come from Defendants, Motorola sponsored studies, or, in fact, "any third-party genetics experts, including respected authorities with no specific background in RF," must be met with great skepticism. As reported in Microwave News, January/February 1999, Motorola embarked on an effort to "war game" the Lai-Singh experiments. This "war game" involved, among other things, the following:

**Action Planned**

> In addition to the response materials already prepared by the SAG (see attached copies), we will work with the SAG to identify appropriate experts to comment in general on the science of DNA research, in addition to any experts SAG may be able to recommend to publicly comment on one or both of these particular studies.
>
> **Media Strategy**
>
> It is not in the interest of Motorola to be out in front on this issue because the implications of this research – if any – are industrywide. Therefore, we suggest that the SAG be the primary media contact followed by CTIA. <u>It is critically important that third-party genetic experts, including respected authorities with no specific background in RF, be identified to speak on the following issues:</u>
> - <u>Problems with the Lai-Singh studies.</u>
> - The health implications of DNA single-strand breaks.
>
> We do not believe that Motorola should put anyone on camera. We must limit our corporate visibility and defer complex scientific issues to credible, qualified scientific experts. We have developed a list of independent experts in this field and are in the process of recruiting individuals willing and able to reassure the public on these matters. SAG will prepare to release Munro-Carlo memos, which touch on key points made in this material.

Exhibit 64 (emphasis added).

Defendants also argue that there was an "unusually high" background level of DNA breaks. Motion, at 53. It is incorrect that the background of Dr. Lai's comet is unusually high. First, there is no generally acceptable normal level of DNA migration, which depends on the duration of electrophoresis. In Dr. Lai's published experiments, the team used sixty-minute electrophoresis instead of twenty-minute electrophoresis used by other investigators. That is why the migration of the control was higher. It does not mean that the assay was not properly done. This is supported by the scientific fact that the increase in background level would

51

decrease the probability of finding positive effects, a theoretical result in opposite to what took place in this experiment. Dr. Lai's Affidavit, at ¶ 25, Exhibit 4.

Defendants also discuss the time of dissection of the rat brains. Motion, at 53-54. While it is theoretically possible that the timing of the dissection may affect DNA migration, Dr. Lai took the same average time to dissect the hippocampus from the control group as he did from the exposed animals. Since the protocol was the same, the time would not affect the outcome of the result. If the argument is that dissecting time increases the variability of the data, this would imply that the positive effect is actually more robust than what Dr. Lai reported. Dr. Lai's Affidavit, at ¶ 26, Exhibit 4.

Finally, even though the peer reviewers and the Bioeloctromagnetics Journal accepted his analysis, Defendants make an odd and belated attempt to claim that Dr. Lai's statistical analysis in his 1995 study is flawed. Motion, at 54. In addressing the ANOVA or analysis of variance method, a scientist uses a type of statistics depending on what one wants to find out. There was no reason for Drs. Lai and Singh to look for interaction in the effects between the hippocampus and the rest of the brain. Therefore, all the manufactured criticism Defendants on using a two-way ANOVA is inappropriate. Drs. Lai and Singh used a one-way ANOVA, the correct method for this study. Dr. Lai's Affidavit, at ¶ 27, Exhibit 4.

4. **The Results of Dr. Lai's Studies Apply to Cellular Telephone Frequencies and Can Be Scientifically Extrapolated To Humans.**

Dr. Lai offers a succinct and scientific statement regarding the extrapolation of frequency, from his Vienna Paper:

> Two obviously important parameters are the frequency and
> intensity of RFR. Frequency is analogous to the color of a light

52

> bulb, and intensity is its wattage. There is a question of whether
> 'the effects of RFR of one frequency is different from those of
> another frequency.' The question of frequency is vital because it
> dictates whether existing research data on the biological effects of
> RFR can apply to the case of mobile telephones. Most previous
> research studied frequencies different from those used in wireless
> communication. Frequency is like the color of an object. In this
> case, one is basically asking the question "Are the effects of red
> light different from those of green light?" The answer to this is
> that it depends on the situation. They are different: if one is
> looking at a traffic light, 'red' means 'stop' and 'green' means 'go'.
> But, if one is going to send some information by Morse code using
> a light (on and off, etc.), it will not matter whether one uses a red
> or green light, as long as the receiver can see and decode it. We
> don't know which of these two cases applies to the biological
> effects of RFR.

Exhibit 55.

Examples of studies showing that different frequencies can produce the same effect are as follows: changes in blood-brain barrier have been reported after exposure to RFRs of 915 MHz [Salford et al., 1944]; 1200 MHz [Frey et al., 1975], 1300 MHz [Oscar and Hawkin, 1977], 2450 and 2800 MHz [Albert, 1977]; and effects on calcium have been reported at 50 MHz [Blackman et al., 1980b], 147 MHz [Bawin et al., 1975; Blackman et al., 1980a; Dutta et al., 1989], 450 MHz [Sheppard et al., 1979], and 915 MHz [Dutta et al., 1984]. If there is any difference in effects among different frequencies, it is a difference in quantity and not quality. Dr. Lai's Affidavit, at ¶ 30, Exhibit 4.

Regarding the effect of different RF frequencies on DNA, Dr. Lai has shown effect at 2450 MHz, Dr. Jerry Phillips has reported effect at 835 MHz, Dr. Luc Verschaeve has reported an effect at 945 MHz, and more recently, Dr. Tauber in Germany reported "...RF-EMF (at 1800 MHz) significantly enhanced single and double strand break frequencies. The tail factor is

53

approximately doubled for exposed HL60 cells as compared to sham-exposed controls." Exhibit 3; Dr. Lai's Affidavit, at ¶ 31. Exhibit 4.

Another example of an effect caused by radiofrequency radiation at different frequencies is that of micronucleus formation in cells after exposure to the radiation. Micronucleus formation is a severe form of genetic damage. Micronucleus formation has been reported in cells exposed to radiofrequency radiation at 10-21 MHz (Haider at al, 1994), 1250-1350 MHz (Fucic et al., 1992), 1748 MHz (d'Ambrosio et al., 2002), 2450 MHz (Vijayalaximi et al. 1997; Zotti-Martelli et al., 2000), 7.7 GHz (Garaj-Vehovac et al., 1991, 1992; Zotti-Martelli et al., 2000), and from radar system (Balode, 1996). Dr. Lai's Affidavit, at ¶ 32. Exhibit 4.

Regarding extrapolation from cell culture and animal studies to humans, the basic DNA structures are the same in humans as in other animals and plants. If radiofrequency radiation is shown to affect DNA in animals, it is very probable that it will also affect DNA in humans. Therefore, one can extrapolate data from cell culture and animals to humans. Dr. Lai's Affidavit, at ¶¶ 28-29. Exhibit 4.

Moreover, Defendants' experts, in forming the opinions which they proffer, relied upon studies performed throughout the RF spectrum, including 2450 MHz. The following are but examples of Defendants' experts's reliance on 2450 MHz studies:

### Dr. Laterra

Q. Let's look at the Chou study, which is your number 45. Let me ask you, what frequency did this study employ?
    MR. VROON: Referring to Chou 1992?
    MR. PICA: Yes.
A. 2450 megahertz.
Q. And is 2450 megahertz relevant to this litigation?

54