# EXHIBIT 2

## NCRP REPORT No. 86

# BIOLOGICAL EFFECTS AND EXPOSURE CRITERIA FOR RADIOFREQUENCY ELECTROMAGNETIC FIELDS

## |N|C|R|P|

*National Council on Radiation Protection and Measurements*

EX 2

NCRP REPORT No. 86

# Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields

Recommendations of the
NATIONAL COUNCIL ON RADIATION
PROTECTION AND MEASUREMENTS

*Issued April 2, 1986*

*National Council on Radiation Protection and Measurements*
7910 WOODMONT AVENUE  /  BETHESDA, MD. 20814

### LEGAL NOTICE

This report was prepared by the National Council on Radiation Protection and Measurements (NCRP). The Council strives to provide accurate, complete and useful information in its reports. However, neither the NCRP, the members of NCRP, other persons contributing to or assisting in the preparation of this report, nor any person acting on the behalf of any of these parties (a) makes any warranty or representation, express or implied, with respect to the accuracy, completeness or usefulness of the information contained in this report, or that the use of any information, method or process disclosed in this report may not infringe on privately owned rights; or (b) assumes any liability with respect to the use of, or for damages resulting from the use of, any information, method or process disclosed in this report.

QP 82
.2
.E43
N380
1986

## Library of Congress Cataloging-in-Publication Data

National Council on Radiation Protection and Measurements.

Biological effects and exposure criteria for radiofrequency electromagnetic fields.

(NCRP) report ; no. 86)
"Issued April 15, 1986.
Bibliography: p.
Includes index.
1. Electromagnetism—Physiological effect. 2. Electromagnetism—Toxicology. 3. Radio waves—Physiological effect. 4. Radio waves—Toxicology. I. Title. II. Series.

QP82.2.E43N38 1986     612'.01442     86-2451
ISBN 0-913392-80-4



Copyright © National Council on Radiation
Protection and Measurements 1986

All rights reserved. This publication is protected by copyright. No part of this publication may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotation in critical articles or reviews.

# Preface

This report is the second of a series concerning radiofrequency electromagnetic (RFEM) radiation that constitutes an extension of the NCRP interest into the subject of non-ionizing radiation. The first report, NCRP Report No. 67, *Radiofrequency Electromagnetic Fields— Properties, Quantities and Units, Biophysical Interaction, and Measurements,* was published in 1981. The report provided a comprehensive discussion of fundamentals, especially those that relate to radiation protection. It provided the basis for future reports, including this one.

Soon after the work on Report No. 67 was begun, the NCRP formed Scientific Committee 53 to prepare a report on the biological effects of RFEM radiation. This scientific committee was also requested to consider the development of recommendations for exposure criteria if the committee felt that such recommendations could be justified on the basis of the adequacy of the biological information. The scientific literature on the biological effects of RFEM radiation is voluminous but of varying scientific quality, and it has taken considerable time to assess it. On the basis of a detailed evaluation, which is reflected in this report, the committee concluded that exposure criteria could be developed in spite of the limitations of the biological information and these too are included in this document.

It needs to be recognized that our understanding of the biological effects of RFEM radiation is still evolving, based on continuing research on this important subject. As a result, it is to be expected that the exposure criteria set out in this report will be evaluated periodically in the future, and possibly revised as new information becomes available. This is a continuing challenge for those involved in radiation protection and one to which the NCRP expects to respond.

This report was prepared by Scientific Committee 53 on Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Radiation. Serving on the Committee were:

iii

iv  /  PREFACE

**Dr. Arthur W. Guy,** *Chairman*
Bioelectromagnetics Research Laboratory
University Hospital
University of Washington
Seattle, Washington

*Members*

**Dr. W. Ross Adey**
Veterans Administration Hospital
Loma Linda, California

**Dr. Don R. Justesen**
Behavioral Radiology Laboratories
Veterans Administration Medical
 Center
Kansas City, Missouri

**Dr. Edward L. Alpen**
Donner Laboratory
University of California, Berkeley
Berkeley, California

**Dr. Mary Ellen O'Connor**
Department of Psychology
University of Tulsa
Tulsa, Oklahoma

**Dr. Richard D. Phillips**
Experimental Biology Division
Health Effects Research Laboratory
U.S. Environmental Protection Agency
Research Triangle Park, North Carolina

*Advisory Members*

**Dr. Eleanor R. Adair**
John B. Pierce Foundation
 Laboratory
New Haven, Connecticut

**Dr. Sol M. Michaelson**
Department of Radiation
 Biology and Biophysics
University of Rochester
 School of Medicine
Rochester, New York

**Mr. Edward L. Hunt**
Department of Microwave Research
Walter Reed Army Institute
 for Research
Washington, D.C.

**Dr. Harvey A. Ragan**
Biology Department
Battelle, Pacific Northwest
 Laboratories
Richland, Washington

**Dr. Charlotte Silverman**
Division of Biological Effects
Center for Devices and
 Radiological Health
Rockville, Maryland

*Consultants*

**Dr. Chung-Kwang Chou**
Division of Radiation Oncology
City of Hope Medical Center
Duarte, California

**Dr. Richard H. Lovely**
Biology Department
Battelle, Pacific Northwest
 Laboratories
Richland, Washington

## PREFACE     *v*

Dr. Justus F. Lehmann
Department of Rehabilitation
  Medicine
University Hospital
University of Washington
Seattle, Washington

Dr. Jan A. J. Stolwijk
Department of Epidemiology and
  Public Health
Yale University School of Medicine
New Haven, Connecticut

Dr. W. A. Geoffrey Voss
Dental Pharmacy Building
The University of Alberta
Edmonton, Alberta, Canada

*NCRP Secretariat*—Constantine J. Maletskos

The Council wishes to express its appreciation to the Committee members, advisors and consultants for the time and effort devoted to the preparation of this report.

Especial thanks are due to Don R. Justesen for the contribution of his knowledge and significant time and effort to the editing of the scientific aspects of this report.

Warren K. Sinclair
*President*

Bethesda, Maryland
January 13, 1986

# Contents

1. Introduction ........................................... 1
2. Mechanisms ........................................... 5
   2.1   Introduction ..................................... 5
   2.2   Mechanisms of Interaction with Biological Materials ........................................... 7
3. Macromolecular and Cellular Effects ............... 19
   3.1   Effects on Macromolecules ..................... 19
   3.2   Effects on Cell Organelles ..................... 23
   3.3   Effects on Microorganisms ..................... 27
   3.4   Effects on Somatic Mammalian Cells ............ 29
   3.5   Effects on Cell Transformation and Tumor Cells .. 35
   3.6   Effects on Cellular Genetics ................... 37
   3.7   Summary and Conclusions ..................... 38
4. Chromosomal and Mutagenic Effects ............... 40
   4.1   Chromosomal Effects .......................... 40
   4.2   Mutagenic Effects ............................. 43
5. Carcinogenesis ...................................... 46
6. Effects on Reproduction, Growth and Development . 49
   6.1   Introduction ................................... 49
   6.2   Teratogenesis in Species Other Than Mammals ... 49
         6.2.1 Fish and Insects ....................... 49
         6.2.2 Avian Species ......................... 52
   6.3   Teratogenesis in Mammals ..................... 54
   6.4   Experimental Studies of Mammals .............. 55
         6.4.1 Teratogenesis in the Rat ................ 55
         6.4.2 Teratogenesis in the Mouse .............. 59
         6.4.3 Observations in Human Populations ...... 64
   6.5   Discussion .................................... 64
   6.6   Summary and Conclusions ..................... 66
7. Effects on Hematopoietic and Immune Systems ...... 68
   7.1   Effects on Blood and Blood-Forming Organs ...... 68
   7.2   Effects on the Immune System .................. 79
   7.3   Summary and Conclusions ..................... 86

viii / CONTENTS

8. Effects on Endocrine System ........................ 88
  8.1   Introduction................................. 88
  8.2   Neuroendocrine and Endocrine Effects .......... 91
        8.2.1 Hypothalamic-Hypophysial-Adrenal   Re-
              sponse ............................... 91
        8.2.2 Hypothalamic-Hypophysial-Thyroid   Re-
              sponse ............................... 99
        8.2.3 Growth Hormone ...................... 103
        8.2.4 Conclusion .......................... 104
  8.3   Metabolic and Biochemical Effects .............. 104
        8.3.1 Neuroendocrine and Metabolic Correlations 106
  8.4   Summary and Conclusions .................... 107
9. Effects on Cardiovascular Function ................. 111
  9.1   Experimental Findings......................... 111
  9.2   Summary and Conclusions .................... 117
10. Interactions with the Blood-Brain Barrier .......... 118
  10.1  Introduction................................. 118
  10.2  Current Concepts of Anatomy and Function ...... 118
  10.3  Pathophysiological Considerations............... 121
        10.3.1 General ............................. 121
        10.3.2 RFEM Fields and the Blood-Brain Barrier. 122
        10.3.3 RFEM Fields and the CSF Barrier........ 130
  10.4  Attempted Replications and Extensions of Previous
        Studies ................................... 133
  10.5  Discussion .................................. 139
  10.6  Summary and Conclusions .................... 142
11. Interactions with the Nervous System .............. 145
  11.1  Central Nervous System ...................... 145
        11.1.1 Introduction.......................... 145
        11.1.2 Observed Biological Sensitivities to Weak
               Environmental RFEM Fields ............ 145
               11.1.2.1 Behavioral Effects of ELF Fields 148
               11.1.2.2 Neurophysiological Effects of
                        Modulated RFEM Fields ....... 149
               11.1.2.3 Windowed Responses of Calcium-
                        Ion Binding in Brain Tissue to
                        ELF, VHF and UHF Fields ..... 150
                        11.1.2.3.1 Effects of Sub-ELF
                                   and ELF Fields..... 150
                        11.1.2.3.2 Effects of Weak VHF
                                   and    UHF    Fields
                                   Modulated with ELF 150

