IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1421 |
| This Memorandum Relates To: *Farina v. Nokia, Inc., et al.* (E.D. Pa.) *Louther v. ATT Corp.* (M.D. Fla.) | : : : : | Civil No. 01-MD-1421 |

## REQUEST FOR HEARING

Defendants respectfully request a hearing on Defendants' Joint Motion to Dismiss Plaintiff's Third Amended Complaint, Defendants' Reply Memorandum in Support of Defendants' Motion to Refer Questions Regarding Statutory and Agency Preemption to the FCC Under the Doctrine of Primary Jurisdiction, Defendants' Opposition to Plaintiff's Joint Motion for Suggestion of Remand, and on Plaintiff's Amended Joint Motion for Remand, and Plaintiff's Joint Motion for Suggestion of Remand to the Transferor Court.

Dated:       January 17, 2007

Respectfully submitted,

/s/
Paul F. Strain, Esquire
VENABLE LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201
(410) 244-7400

-2-

            /s/
           Michael E. Yaggy, Esquire
           DLA PIPER RUDNICK GRAY CARY
           US LLP
           6225 Smith Avenue
           Baltimore, MD 21209

           *On Behalf of All Properly-Served Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of January 2007, a copy of the foregoing was served on Plaintiffs' counsel via first-class mail, postage prepaid, and electronic mail as follows:

    Kenneth A. Jacobsen
    Jacobsen Law Offices LLC
    12 Orchard Lane
    Wallingford, PA 19086

    Michael R. Allweiss
    Lowe, Stein, Hoffman, Allweiss & Hauver, LLP
    701 Poydas Street
    One Shell Square
    Suite 3600
    New Orleans, LA 70139

    William P. Lightfoot
    Koonz, McKenney, Johnson, DePaolis & Lightfoot
    James Monroe Building
    2001 Pennsylvania Avenue, N.W.
    Suite 450
    Washington, DC 20006

on Plaintiffs' counsel via first-class mail, postage prepaid, as follows

      H. Russell Smouse
      Glenn E. Mintzer
      Law Offices of Peter G. Angelos, P.C.
      One Charles Center
      100 North Charles Street
      Baltimore, MD 21201

      Joseph A. O'Keefe
      O'Keefe & Sher, P.C.
      15019 Kutztown Road
      Kutztown, PA 19530

      Michael D. Donovan
      Donovan Searles, LLC
      1845 Walnut Street
      Suite 1100
      Philadelphia, PA 19103

and on all Defense counsel of record via electronic mail.

                        /s/
                    Paul F. Strain, Esquire
                    VENABLE LLP
                    Two Hopkins Plaza
                    Suite 1800
                    Baltimore, MD 21201
                    (410) 244-7400

                        /s/
                    Michael E. Yaggy, Esquire
                    DLA PIPER RUDNICK GRAY CARY
                    US LLP
                    6225 Smith Avenue
                    Baltimore, MD 21209

                    *On Behalf of All Properly-Served Defendants*

TO1DOCS1/#240342v1