**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **IN RE WIRELESS TELEPHONE RADIO FREQUENCY EMISSIONS PRODUCTS LIABILITY LITIGATION** <br><br> This Memorandum Relates To: <br> *Farina v. Nokia, Inc., et al.* No. 2:06-724 (E.D. Pa.) | **MDL NO. 1421** <br><br> **Civil No. 01-MD-1421** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant LG Electronics MobileComm, U.S.A., Inc. ("LGE").

I certify that I am admitted *pro hac vice* to practice before this Court in the above-captioned matter.

Dated:  April 24, 2007

/s/
_____
Linda Epstein
HUGHES HUBBARD &
REED LLP
1775 I Street, NW
Washington, DC  20006
Telephone:  (202) 721-4600
Facsimile:   (202) 721-4646
Email:
epstein@hugheshubbard.com

Attorney for Defendant LGE

| | |
|---|---|
| Filename: | 1152606_1.DOC |
| Directory: | C:\Documents and Settings\Gilsdorf\Local Settings\Temporary Internet Files\OLK1531 |
| Template: | C:\program files\microsoft office\templates\Normal.dot |
| Title: | IN THE UNITED STATES DISTRICT COURT |
| Subject: | |
| Author: | HHR |
| Keywords: | |
| Comments: | |
| Creation Date: | 4/24/2007 5:01 PM |
| Change Number: | 2 |
| Last Saved On: | 4/24/2007 5:01 PM |
| Last Saved By: | HHR |
| Total Editing Time: | 7 Minutes |
| Last Printed On: | 4/24/2007 5:04 PM |

As of Last Complete Printing
   Number of Pages: 1
   Number of Words:   122 (approx.)
   Number of Characters:   696 (approx.)