**VENABLE** LLP

210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland 21285-5517

Telephone 410-494-6200
Facsimile 410-821-0147

www.venable.com

M. King Hill, III        (410) 494-6260        mkhill@venable.com

April 30, 2007

<u>*VIA HAND DELIVERY*</u>

The Honorable Catherine C. Blake
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re: *Farina v. Nokia*, Civ. Act. No. 2:06-724 (E.D. Pa.), MDL No. 1421.

Dear Judge Blake:

    During oral argument on plaintiff's motion to remand the *Farina v. Nokia* case to state court on April 25, 2007, the Court requested that defendants submit a copy of plaintiff's motion to vacate the conditional transfer order. Plaintiff filed that motion with the Judicial Panel on Multidistrict Litigation on April 7, 2006, forty-nine days after LG Electronics MobileComm U.S.A., Inc. removed this action to federal court. A copy of the motion is attached hereto. As plaintiff's counsel acknowledged during the oral argument, no motion to remand was filed in the U.S. District Court for the Eastern District of Pennsylvania before Judge Padova.

    Please let us know if the Court needs any other materials.

Respectfully,

*M. K. Hill*

M. King Hill, III

Enclosure
cc: Kenneth A. Jacobsen, Esquire (w/enclosure)
    H. Russell Smouse, Esquire (w/enclosure)
    Glenn E. Mintzer, Esquire (w/enclosure)
    Michael R. Allweiss, Esquire (w/enclosure)
    Joseph A. O'Keefe, Esquire (w/enclosure)
    Michael D. Donovan, Esquire (w/enclosure)
    Defense Counsel (via e-mail; w/enclosure)