IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE WIRELESS TELEPHONE RADIO | : | |
| FREQUENCY EMISSIONS PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL NO. 1421 |
| | : | |
| This Document Relates To: | : | |
| *Farina v. Nokia, et al., (E.D. Pa.)*, | : | Civil No. 01-MD-1421 |
|    CCB-01-3261 and CCB-06-1577 | : | |
| *Louther v. ATT Corp., (M.D. Fla.)*, CCB-03-3229 | : | |

## SUGGESTION OF REMAND

For the reasons stated in the accompanying Memorandum, it is hereby **Suggested** to the MDL Panel that the *Farina* and *Louther* cases captioned above be **Remanded**, for good cause, to the transferor courts.  *See* 28 U.S.C. § 1407(a); J.P.M.L.R.P. 7.6(c)(ii).

A copy of this Suggestion of Remand and the accompanying Memorandum shall be sent to the Clerk of the Judicial Panel on Multidistrict Litigation and to counsel of record.

|  May 15, 2007         | /s/ |
|---|---|
| Date | Catherine C. Blake |
| | United States District Judge |