...  88
...  88
...  91
Re-
...  91
Re-
..  99
..  103
..  104
..  104
ions  106
..  107
..  111
..  111
..  117
..  118
..  118
..  118
..  121
..  121
..  122
..  130

..  133
..  139
..  142
..  145
..  145
..  145

..  145

| | | | |
|---|---|---|---|
| | | **11.1.2.3.3** Evidence on the Site and Mechanisms of Transductive Coupling of Fields in Brain Tissue . . . . . . . | 151 |
| | **11.1.3** | Physiological Models of Weak RFEM-Field Interactions in Tissue. . . . . . . . . . . . . . . . . . | 153 |
| | | **11.1.3.1** Quantum Mechanical Models of Long-Range Interactions . . . . . . . | 156 |
| | | **11.1.3.1.1** Models of Macromolecular Phase Transitions at ELF . . . . . | 156 |
| | | **11.1.3.1.2** Charge "Pumping" and Volterra Models of Charge Population Transitions . . . . . . . . . | 158 |
| | | **11.1.3.1.3** Limit-Cycle Models . | 160 |
| | | **11.1.3.1.4** Tunneling Models . . | 162 |
| **11.2** | | Effects of RFEM Radiation on Peripheral and Isolated Nervous Tissues . . . . . . . . . . . . . . . . . . . . . . . . | 163 |
| **11.3** | | Effects of RFEM Radiation on Autonomic Nervous Function . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 167 |
| **12.** Behavioral Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 169 |
| **12.1** | | Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 169 |
| **12.2** | | Methodological Issues . . . . . . . . . . . . . . . . . . . . . . . | 169 |
| | **12.2.1** | Behavioral End Points . . . . . . . . . . . . . . . . . | 169 |
| | **12.2.2** | Behavioral Design . . . . . . . . . . . . . . . . . . . . . . | 170 |
| | | **12.2.2.1** Respondent Conditioning. . . . . . . | 170 |
| | | **12.2.2.2** Operant Conditioning . . . . . . . . . . | 170 |
| | **12.2.3** | Field Parameters . . . . . . . . . . . . . . . . . . . . . . | 171 |
| **12.3** | | Clinical Investigations. . . . . . . . . . . . . . . . . . . . . . . | 172 |
| **12.4** | | Laboratory Investigations . . . . . . . . . . . . . . . . . . . . | 173 |
| | **12.4.1** | Acute Exposures . . . . . . . . . . . . . . . . . . . . . . . | 173 |
| | | **12.4.1.1** Lethality . . . . . . . . . . . . . . . . . . . . . | 173 |
| | | **12.4.1.2** Convulsions . . . . . . . . . . . . . . . . . . | 174 |
| | | **12.4.1.3** Work Disturbance . . . . . . . . . . . . . | 174 |
| | | **12.4.1.4** Endurance . . . . . . . . . . . . . . . . . . . | 175 |
| | | **12.4.1.5** Perception of RFEM Fields . . . . . | 175 |
| | | **12.4.1.5.1** Human Auditory Perception. . . . . . . . . | 176 |
| | | **12.4.1.5.2** Auditory Perception of Pulsed Fields by Small Animals . . . . . | 177 |

x / CONTENTS

12.4.1.5.3 Physical Measurements and Mechanisms of Auditory Perception . . . . . . . . . . 179
12.4.1.6 Aversive Behavior . . . . . . . . . . . . . 180
12.4.1.7 Human Cutaneous Perception . . . 181
12.4.1.8 The Special Case of Work Stoppage . . . . . . . . . . . . . . . . . . . . . . . . 182
12.4.2 Long-term Exposure . . . . . . . . . . . . . . . . . . . . . 185
12.5 Effects of Prenatal Exposures . . . . . . . . . . . . . . . . . 185
12.6 Behavioral Thermoregulation . . . . . . . . . . . . . . . . . 187
12.7 Drug-Field Interactions . . . . . . . . . . . . . . . . . . . . . . 188
12.8 Summary and Conclusions . . . . . . . . . . . . . . . . . . . 189
13. Cataractogenesis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189
13.1 Theoretical and Experimental Models . . . . . . . . . . . 191
13.2 Cataractogenesis in Experimental Animals . . . . . . . . 195
13.3 Cataractogenesis in Human Beings . . . . . . . . . . . . . . 203
14. Studies of Human Beings . . . . . . . . . . . . . . . . . . . . . . . . . 207
14.1 Epidemiologic Approach to Investigate Effects of RFEM Radiations . . . . . . . . . . . . . . . . . . . . . . . . . . . . 207
14.1.1 U.S. Naval Personnel Occupationally Exposed to Radar . . . . . . . . . . . . . . . . . . . . . . . 207
14.1.2 American Embassy Personnel in Moscow . . 211
14.2 Specific Health Effects . . . . . . . . . . . . . . . . . . . . . . . 214
14.2.1 Ocular Effects . . . . . . . . . . . . . . . . . . . . . . . 214
14.2.1.1 Minor Lens Changes . . . . . . . . . . . 215
14.2.1.2 Cataracts . . . . . . . . . . . . . . . . . . . 216
14.2.1.3 Retinal Lesions . . . . . . . . . . . . . . . 217
14.2.2 Nervous and Behavioral Effects . . . . . . . . . . 217
14.2.3 Congenital Anomalies . . . . . . . . . . . . . . . . . . 219
14.2.4 Cancer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 220
15. Thermoregulatory Responses in Human Beings . . . . . 221
15.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
15.2 Fundamentals of Thermoregulation . . . . . . . . . . . . . 221
15.2.1 Body Heat Balance . . . . . . . . . . . . . . . . . . . . 222
15.2.2 Endogenous Heat Production . . . . . . . . . . . . 225
15.2.3 Avenues of Heat Loss . . . . . . . . . . . . . . . . . . 225
15.2.3.1 Vasomotor Control . . . . . . . . . . . 226
15.2.3.2 Evaporative Water Loss Through Sweating . . . . . . . . . . . . . . . . . . . 226
15.2.4 Neurophysiological Control of Thermoregulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 227

CONTENTS  /  xi

|  |  | 15.2.4.1 Thermosensitive Neural Tissue.. | 227 |
|  |  | 15.2.4.2 Characteristics of the Thermoregulatory Controller ............. | 229 |
|  | 15.3 | Limits of Human Heat Tolerance to RFEM Radiation .................................... | 230 |
|  |  | 15.3.1 Environmental Variables: Temperature, Vapor Pressure, and Clothing ............ | 231 |
|  |  | 15.3.2 Exercise ............................... | 233 |
|  |  | 15.3.3 Febrile States ...................... | 235 |
|  | 15.4 | Thermal Sensation and Thermoregulatory Behavior .................................... | 236 |
|  |  | 15.4.1 Thermal Sensations Produced by RFEM Fields ................................ | 236 |
|  |  | 15.4.2 Changes in Thermoregulatory Behavior in the Presence of RFEM Fields ............ | 238 |
|  | 15.5 | Mathematical Models of the Human Thermoregulatory System................................. | 239 |
|  |  | 15.5.1 Characteristics of Models of Human Thermoregulation .......................... | 240 |
|  |  | 15.5.2 The Controlled System .................. | 241 |
|  |  | 15.5.3 The Controlling System ................. | 241 |
|  |  | 15.5.4 Performance and Validation of the Model . | 242 |
|  |  | 15.5.5 Application of Simulation Models of the Human Thermoregulatory System to Deposition of RFEM Energy in the Body ........ | 242 |
|  | 15.6 | Supporting Data from Animal Studies............ | 244 |
|  |  | 15.6.1 Threshold Effects ...................... | 245 |
|  |  | 15.6.2 Intense or Prolonged Exposure ........... | 248 |
|  | 15.7 | Summary and Conclusions ..................... | 249 |
| 16. | **Medical Applications**............................... | | 251 |
|  | 16.1 | Shortwave Diathermy—Early Clinical Use ........ | 251 |
|  | 16.2 | RFEM Fields and Oncology—Pioneering Studies of Animals ..................................... | 253 |
|  | 16.3 | Thermal-Athermal Controversy .................. | 253 |
|  | 16.4 | Clinical Dosimetry ........................... | 255 |
|  | 16.5 | Microwave Diathermy and Hemodynamic Effects .. | 258 |
|  | 16.6 | Clinical Application of RFEM Fields in Cancer Therapy .................................... | 259 |
|  | 16.7 | Biophysical Characterization of Diathermy ....... | 263 |
|  | 16.8 | Mode of Action of Diathermy and Therapeutic Indications..................................... | 264 |
|  | 16.9 | Thermal Considerations........................ | 268 |

xii / CONTENTS

**17. Exposure Criteria and Rationale** ................... 271
  **17.1**  Background .................................. 271
  **17.2**  Measurement and Units for RFEM Fields ........ 273
    **17.2.1** Power Density and Field Strengths ....... 273
    **17.2.2** Dosimetry............................ 274
      **17.2.2.1** Whole-Body Dosimetry ........ 275
      **17.2.2.2** Distributive Dosimetry ......... 275
      **17.2.2.3** Caveats on Interpretation of Do-
           simetric Measures ............. 276
  **17.3**  Development of the *SAR* Exposure Criterion ...... 277
  **17.4**  Implementation of Exposure Criteria ........... 279
    **17.4.1** Occupational Exposure Criteria .......... 279
      **17.4.1.1** Pulsed or Continuous-Wave (CW)
           Exposure, Time Averaging for the
           Occupationally Exposed ........ 281
    **17.4.2** General-Population Exposure Criteria ..... 282
    **17.4.3** Time Averaging for the General Population 283
    **17.4.4** Special Circumstances for Population Ex-
      posure ................................. 283
    **17.4.5** Localized Exposure Criteria ............ 284
    **17.4.6** Mixed-Frequency Fields ................ 285
    **17.4.7** Modulation........................... 285
    **17.4.8** Power-Density Peaks .................. 286
    **17.4.9** Medical Use of RFEM Radiations ........ 286
  **17.5**  Measurements of RFEM Fields ................ 286
  **17.6**  Considerations Possibly Influencing the Criteria in
    the Future ................................. 287
    **17.6.1** RF Burns and High Localized *SAR* ....... 287
    **17.6.2** RFEM Fields and Malignant Tumors ..... 287
**References** ............................................. 290
**The NCRP** ............................................. 354
**NCRP Publications** ................................... 362
**Index** ................................................. 370

# 10. Interactions with the Blood-Brain Barrier

## 10.1 Introduction

The blood-brain barrier (BBB) is an anatomically verified system involving specialized blood vessels that invest most areas of the brain. Although the anatomical makeup of the BBB and its subordinate system, the cerebrospinal-fluid (CSF) barrier, are well characterized, their functional role is far from fully understood (cf. Davson, 1967; Karnovsky, 1967; Oldendorf, 1975, 1977; Rapoport, 1976; and Rapoport et al, 1979).

The discovery of the BBB has been attributed to Paul Ehrlich, who reported before the turn of the century that an intravenously administered dye extensively stained various organs but not the brain of a mammal; however, anatomists of antiquity doubtless observed a similar sparing in brains of the jaundiced cadaver (Oldendorf, 1975). Goldmann (1912) is credited with performing the first systematic studies that led to the concept of the blood-brain barrier, but his use of a vital dye as a tracer raised doubts about the barrier as a normal physiological process. Only after Wallace and Brodie (1939, 1940) compared distributions of small ions in plasma and brain, and after Bakay (1956) introduced radioisotopic assays of various ions, was there confirmation of the barrier's existence in the normal animal.

## 10.2 Current Concepts of Anatomy and Function

The current anatomical conception of the barrier is that of a highly differentiated organelle, a specialized capillary (Figure 10.1). The cells of these capillaries form *tight junctions* (Reese and Karnovsky, 1967; Oldendorf, 1975; Rapoport, 1976). In contrast to most capillaries that lie outside the brain and spinal cord, most capillaries within the cranial vault are generally lacking the intracellular fenestrae and intercellular clefts that would allow ready passage of small molecules from blood to

118

Case 1:01-md-01421-CCB    Document 108-3    Filed 01/17/2007    Page 15 of 40



**Fig. 10.1.** Schematic showing the major structural differences between extra-cranial and brain capillaries. Intercellular clefts, fenestrae, and pinocytotic activity (i.e., formation of vesicles by which fluids are drawn into cells) are almost non-existent in brain capillaries. As a result, transcellular exchange of fluids must take place between capillary and brain-cell membranes, often by active transport. In most extracranial capillaries, transcellular exchange is subordinate to other routes. (From Oldendorf, 1977.)

the interstitial fluid (Table 10.1). The presence of tight junctions and the absence of fenestrae in most brain capillaries are not the only distinguishing morphological features; the pinocytotic vesicles that transport larger molecules across the capillaries of peripheral organs are much diminished in the brain (Karnovsky, 1967; Oldendorf, 1975, 1977). In addition, cells of brain capillaries possess more mitochondria—Oldendorf (1975) estimates five times the number found in cells of peripheral capillaries—which presumably correspond to the greater expenditures of metabolic energy required for active transport of metabolites from the vascular system to the brain's intercellular space.

Functionally, the blood-brain barrier is a selectively permeable, hydrophobic membrane (Oldendorf, 1975; Rapoport, 1976). Small, lipid-soluble molecules readily cross the membrane. Certain lipid-insoluble molecules such as glucose also readily cross the membrane via carrier proteins that have a high affinity with specific molecules. These carriers increase the intercellular flux of transported molecules well above the rate afforded by simple diffusion. In all, eight carrier

120  /  10. INTERACTIONS WITH THE BLOOD-BRAIN BARRIER

TABLE 10.1  *Nomenclature and characteristics of three major types of cell junctions*[a]

| Junction type | Other name | Major function | Ultrastructural characteristics |
|---|---|---|---|
| Desmosome | Macula adherens | Cell adhesion | a. 15- to 35-nm-wide interspace between apposed plasma membranes |
| | | | b. Intercellular matrix contains proteinaceous material |
| | | | c. Cytoplasmic surface of membranes is condensed with tonofibrils |
| | | | d. Occurs as spots between cells |
| Gap junction | Nexus | Cell-to-cell communication | a. 2- to 4-nm-wide gap between apposed plasma membranes |
| | | | b. Hexagonally arrayed subunits contain channels for cell-to-cell exchange |
| | | | c. Occurs as spots and as discontinuous regions between cells |
| Tight junction | Zonula occludens | Restriction of intercellular diffusion | a. Width less than two plasma membranes on thin-section electron microscopy |
| | | | b. Fibrillar network links plasma membranes |
| | | | c. Surrounds cell as continuous belt |

[a] After Oldendorf (1977).

systems have been demonstrated for the blood-brain barrier: for D-glucose and some other hexose sugars; for short-chain monocarboxylic acids; for several large, neutral amino acids; for some basic and for some acidic amino acids; for certain purines; for choline; and for certain nucleosides (Oldendorf, 1977). The carriers are stereospecific; while the ratio of L to D transport is variable, the L form is always preferred (Oldendorf, 1973).

Unless the barrier fails to function, polar molecules without specific carriers diffuse only slowly from the blood into the brain's intercellular compartment. This selective resistance to flow of molecules functionally defines the barrier. As for the rapid diffusional permeation of the barrier by non-polar, lipid-soluble molecules, one notes that these are rarely present in the blood of most mammals in the natural state. From an evolutional perspective, the phylogenetic drive to erect a barrier to lipid-insoluble molecules is largely absent. The legacy for the human being is a marked sensitivity to non-polar, psychoactive molecules that readily pass from bloodstream to brain: ethyl alcohol, heroin, amphetamine, nicotine, caffeine, and cannabis.

Although knowledge of the barrier's adaptive role is far from complete, there is a gathering consensus that it serves not only to restrict entry of toxic polar molecules into the brain but also as a regulatory system that stabilizes and optimizes the fluid environment of the brain's intercellular compartment (*cf.* Oldendorf, 1977, with Rapoport, 1976).

## 10.3  Pathophysiological Considerations

### 10.3.1  *General*

Bakay's early pronouncements (1956) that the integrity of the barrier is threatened only by severe insult, but that loss of integrity leads to certain death, are seemingly at odds with clinical and experimental observations. The barrier is not fully formed either in the fetus or in the neonate of the mammal (Davson, 1967; Adinolfi *et al.*, 1976). The placental barrier does provide some protection of the fetus, but the neonate nonetheless survives a period during which its blood-brain barrier is not fully functional. Clinical diagnostic maneuvers such as the intravenous infusion of urea-like compounds or of contrast materials that are used in radio-angiographic scans of the head result in a reversible breaching of the barrier without apparent adverse consequence. Moreover, a host of agents and treatments has been reported to increase transiently the permeability of the barrier: hypnotics and anesthetics such as barbiturates, chloral hydrate, halothane, and diethyl ether (Angel and Lafferty, 1969; Angel *et al.*, 1972); bilateral adrenalectomy and inhibitors of protein synthesis (Angel and Burkett, 1971); anti-depressant drugs (Angel and Roberts, 1966); electroconvulsive shock (Angel and Roberts, 1966; Lee and Olszewski, 1961; Hartman and Angel, 1964); food deprivation (Angel, 1969); swimming in a water maze (Angel and Burkett, 1971; Hartman and Angel, 1964; Angel, 1969); behavioral avoidance training involving a single, brief electrical shock to the feet (Angel *et al.*, 1972); sensory deprivation (Bondy and Purdy, 1974); cold stress (Sabbot and Costin, 1974); focal concussion of parietal cortex (Rinder and Olsson, 1968); and, finally, x irradiation (Nair and Roth, 1964; Miguel and Haymaker, 1965).

On the basis of the available data, one might be tempted to challenge Bakay's prediction of dire consequences of a failed barrier. However, two factors have constrained such a challenge. First has been the absence of a *quantitative* index of failure; indeed, until the late 1970s

(Bradbury, 1979), all widely used assays were either qualitative in nature or were potentially confounded by the possibility that an agent alters, not the barrier's permeability, but the brain's circulatory flux (cf. Rapoport, 1976; Rapoport *et al.*, 1979; Oscar *et al.*, 1981; Gruenau *et al.*, 1982). Second is the factor of duration. Simply put, one does not know how much of a breach or how long a breaching of the barrier must occur to produce irreversible injury and lethality. One can argue in principle only that complete functional loss of the tight junctions for some finite period would permit a rapid influx of normally excluded hydrophilic molecules into the intercellular compartment, which would result in cerebral edema, in increased intracranial pressure, and in irreversible damage to the brain.

### 10.3.2  RFEM Fields and the Blood-Brain Barrier

As revealed in the preceding paragraphs, the blood-brain barrier is reportedly altered by stresses that embrace physical, chemical, and psychophysiological categories of perturbation. That thermal stress would alter indices of barrier permeability is a likely argument that finds support in the work of Sutton and Carroll (1979). These investigators employed horseradish peroxidase as a tracer in studies in which heads of rats were exposed to an intense 2450-MHz CW field for various periods during which their brains were elevated to temperatures that peaked at values from 40 to 45 °C. Uptakes of peroxidase were strongly correlated with the product of time and intensity. At a temperature of 40 °C, irradiation for 60 minutes was required before a reliable uptake of the tracer was observed; at 45 °C, reliable increases were observed after 10 minutes of irradiation. Rats first rendered hypothermic (30 °C rectal temperature) not only exhibited longer latencies to increased uptake than did normothermic rats (Figure 10.2) but they exhibited a lower incidence of febrile lethality. Brain temperatures of 45 °C were frequently fatal for normothermic animals, but not for pre-cooled animals. Because of the influx of cooled blood from the lower body, it is highly likely that vital brain-stem centers in the pre-cooled animals were considerably cooler than the more superficial areas of the cerebrum in which temperatures were measured. This supposition agrees with the observation of increased latencies of peroxidase uptake in initially hypothermic animals.

Contrasting with the highly intense fields of Sutton and Carroll are the relatively weak fields employed by Frey *et al.* (1975), who investigated uptakes of Na-fluorescein in brains of rats after the animals





**Fig. 10.2.**  Residual peroxidase activity, an index of blood-brain-barrier permeability, for rats the heads of which were selectively heated in a RFEM field. The temperature of the superficial neocortex was monitored via an indwelling thermistor sensor. The temperature at this site was elevated to, then maintained at, 42 °C in a 2450-MHz, CW field. Because irradiation took place in the near field, power densities were indeterminate, but the field was intense, i.e., elevations of cortical temperature to 42 °C required less than 5 minutes. Before irradiation, one set of rats was subjected to whole-body hypothermia (core temperature, 30 °C). Sixteen pre-cooled rats and as many normothermic counterparts (core temperature 37 °C) constituted two groups, each of which was subdivided into subgroups of four animals. Then the rats were irradiated for a period of 10, 15, 30, or 45 minutes. The hypothermia had a short-term inhibiting effect on brain uptakes of peroxidase. For example, after 15 min of irradiation, there was a marked increase of peroxidase tracer in brains of the non-cooled rats, but not in those of the previously cooled animals. The hypothermia also protected against lethality: none of 4 non-cooled rats survived 45 min of irradiation; all pre-cooled rats survived. Circulatory convection of cooler blood to the brain as a whole was cited by the authors as responsible for the protective effect of pre-irradiation hypothermia. (After Sutton and Carroll, 1979.)

were anesthetized and exposed for 30 min to 1200-MHz CW fields at a power density of 2.4 mW/cm², or to pulsed fields (0.5 ms pulse width, 1000 pps) at a peak power density of 2.1 mW/cm². Frey *et al.* observed brain slices from control and irradiated rats under UV light and reported that fluorescence was markedly greater in slices from exposed rats. Even though the averaged (rms) power density of the CW radiation was an order of magnitude higher than the rms value of the pulsed radiation, the latter was two to three times more effective in

124 / 10. INTERACTIONS WITH THE BLOOD-BRAIN BARRIER

promoting fluorescence (Table 10.2). These findings are consistent with behavioral data reported by Frey and Feld (1975), who found during four exposures of rats to sham or RFEM radiation, under the same field conditions as those of the fluorescein study, that pulsing was associated with a tendency of the animals to escape from the field; in contrast, the CW field did not promote a tendency to escape.

The apparent linkage of radiation-induced changes of brain and behavior could be taken as evidence that pulsed fields at low rms

TABLE 10.2—*Effect of RFEM radiation on entry of fluorescein tracer into brains of rats*[a,b]

| Head positions[c] | Intensity of fluorescence[d] (mean) | | |
|---|---|---|---|
| | Pulsed (A) | CW (B) | Sham (C)[e] |
| I | 1.5 | 0.8 | 0.2 |
| II | 1.8 | 0.7 | 0 |
| III | 2.0 | 1.0 | 0.2 |
| IV | 2.2 | 0.7 | 0 |
| V | 0.2 | 0 | 0 |

A vs B vs C: $p < 0.001$[f]          A vs B: $p < 0.001$[f]
     A vs C: $p < 0.001$          A (I, II, III, IV) vs (V): $p < 0.001$
     B vs C: $p < 0.005$          B (I, II, III, IV) vs (V): $p < 0.005$

| Head positions | Number of sections that fluoresced (median) | | |
|---|---|---|---|
| | Pulsed (D) | CW (E) | Sham (F) |
| I | 2.5 | 0.5 | 0 |
| II | 9.5 | 1.5 | 0 |
| III | 7.5 | 3.5 | 0 |
| IV | 1.5 | 0.5 | 0 |
| V | 0 | 0 | 0 |

D vs E vs F: $p < 0.001$[f]          D vs E: $p < 0.005$[f]
     D vs F: $p < 0.001$          D (I, II, III, IV) vs (V): $p < 0.001$
     E vs F: $p < 0.005$          E (I, II, III, IV) vs (V): $p < 0.005$

[a] From Frey et al., 1975.

[b] Animals exposed at an average power density of 2 mW/cm² for CW and 0.2 mW/cm² for pulsed 1200-MHz fields.

[c] Orientation of direction of propagation of field with respect to head of animal: I, perpendicular to ventral surface of head; II, perpendicular to top of head; III, perpendicular to left side of head; IV, perpendicular to right side of head; V, perpendicular to left side of head with head tucked down toward front legs.

[d] Fluorescence determined by human observers visually under ultraviolet light using arbitrary 10-point scale.

[e] Although the median number of sections that fluoresced was zero, some sections did fluoresce slightly. This is reflected by the non-zero means in column C.

[f] p values determined by Kruskal-Wallis analysis of variance.

power densities might have potentially non-trivial consequences. It could also be argued that fluorescence of the irradiated brain is less remarkable than absence of fluorescence in control brains. Zero levels of fluorescence were reported by Frey et al. in all brain slices of most of their sham-irradiated rats, which is difficult to explain, because tight junctions are missing in several regions of the brain, e.g., the walls of the cerebral ventricles and aquaducts, the pineal and posterior pituitary bodies, the *area postrema*, the preoptic area of the hypothalamus, the *tuber cinereum*, and the olfactory tubercles (Oldendorf, 1975; Rapoport, 1976; Albert and De Santis, 1975). Questioned about the near absence of fluorescence in control brains, Frey (1977) indicated that only differential uptakes were observed, i.e., normally fluorescing areas of the brain were not included in visual analysis of irradiated and control sections. As for the tendency of the rats of Frey and Feld (1975) to escape from the pulsed field, the well-confirmed stimulation of auditory receptors by RFEM pulses (see Section 12) may have produced sounds that annoyed the animals, much as tinnitus is annoying to the human being.

Oscar and Hawkins (1977) exposed rats to pulsed or CW, 1300-MHz radiations for 20 minutes. In initial pilot studies in their laboratories, assays based on UV activation of Na-fluorescein were used, but excessive fluorescence in brain materials from control animals led the authors to use a different assay, the dual-indicator technique of Oldendorf (1970, 1975). Brain uptakes of radiolabeled polar isotopes of differing molecular weight were compared with uptakes of tritiated water, which served as a standard. In one set of experiments on anesthetized rats, uptake of [14]C-labeled D-mannitol by the hypothalamus, by the hippocampus, and by the neocortex was slightly but significantly greater in irradiated brains than in those of sham-irradiated animals, larger relative uptakes were found in the cerebellum, and larger still, in the medulla (Figure 10.3). Paradoxically, 10-$\mu$s pulses at 50 pps, which yielded an average power density of 0.3 mW/cm$^2$, were consistently more effective in increasing uptakes than were 10-$\mu$s pulses at 1000 pps, which yielded an average power density of 2 mW/cm$^2$.

In a second study of anesthetized rats, Oscar and Hawkins (1977) observed uptakes of [14]C-labeled -mannitol, -inulin, or -dextran after 20 min of sham irradiation or after a 20-min exposure to 0.5-$\mu$s pulses at 1000 pps (peak power density, ~600 mW/cm$^2$; averaged power density, ~0.3 mW/cm$^2$). Essentially the same regional pattern of increased uptakes of mannitol and inulin was observed as in the first study, but little differential uptake of dextran was noted (Figure 10.4). Mannitol

126  /  10. INTERACTIONS WITH THE BLOOD-BRAIN BARRIER




**Fig. 10.3.** Brain uptakes of $^{14}$C-labeled mannitol in sham- and RFEM-irradiated rats as expressed by the Brain Uptake Index (BUI), which reflects the ratio of the quantity of tracer in the brain's intercellular space to that in the vascular space. A total of 15 rats underwent sham irradiation (n = 5), irradiation in a pulse (50 pps, 10-$\mu$s pulse width) 1300-MHz field at an average power density of 0.3 mW/cm$^2$ (n = 5), irradiation in the same field at 1000 pps (10-$\mu$s pulse width) at an average power density of 2 mW/cm$^2$ (n = 5), all treatments of 20 min duration. Each rat yielded BUI data (means and standard deviations) on five brain regions, as shown. The largest BUIs were observed for the medulla; note, too, that standard deviations also increased in association with irradiation. (After Oscar and Hawkins, 1977.)

and inulin have relatively small hydrodynamic diameters when compared with that of dextran. From the standpoint of passive transfer of a molecule across the barrier, hydrodynamic diameter inversely determines rate of permeation.

A third study by the same authors under the same field conditions was performed on rats that were not anesthetized until exposures to pulsed, CW, or sham radiation were completed. A period of 8 min, 4 h, or 24 h intervened between termination of irradiation and time of anesthetization. Then the animals were injected with a labeled compound and decapitated. Uptakes of mannitol in the hypothalamus,



Fig. 10.4. Brain uptake index (BUI) for [14]C-labeled-mannitol, -inulin, and -dextran tracers as assayed in 5 regions of the rat's brain. In each tracer condition, 5 control rats were sham irradiated, and 5 rats were exposed for 20 min to a pulsed 1300-MHz field (1000 pps, 0.5-μs pulse width, average power density 0.3 mW/cm²). The largest increases (means and standard deviations) of the BUI were associated with mannitol and inulin in the medulla (see Figure 10.3). Dextran has the largest hydrodynamic diameter of the three tracers, and would encounter the greatest resistance in entering the intercellular space. (After Oscar and Hawkins, 1977.)

cerebellum, and medulla were significantly elevated by 50 to 100 percent or more in brains from irradiated animals of the 8-min and 4-h groups, but only the medulla exhibited a significant increase (20 percent) in brains from animals of the 24-h group (Figure 10.5).

In a final study, Oscar and Hawkins determined uptakes of mannitol in the medulla as a function of pulsed and CW waves. Curvilinear functions were observed under both modes of irradiation. Peak uptakes in the brain after CW irradiation occurred at power densities near 1 mW/cm²; the Brain Uptake Index (BUI), which reflects the ratio of labeled tracer to labeled standard, exhibited a maximal 9-fold increase. Peak uptakes under pulsed irradiation (0.5 μs pulse width, 1000 pps) occurred near 0.5 mW/cm² (rms) and were associated with a 7.5-fold

128  /  10. INTERACTIONS WITH THE BLOOD-BRAIN BARRIER



Fig. 10.5. Brain-uptake index for $^{14}C$-labeled-mannitol tracer for three brain regions (hypothalamus, cerebellum, and medulla) of sham-irradiated rats and rats exposed to a pulsed 1300-MHz field (1000 pps, 0.5-$\mu$s pulse width, average power density 0.3 mW/cm$^2$) for 20 minutes. Five controls and 5 rats in each of 3 groups were assayed respectively for BUIs at 8, 240, and 1440 min after exposure. The data (means and standard deviations) indicate that the radiation-induced increase of blood-brain-barrier permeability is reversible, although one region of the brain, the medulla, still exhibited a small but statistically significant increase in the BUI 24 h after exposure. (After Oscar and Hawkins, 1977.)

enhancement of the BUI. The greatest sensitivity observed by Oscar and Hawkins was associated with a 7-fold enhancement of medullary BUI in brains of rats that had been exposed for 20 min to 10-$\mu$s pulses that recurred at the very low rate of 5 pulses per second. The corresponding averaged power density was only 30 $\mu$W/cm$^2$ (Figure 10.6).

Ultrastructural studies of the barrier have been reported for RFEM-irradiated rats and hamsters after longer exposures at relatively high power densities (Albert and De Santis, 1975; Albert, 1977, 1979; Albert and Kerns, 1981). In one study (Albert, 1977), awake Chinese hamsters were sham exposed or exposed for 2 to 8 h in the far field to 2450-MHz CW radiation at an averaged power density of 10 mW/cm$^2$; they were then anesthetized and infused intravascularly with peroxidase tracer 5 min before decapitation. The brains were then prepared for examination under light- and electron-microscopy.

Case 1:01-md-01421-CCB    Document 199-3    Filed 01/17/2007    Page 25 of 40



**Fig. 10.6.** Brain-uptake index as a function of power density of incident radiation for rats exposed for 20 min to a CW 1300-MHz field or a pulsed 1300-MHz field (5 or 1000 pps, 10-μs and 0.5-μs pulse widths, respectively). The control baseline reflects the medullary BUI of sham-irradiated rats. The sample size of each data point ranges from 3 to 13. The data (means and standard deviations) indicate that pulsed irradiation had a stronger influence on the BUI than did a CW field, that pulse-repetition rate was a strongly controlling factor, and that a curvilinear ("windowed") relation may exist between intensity of irradiation and the blood-brain-barrier's permeability. These conclusions are tempered by the authors' qualification that altered flow of cerebral blood, not the barrier as such, may have been the affected end point (see text). (After Oscar and Hawkins, 1977.)

Some evidence of limited, highly focal infiltration of the tracer into the neuropil was observed in irradiated animals, but examination of tight junctions revealed that their integrity had not been compromised. Albert concluded that vesicular transport of the tracer was a more probable route of RFEM-induced infiltration than was a structural failure of the barrier.

In a second study, Albert (1979) exposed anesthetized hamsters and rats in the near zone of a CW 2800-MHz field for 2 h at a nominal power density of 10 mW/cm². Some of the animals and their sham-irradiated controls were infused with a peroxidase tracer and then

were euthanatized shortly after termination of irradiation; preparation of other animals for histological analysis was delayed by 1 or 2 hours. Once again, Albert observed evidence of vesicular transport of tracer into the neuropil. Compared with the minimal-delay group, focal signs of infiltration were much less evident in animals of the 1-h delay group and were virtually absent in animals of the 2-h delay group (Fig. 10.7).

### 10.3.3   RFEM Fields and the CSF Barrier

Although functionally a part of the blood-brain barrier, the cerebro-spinal-fluid (CSF) barrier is identified anatomically with the choroid plexus of the lateral, third and fourth ventricles (Figure 10.8). The plexus is formed of specialized epithelial cells and is the primary source of the CSF, which is drawn from plasma constituents of the bloodstream and flows from the ventricles into the subarachnoid space,



Fig. 10.7.  Photomicrograph of a brain-capillary cross section from the hippocampus of a RFEM-irradiated rat. The capillary presents morphological evidence that the tracer substance (horseradish peroxidase), which heavily invested the interior capillary wall (dark stain), did not enter the intercellular space. (From Albert, 1977.)



**Fig. 10.8.**  Pictorial representation of the origin (choroid plexus of the lateral third and fourth ventricles) of mammalian cerebrospinal fluid and its routes of flow in the subarachnoid spaces. (From Rapoport, 1976.)

then into the spinal canal. The tight junctions of the plexal epithelia restrict transfer of lipid-insoluble molecules from the bloodstream into the CSF, but their failure would result in invasion of the intraventricular space of normally excluded molecules.

To ascertain whether hyperthermia from 918-MHz irradiation would result in passage of IgM antibody into the CSF, Hodges et al. (1979, abstract) first drew blood samples from and then immunized 18 rats with Type-III pneumococcal polysaccharide vaccine. Seven days later, each of 9 animals was subjected to a 30-min period of irradiation in a multi-mode cavity at a variable $SAR$ (20 to 70 W/kg) that was adjusted to maintain colonic temperature at 42.5 °C. The animals were anesthetized during sham or RFEM irradiation (Na-pentobarbital, 40 mg/kg, i.p.). Immediately after irradiation, 6 experimental animals and 6 controls were randomly sampled and then euthanatized to permit collection of CSF and blood. Levels of circulating IgM antibody (specific to the antigen) were zero before immunization but had reached high levels 7 d later in all 12 rats. In contrast,

132  /  10. INTERACTIONS WITH THE BLOOD-BRAIN BARRIER

antibody was absent in the CSF of the same 12 animals on the 7th day post immunization. The remainder of control (n = 3) and experimental animals (n = 3) yielded CSF and blood 14 d after immunization. Circulating antibody was still present, although at lower titers than that observed on the 7th day (Figure 10.9), and, once again, the antibody was absent in the CSF of control and irradiated rats.

IgM is a large molecule (m.w. 900,000, hydrodynamic diameter ~10 nm) and might encounter difficulty in traversing even a loosened junction. A more sensitive test of the hyperthermal response of the CSF barrier to immune globulins would be afforded by assays of IgG and IgA, which are relatively small molecules and which are normally found in small quantities (0.2 to 0.4 percent relative to those in plasma) in the CSF (Rapoport, 1976).



Fig. 10.9. Serum and cerebrospinal-fluid titers (geometric means in standard units) of IgM antibody for 18 rats, 9 of which served as sham-irradiated controls and 9 of which were irradiated in a 2450-MHz field in a multimode cavity for a period of 30 min 7 d after immunization by pneumococcal antigen. The *SARs* ranged variably downward from 70 to 20 W/kg as colonic temperature was quickly elevated to and maintained at 42.5 °C. Blood was taken from a random sample of 3 control and 3 irradiated rats on the 14th day post-immunization; assays for IgM antibody, which is specific to the antigen, revealed that circulating antibody was present but lower in titer than that measured 7 d after immunization. Cerebrospinal fluid (CSF) from 12 of the rats on the 7th day and from the remaining 6 on the 14th day post-immunization yielded no evidence of IgM antibody in control or irradiated rats. Although the IgM antibody has the largest hydrodynamic diameter of the immunoglobulins, it is notable that a near-lethal elevation of body temperature was not associated with entry of antibody into the CSF. (After Hodges *et al.*, 1979.)

## 10.4 Attempted Replications and Extensions of Previous Studies

Merritt *et al.* (1978) attempted to repeat the irradiation and fluorescein-uptake procedures of Frey *et al.* (1975), but reported no differential fluorescence between brain slices of irradiated and control rats under UV light. The authors also performed another study in which they employed a quantitative assay of fluorescein uptake—in rats anesthetized as in the UV study—which revealed several findings of interest (Table 10.3, Figure 10.10). First, mean uptakes of tracer were slightly (19%) but invariably *higher* in sham-irradiated rats than in rats irradiated at an averaged power density of 1 mW/cm². Second, not only did means of uptakes correlate highly and positively with averaged power densities of irradiation that ranged from 1 to 37.5 mW/cm², but variances—scatter of individual uptake scores—also increased as a function of power density. Third, brain and rectal temperatures above those of sham-irradiated controls were observed in irradiated rats at averaged power densities as low as 1 mW/cm² and were also highly correlated with power density. And finally, animals of a control group were subjected to infrared radiation in a hot box. After elevation of core temperature to 43 °C for 30 min the rats exhibited peaks of brain temperature that paralleled those of rats exposed at 37.5 mW/cm² for the same period of time. Compared with the sham-irradiated controls, the mean percentages of differential (larger) uptakes of fluorescein in brains of irradiated rats were modest, even at 37.5 mW/cm² (~29 percent), and were less than that of hot-box controls (~48 percent). Further, BUIs of controls were lower by at least an order of magnitude than those of active-control animals that had received an intravascular infusion of urea, which demonstrably loosens tight junctions (Rapoport, 1976).

Although the irradiation-associated increases in measures of blood-brain-barrier permeability are readily discerned in the quantitative data of Merritt *et al.* (1978), the authors reported that none of the increases met a two-tailed probability of 0.01 in tests for statistical reliability. Later, after recognizing that reliance on multiple $t$ tests to evaluate pairs of (control and experimental) means resulted in an insensitive assay of field-induced changes of BUIs, Merritt re-evaluated his uptake data for each region of the brain by analysis of variance. As noted by Justesen and Baird (1979) and Justesen (1980), following personal communications with Merritt, these analyses revealed that increased permeation of the barrier by tracer was significantly increased in several regions of the brain as the intensity of irradiation increased from 1 to 37.5 mW/cm².

TABLE 10.3—*Effects of RFEM radiation on fluorescein concentration in brains of rats*[a]

| Exposure conditions[b] | Fluorescein concentrations in brain tissue | | | | | | |
|---|---|---|---|---|---|---|---|
| | Hypothalamus | Striatum | Midbrain | Hippocampus | Cerebellum | Medulla | Cortex |
| | ng/g | ng/g | ng/g | ng/g | ng/g | ng/g | ng/g |
| Sham | 260 ± 111 (20)[c] | 194 ± 103 (20) | 239 ± 82 (20) | 198 ± 72 (20) | 299 ± 100 (20) | 301 ± 82 (20) | 221 ± 86 (20) |
| 2 mW/cm² | 265 ± 86 (11) | 142 ± 62 (12) | 197 ± 37 (11) | 167 ± 50 (12) | 261 ± 88 (12) | 257 ± 61 (12) | 181 ± 35 (12) |
| 15 mW/cm² | 298 ± 66 (6) | 166 ± 46 (6) | 251 ± 68 (6) | 167 ± 39 (6) | 307 ± 36 (6) | 315 ± 67 (6) | 227 ± 30 (6) |
| 25 mW/cm² | 408 ± 162 (5) | 185 ± 73 (6) | 238 ± 86 (6) | 202 ± 99 (6) | 346 ± 142 (6) | 294 ± 115 (6) | 228 ± 88 (6) |
| 75 mW/cm² | 421 ± 233 (9) | 235 ± 72 (9) | 264 ± 102 (9) | 246 ± 78 (9) | 379 ± 115 (9) | 375 ± 136 (9) | 294 ± 102 (9) |
| Heated (in a hot box) | 490 ± 164[d] (6) | 252 ± 93 (6) | 310 ± 75 (6) | 291 ± 118 (6) | 441 ± 84[d] (6) | 457 ± 99[d] (6) | 321 ± 113 (6) |

[a] After Merritt et al., 1978.
[b] Animals were exposed for 30 min to pulsed 1.2 GHz radiation (1000 pps, 0.5 ms pulse width) at the power densities indicated. Duty cycle was 50 percent; hence, time-averaged power density is half the values indicated.
[c] Numbers in parentheses are the number of animals.
[d] Difference between heated and sham: $p < 0.01$ by Student's t test.

Case 1:01-md-01421-CCB    Document 108-3    Filed 01/17/2007    Page 31 of 40



**Fig. 10.10.** Brain and rectal temperatures (differences of means between post- and pre-treatment) for pentobarbital–anesthetized rats as a function of sham-irradiation, conventional heating, and 20 min of a pulsed 1300-MHz field (1000 pps, 10-μs pulse width, power densities ranging from 2 to 75 mW/cm²). Because a 50-percent duty cycle was used during irradiation, the average power densities of the RFEM field were half those shown in the figure. Note the hypothermal response to anesthesia, and the evidence that a weak 1300-MHz field (i.e., at an average power density of 1 mW/cm²) can evoke a small elevation of temperature in the anesthetized rat. (After Merritt et al., 1978.)

To date, the authors have not published quantitative details of the reanalysis, but their finding of significant differences resolved an anomalous conclusion in the published report: That conventional heating of active-control rats resulted in significant elevations of tracer in the brain's interstitial space, while comparable heating by microwaves did not.

Merritt et al. also attempted to confirm the findings of Oscar and Hawkins (1977), as did Preston (1982), Preston and Préfontaine (1980), Preston et al. (1979), and Oscar and Greuian (1978; cf. Oscar et al., 1981). None of these attempts was successful, but all were based on irradiation parameters, experimental procedures, and/or strains of rats that differed from those of Oscar and Hawkins. There is evidence, moreover, in many of the failed attempts to confirm, that anesthetization of the animals may have masked an irradiation-associated increase of barrier permeability by induction of pentobarbital hypothermia. In the study of Merritt et al., for example, BUIs in some regions of the brain were considerably higher for sham-irradiated controls than those for rats exposed at low power densities (Figure 10.11). Similarly, BUIs of the medulla in the study by Preston et al. exhibited an inverted-U-shaped function as power density of 2450-



Blood uptake index, per cent

**Fig. 10.11.** Brain-uptake index (BUI) for four regions in the brains of rats after sham irradiation, heating in a hot box, or irradiation in a pulsed 1300-MHz field at the indicated average power densities. An active control treatment, infusion of urea, which demonstrably breaches the blood-brain barrier, was also used. Although there is little evidence that the irradiation produced a rise in BUIs relative to those of sham-irradiated rats, comparisons within conditions (e.g., the medullary BUIs) may be indicative of intensity-dependent increases. The data (means) in this figure should be compared with those presented in Table 10.3, in which a greater range of power densities is ostensibly associated with monotonic increases of the BUI in some regions of the brain, especially in the medulla. (After Merritt et al., 1978.)

MHz CW fields increased from 0.3 to 30 mW/cm$^2$. Preston *et al.* reported that irradiation at 10 mW/cm$^2$ noticeably mitigated the fall in body temperature normally engendered by the barbiturate anesthesia.

The findings of Gruenau *et al.* (1982) were reported by Oscar (1978) at a special workshop on the blood-brain barrier, which was sponsored by the Department of the Navy and convened in Annapolis, Maryland on October 30 and 31, 1978 (see Benedick, 1979). The authors indicated that their inability to confirm the findings of Oscar and Hawkins (1977) was based on exposures of a different strain of rat to radiation at a higher carrier frequency (2.8 GHz); in addition, the dual-compartment technique of Rapoport *et al.* (1979) was used instead of Oldendorf's dual-indicator technique to assess changes of barrier permeability. The authors noted also that the dual-compartment technique controls for and permits assessment of changes in rate of flow of cerebral blood—which must remain constant or otherwise it will contaminate the BUI when the Oldendorf technique is used. They obtained evidence that 2.8-GHz fields at power densities between 1 and 15 mW/cm$^2$ do influence cerebral circulation.

Other papers based on RFEM irradiation were presented at the workshop in Annapolis (see Benedick, 1979), but most were based on studies that have already been reviewed here. Exceptions are a paper presented by Frey (1.2-GHz fields at unspecified parameters resulted in altered uptake of fluorescein in the vitreous humor of the rat's eye), a paper presented by Merritt (unpublished studies by him and Chamness revealed that brain uptakes in rats of L-phenylalanine, a water-soluble essential amino acid, were not influenced by pulsed 1260-MHz fields at averaged power densities that ranged from 0.1 to 10 mW/cm$^2$), and a paper by Barbara Chang. Chang subsequently published this work, which was performed in collaboration with Huang, Joines, and Kramer at Duke University (see Chang *et al.,* 1982).

The head of each of 24 mongrel dogs was irradiated for 20 min in the near field by 1000-MHz CW fields at nominal power densities of 2, 4, 10, 30, 50, or 200 mW/cm$^2$. Eleven dogs served as sham-irradiated controls. The animals were anesthetized with pentobarbital and were artificially ventilated during a 5-h, post-irradiation period after a bolus of radiolabeled albumin had been introduced intravascularly. Cerebrospinal fluid from the *cisterna magna* was aspirated every 20 min and assayed against venous blood for presence of the albumin.

With the exception of 4 of 11 dogs irradiated at 30 mW/cm$^2$, none of the irradiated dogs exhibited increases over controls in levels of albumin in the cerebrospinal fluid. Four of the dogs that were irradi-

ated at 30 mW/cm$^2$ exhibited 2- to 5-fold increases of cisternal albumin above the control mean. Although the small sample sizes (groups of n = 2) of animals observed at other power densities limit a strong conclusion, as does the absence of thermometric or dosimetric data, the possibility of marked individual differences in the barrier's response to RFEM irradiation, which was evident in the quantitative studies of fluorescein uptake by Merritt et al., is raised anew. The absence of increased uptake at a power density of 200 mW/cm$^2$ may seem anomalous except for the restriction of the radiation to the dogs' heads; the whole-body-averaged SAR would have been considerably greater if the animals had been uniformly exposed at 200 mW/cm$^2$ to a plane wave in the far field.

Data from a potentially highly significant study were also presented at the Navy-sponsored special workshop (Spackman, Riley, Guy, and Chou, unpublished). In addition to Na-fluorescein, the authors employed several small amino acids as tracers, which were of species both permeant and non-permeant to the murine brain. Animals were exposed for 30-min to pulsed or CW 918-MHz fields that resulted in a range of low (0.52 W/kg) to highly thermalizing (27.7 W/kg) SARs. Other animals were sham irradiated or were subjected to severe hyperthermia in a hot box. No significant evidence of augmented uptakes of any tracer substance was found, even after treatments that resulted in marked hyperthermia. A limitation of the experiments based on intense fields and hot-box hyperthermia is the small number of animals per treatment condition—generally two and sometimes only one subject yielded data.

The invariably negative findings are of interest in view of the highly sensitive quantitative assays used by Spackman et al. (fluorimetric and amino-acid analyses) and of three major departures from protocols of most previous experiments based on murine subjects: (1) mice of a pigmented (as opposed to rats of an albinic) strain were used; (2) tracer substances were introduced intraperitoneally and not via an intravascular route; and (3) anesthesia was never used during irradiation of the animals. From these departures, four questions arise that have a bearing on the robustness of the cerebrovascular response to weak and intense fields: (1) Is the rat an anomalous reactor? (2) Is albinism associated with increased susceptibility to alteration of the BBB? (3) Does intravascular introduction of a tracer produce an artifactual reaction? (or contrarily, does intraperitoneal administration result in overdilution of the tracer?); and finally, (4) Does the anesthetic agent trigger susceptibility to or otherwise complex with irradiation?

Case 1:01-md-01421-CCB    Document 199-3    Filed 01/17/2007    Page 35 of 40

## 10.5  Discussion

Although the reports of blood-brain-barrier changes by relatively weak fields (Frey *et al.*, 1975; Oscar and Hawkins, 1977; Merritt *et al.*, 1978) are provocative, the findings are limited in generality as evidenced by a preponderance of negative findings. Granted that even the most studious attempt to repeat a study involves some differences in environmental and procedural variables, one must accept the verdict that the alterations of the barrier reported by Frey *et al.*, Oscar and Hawkins, and Merritt *et al.* are not robust even while one scrutinizes the positive and negative studies for clues to the discrepant findings. It is likely that several factors, alone or in combination, are responsible for the discrepancies. An obvious candidate has been the near-ubiquitous practice of inducing barbiturate anesthesia before irradiating animals. Anesthesia can beget hypothermia, and both have been implicated as agents that affect measures of brain-barrier permeability (Angel and Lafferty, 1969; Angel *et al.*, 1972; Sabbot and Costin, 1974). Moreover, hypothermia resulting from electroconvulsive shock (Oke *et al.*, 1974) is associated with increased permeability of the barrier (Lee and Olszewski, 1961). If hypothermia resulting from heavy doses of barbiturates does increase permeability of the barrier (or artifactually confounds measures of permeability by altering cerebral blood flow), then values of brain uptakes of tracers in anesthetized controls are spuriously high. Similarly, because gross heating by RFEM radiation can mitigate hypothermia (*cf.* Merritt *et al.*, 1978, with Preston *et al.*, 1978), the differences between reported brain uptakes in anesthetized, sham-irradiated controls and irradiated animals might be spuriously narrow.

Another candidate to explain the discrepancy between positive and negative findings is resonant absorption. The positive findings of Frey *et al.*, Oscar and Hawkins, and Merritt *et al.* are based on exposures of rats to fields (1200 and 1300 MHz) that can promote rates of energy absorption well above those associated with fields of much higher or lower frequencies (Gandhi *et al.*, 1977; Durney *et al.*, 1978). The thermal measurements reported by Merritt *et al.* for rats exposed at 1200 MHz and by Preston *et al.* for rats exposed at 2450 MHz are instructive because the former authors reported measureable elevations of body temperature at 1 mW/cm$^2$, while the latter authors only at 10 mW/cm$^2$ or higher. It is unfortunate that dosimetric measurements, which are needed quantitatively to confirm the occurrence of resonant absorption, were not reported by these authors and, indeed, were not reported in any archival study of the barrier's response to

irradiation before more recent studies were reported by Lin and Lin (1980, 1982).

Lin and Lin coupled pulsed (10 $\mu$s pulse width, 500 pps) 2450-MHz fields to the brains of rats via an attached, direct-contact applicator. Focal SARs in one cerebral hemisphere ranged from 0.04 to 240 W/kg during 20- to 30-min exposures. Uptake of Evans-Blue dye by brain materials was not observed at SARs of 0.04 to 200 W/kg, but was observed unilaterally in neocortex, hippocampus, and brainstem at an SAR of 240 W/kg. Brain temperatures, at sites where the BBB failed, exceeded 43 °C as measured by an indwelling, field-non-perturbing probe. Because the volumes of the brain irradiated by the fields were not specified and because averaged SARs in the brain were not reported, neither the whole-brain, whole-head, nor whole-body averaged SARs can be determined from the authors' reports. This hiatus of information notwithstanding, it is clear that peak SARs of focally introduced radiation must be very high to alter permeation of the rat's BBB to the tracer dye.

Other candidates to explain the discrepant findings relate to the variety of stresses that have been implicated in altered permeability of the blood-brain barrier. Elevation of body temperature, which does influence measures of permeability (cf. Merritt et al., 1978, with Sutton and Carroll, 1979), occurs during handling and other sources of novel stimulation (Justesen et al., 1974; Bermant et al., 1979), and during physical restraint (Justesen et al., 1971). Ambient temperatures in vivaria and laboratories, if excessively low or high, will obviously condition a rodent's metabolism and/or basal temperature. It follows that any of several maneuvers or environmental conditions that alter body temperature could have a confounding influence on measures of barrier permeability.

Other potential sources of confounding should be mentioned: differences in susceptibility that might arise in individuals, strains, or species. As an example, the extensive use of the albino rat invites an anomalous response of the barrier because of albinically linked enzymatic deficiencies that limit the animal's metabolic inactivation of barbiturates (cf. Creel et al., 1976, with Shearer et al., 1973).

When known or suspected sources of variation among reported studies are considered, some of the discrepant findings appear to be resolvable. Consider, for example, Oscar and Hawkins' finding that medullary Brain Uptake Indices increased 7-fold over control BUIs in rats that had been exposed to pulsed radiation (5 pps) at an averaged power density of only 30 $\mu$W/cm$^2$. Irradiation at a frequency of 1300 MHz can result in relatively high SARs in the rat because of resonant

Case 1:01-md-01421-CCB    Document 100-3    Filed 01/17/2007    Page 37 of 40

absorption. The rats were not anesthetized during the radiation treat-
ment—one of the few cases of apparent barrier alteration in the
RFEM-radiation literature that is not confounded by barbiturate-
induced hypothermia. And finally, other studies have revealed that
pulsed fields at the electrical parameters used by Oscar and Hawkins
are acoustically perceptible (Guy et al., 1975a; Frey and Messenger,
1973) and are sufficiently annoying to promote escape behaviors (Frey
et al., 1975; Hjeresen et al., 1979).

One can make a case, therefore, that an unanesthetized animal at
near resonance in a field of high peak power density will receive
acoustic stimulation and, in undergoing generalized arousal (in both
the physiological and hyperthermal sense), might exhibit an alteration
of blood-brain-barrier permeability or an alteration of cerebral circu-
lation that is misconstrued as altered barrier permeability. Either
explanation is plausible, but should not preempt consideration of an
alternate possibility. The finding of an effect at 30 $\mu$W/cm$^2$, even with
the strongest resonant absorption, constitutes, for a continuous train
of RFEM pulses, the lowest averaged power density associated with
biological change that has been reported in the North American
literature. Perhaps it is coincidental, but the repetition rate of five
pulses per second falls within the spectrum of intrinsic electrical
rhythms of the brain.

Adey and colleagues have been studying these rhythms in conse-
quence of applying to brain materials RFEM fields that undulate or
are modulated at the brain's intrinsic (EEG) frequencies (Bawin et al.,
1975, 1978a). When, for example, 6- or 16-Hz sinusoidally modulated
VHF fields at ~1 mW/cm$^2$ were impressed on isolated chick brains
for 20 minutes, a reliable increase in efflux of $Ca^{2+}$ was observed, a
finding later confirmed by Blackman et al. (1979). At modulation
frequencies near 0.5 or 20 Hz, irradiation of chick brains at the same
averaged power density produced a minimal efflux of $Ca^{2+}$ (see Section
11 for more details). Paralleling these observations are others by Oscar
and Hawkins, who found that increasing the repetition rate of 10-$\mu$s
pulses from 5 to 1000 pps resulted in decreased medullary BUIs in
spite of the 200-fold increase in averaged power density.

If a relation exists between the modulation-frequency-dependent
findings of $Ca^{2+}$ efflux and altered BUIs—a hypothetically appealing
but by no means demonstrated connection—another connection may
be attempted that has little a priori warrant. This is speculation that
either phenomenon might be a potential "weak-field" hazard. The
evidence cited earlier indicates that a multitude of moderate stresses—
many not unlike those visited on everyone in the mundane affairs of

142    /    10. INTERACTIONS WITH THE BLOOD-BRAIN BARRIER

living—have effects on measures of brain-barrier permeability that are as great or greater than those produced experimentally by RFEM fields in the studies reported by Oscar and Hawkins and by Frey et al. Only one caveat precludes a conclusion that undulating or pulsed fields on the order of 1 mW/cm² have no health significance as concerns the blood-brain barrier and other cerebrovascular events. This caveat stems from the realization that all published experimental findings are based on acute studies and brief exposures. Most investigators that have reported positive findings have irradiated their animals only once for 20 to 30 min; the longest reported duration of exposure is less than 10 hours. Unless or until effects of long-term exposures over days, weeks, and months are assessed, concerns will persist, as will the gloomy speculations of those who confuse absence of evidence with presumption of peril (Justesen, 1977).

### 10.6 Summary and Conclusions

If the BBB is viewed as a structural entity, i.e., as an assembly of tight junctions that guard against access to much of the brain by many plasma constituents, there is virtually no warrant for the proposition that the barrier is affected adversely by weak RFEM fields, at least at the RFEM frequencies that have been studied to date. Viewed as a functional entity in which a multitude of specialized carriers is joined by vesicles, the whole of which is subject to physical and physiological laws that dictate responsiveness to changes of pressure and temperature, the BBB should be sensitive to RFEM fields. At least, the BBB should be sensitive to those fields of sufficient intensity to measurably thermalize the brain and/or to provoke, locally or peripherally, changes of blood pressure and flow.

Histological studies of RFEM-irradiated animals by Albert (e.g., 1979) have revealed no evidence of anatomical disruption of tight junctions despite his selection of durations of exposure and intensities of radiation that exceeded those of studies in which evidence of functional changes has been observed. It is possible that Albert was on the high side of a power-density "window." It is possible also that the biochemical techniques of BBB measurement have been insensitive or otherwise inappropriate, as Rapoport et al. (1979) and Blasberg (1979) have argued. Problems of measurement aside, there is the more fundamental issue of the substrate being measured. More hypothesis than datum is the presumed regulatory role of the barrier. If a passive

role is assumed by the tight junctions, then facilitation and inhibition of diffusion and of active transport of metabolites and other plasma constituents are likely the bases of the regulatory process. Given this premise, there is a need to determine threshold changes in rates of normally infiltrating molecules as a function of strength and frequency of the incident fields. Of especial interest is whether calorically equivalent fields, pulsed and CW, are equally effective in altering uptakes of normally permeant molecules, especially when fields are sinusoidally modulated or are pulsed at frequencies that fall within the EEG spectrum.

If the brain is actively involved in the regulatory process in the sense of neurologically controlling transfer of normal plasma constituents beyond the capillary space, it follows that characteristic differences in transfer rates should be correlated with differing stages of the EEG. Correspondingly, experimental induction of a stage by imposition of a modulated field may drive, not only the EEG, but also the BBB activity. The scientific promise of elucidating whether the brain does play an autoregulatory role via the BBB should encourage experimentation in these directions.

The histological evidence that moderately strong RFEM fields do not impair the integrity of the BBB's tight junctions—and the increasing indications that cerebral circulation and not barrier function is influenced by weaker RFEM fields (cf. Rapoport et al., 1979, with Oscar et al. 1981)—might mitigate but do not, by themselves, abolish health concerns that relatively weak RFEM fields are capable of altering function of the central nervous system. Altered circulation would represent a mediating response by the nervous system to the field, which should invite concern. But concern should not be translated to alarm. Arguments doubtless will be offered that alteration of cerebral circulation by fields at power densities below 10 mW/cm$^2$ constitutes presumptive evidence of insult. Two counter arguments are offered. First, the extant data on the blood-brain barrier, even if they are confounded by circulatory changes, nonetheless reveal that alterations induced by fields that range upward to 35 mW/cm$^2$ are not greater than those produced in an animal by the stresses associated with swimming, moderate fasting, learning to escape from an annoying stimulus, or being gentled in the hands of a human being. Second, there is the larger, often dissociated, lesson that brief exposures of animals to nearly lethal fields that almost certainly disrupt the anatomical barrier have not left lasting signs of neurological or behavioral disorder in the surviving animal. One can conclude, therefore, that none of the investigations that has revealed altered measures of the

**144    /    10. INTERACTIONS WITH THE BLOOD-BRAIN BARRIER**

barrier by brief exposures to weak-to-moderate fields has generated evidence of irreversible physical insult.

It should be emphasized that effects of fully controlled, truly long-term irradiation on neurocirculatory and related events have never been performed, and that the data on a single, 20- or 30-min exposure that results in a reversible alteration of, say, cerebral circulation, cannot be generalized to the proposition that weeks or months of long daily bouts of irradiation (or of continuous irradiation) in the same field will be of no health consequence. That question remains to be answered.

There is the need for studies that repair the hiatuses of the experimental literature, i.e., acute and long-term experiments that:

1. Combine histological and functional approaches—for example, the electronmicroscopic techniques of Albert (1979) should be paired with dynamic methods akin to that of Rapoport *et al.* (1979), which would assure concomitant leverage on morphological and circulatory events;
2. Control for potentially confounding effects of anesthesia;
3. Provide accurate and comprehensive thermometric and dosimetric data;
4. Utilize non-albinic strains of animals and larger species, including primates;
5. Assess the extent and implications of individual and species differences;
6. Permit evaluation of possible carrier- and modulation-frequency dependencies, such as, respectively, part- and whole-body resonance, and interactions of external fields with intrinsic neuroelectric rhythms; and
7. Control environmental and procedural sources of stress that may confound or complex with the effects of irradiation.